| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy S. Huyck 297519<br>78900 Ave 47, Suite #112<br>La Quinta, CA 92253<br>760-771-0010 Fax: 760-771-0019<br>California State Bar Number: 297519 CA<br>lawyer@gartlandgroup.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Ronald David Sanderson**<br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-12947<br>CHAPTER: 7<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 16, 2022** _____
_____
Signature of Debtor 1

Date: _____
_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 16, 2022** _____
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

Ronald David Sanderson
68065 Empalmo Road
Cathedral City, CA 92234


Timothy S. Huyck
Timothy S. Huyck
78900 Ave 47, Suite #112
La Quinta, CA 92253


Ace Funding Source LLC
c/o Buchalter, APC
55 Second Street, #1700
San Francisco, CA 94105


Ace Funding Source, LLC
100 William Street, 9th Floor
New York, NY 10038


Aires Law Firm
6 Hughes, Ste. 205
Irvine, CA 92618


American Express National Bank
c/o Zwicker & Associates, P.C.
700 N. Brand Bl., Ste. 500
Glendale, CA 91203


Amex
P.o. Box 981537
El Paso, TX 79998


Ariel Bouskila, Esq.
40 Exchange Place, Suite 1306
New York, NY 10005

Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Po Box 26012
Greensboro, NC 27420


Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


EDD
Po box 826880
Sacramento, CA 94280-0001


FTB Bankruptcy Unit
MSA340
Po Box 2952
Sacramento, CA 95812-2952


Harley Davidson Financial
Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721


IRS
Po Box 7346
Philadelphia, PA 19101

```
Journal Broadcast Group
c/o Troy W. Stanton, Esq.
P.O. Box 880
Yorba Linda, CA 92885


Journal Broadcast Group
333 West State Street
Milwaukee, WI 53203


Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108


Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193


ML Factors Limited Liability Co.
c/o Law Offices of Todd F. Haines
30495 Canwood St., Ste. 100
Agoura Hills, CA 91301


New Era Lending, LLC
762 N Orange St.
Wilmington, DE 19801-4738


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603
```

Riverside County Treasurer-Tax Coll
P.O. Box 12005
Riverside, CA 92502-2205


Sarah Clemens
4640 Admiralty Way, 5th Floor
Marina Del Rey, CA 90292


Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256


Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909


Wesco Insurance Company
800 Superior Ave. E, 21st Floor
Cleveland, OH 44114