| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ronald David Sanderson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 6:22-bk-12947 | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Ace Funding Source LLC** — Creditor's Name | $177,144.48 | $530,000.00 | $0.00 |

Describe the property that secures the claim:

68065 Empalmo Rd.
Cathedral City, CA 92234

c/o Buchalter, APC
55 Second Street, #1700
San Francisco, CA 94105
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 7/5/2018    Last 4 digits of account number _____

Debtor 1  **Ronald David Sanderson**  
    First Name    Middle Name    Last Name

Case number (if known) **6:22-bk-12947**

| 2.2 | **American Express National Bank** | Describe the property that secures the claim: | $39,248.83 | $530,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

c/o Zwicker & Associates, P.C.
700 N. Brand Bl., Ste. 500
Glendale, CA 91203

Number, Street, City, State & Zip Code

**68065 Empalmo Rd.
Cathedral City, CA 92234**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **3/21/2019**    Last 4 digits of account number _____

| 2.3 | **Bank of America** | Describe the property that secures the claim: | $69,774.00 | $80,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
Nc4-105-03-14 Po Box 26012
Greensboro, NC 27420**

Number, Street, City, State & Zip Code

**2016 Mercedes Benz Sprinter 3500 C Class 3500 miles**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 9/30/15 Last Active 6/17/22**    Last 4 digits of account number  **0170**

Debtor 1  **Ronald David Sanderson**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) **6:22-bk-12947**

---

| 2.4 | **Barclays Bank Delaware** | | $6,204.00 | $530,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 10/16 Last Active 11/17**

Last 4 digits of account number  **6308**

---

| 2.5 | **FTB Bankruptcy Unit** | | $48,209.10 | $0.00 | $48,209.10 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**MSA340
Po Box 2952
Sacramento, CA
95812-2952**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2006, 2007, 2008**

Last 4 digits of account number  _____

---

Debtor 1  **Ronald David Sanderson**  Case number (if known) **6:22-bk-12947**
         First Name   Middle Name   Last Name

---

**2.6 | FTB Bankruptcy Unit**
Creditor's Name

MSA340
Po Box 2952
Sacramento, CA
95812-2952
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    **$17,983.44**    **$530,000.00**    **$0.00**

68065 Empalmo Rd.
Cathedral City, CA 92234

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **4/1/2018 to 6/30/2018**    Last 4 digits of account number _____

---

**2.7 | FTB Bankruptcy Unit**
Creditor's Name

MSA340
Po Box 2952
Sacramento, CA
95812-2952
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    **$24,407.06**    **$530,000.00**    **$0.00**

68065 Empalmo Rd.
Cathedral City, CA 92234

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **1/1/2018 to 3/31/2018**    Last 4 digits of account number _____

---

**2.8 | FTB Bankruptcy Unit**
Creditor's Name

MSA340
Po Box 2952
Sacramento, CA
95812-2952
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    **$98,703.10**    **$530,000.00**    **$0.00**

68065 Empalmo Rd.
Cathedral City, CA 92234

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **3/28/2018**    Last 4 digits of account number _____

---

Debtor 1  Ronald David Sanderson  
　　　　　First Name　　Middle Name　　Last Name

Case number (if known)  6:22-bk-12947

| 2.9 | FTB Bankruptcy Unit | Describe the property that secures the claim: | $12,433.43 | $530,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name  
MSA340  
Po Box 2952  
Sacramento, CA  
95812-2952  
Number, Street, City, State & Zip Code

68065 Empalmo Rd.  
Cathedral City, CA 92234

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Who owes the debt?** Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
■ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

Date debt was incurred  2/3/2017    Last 4 digits of account number _____

| 2.10 | Harley Davidson Financial | Describe the property that secures the claim: | $22,775.00 | $20,000.00 | $2,775.00 |
|---|---|---|---|---|---|

Creditor's Name  

Attn: Bankruptcy  
Po Box 22048  
Carson City, NV 89721  
Number, Street, City, State & Zip Code

2016 Harley Davidson Electric Glide 1800 miles

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Who owes the debt?** Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

Date debt was incurred  Opened 03/16 Last Active 11/03/17    Last 4 digits of account number  1914

Debtor 1  **Ronald David Sanderson**    Case number (if known) **6:22-bk-12947**
First Name  Middle Name  Last Name

---

**2.1 | 1**

**IRS**
Creditor's Name

Po Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred  **9/22/2020**

Describe the property that secures the claim:
**68065 Empalmo Rd.**
**Cathedral City, CA 92234-5620**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$995,000.00    $530,000.00    $995,000.00

---

**2.1 | 2**

**IRS**
Creditor's Name

Po Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred  **12/31/2018**

Describe the property that secures the claim:
**68065 Empalmo Rd.**
**Cathedral City, CA 92234**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Federal Tax Lien Refile**

Last 4 digits of account number _____

$105,823.16    $530,000.00    $0.00

---

**2.1 | 3**

**IRS**
Creditor's Name

Po Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred  **2/15/2018**

Describe the property that secures the claim:
**68065 Empalmo Rd.**
**Cathedral City, CA 92234**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Federal Tax Lien Refile**

Last 4 digits of account number _____

$58,920.00    $0.00    $58,920.00

---

Debtor 1  **Ronald David Sanderson**  
    First Name    Middle Name    Last Name

Case number (if known)  **6:22-bk-12947**

---

**2.14**

**IRS**  
Creditor's Name

Po Box 7346  
Philadelphia, PA 19101  
Number, Street, City, State & Zip Code

Who owes the debt? Check one.

■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

Date debt was incurred  **2/15/2018**

Describe the property that secures the claim:  
68065 Empalmo Rd.  
Cathedral City, CA 92234

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Nature of lien. Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
■ Other (including a right to offset)  **Federal Tax Lien Refile**

Last 4 digits of account number  _____

$14,538.30    $530,000.00    $0.00

---

**2.15**

**IRS**  
Creditor's Name

Po Box 7346  
Philadelphia, PA 19101  
Number, Street, City, State & Zip Code

Who owes the debt? Check one.

■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

Date debt was incurred  **2/15/2018**

Describe the property that secures the claim:  
68065 Empalmo Rd.  
Cathedral City, CA 92234

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Nature of lien. Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
■ Other (including a right to offset)  **Federal Tax Lien Refile**

Last 4 digits of account number  _____

$42,971.15    $530,000.00    $0.00

---

**2.16**

**IRS**  
Creditor's Name

Po Box 7346  
Philadelphia, PA 19101  
Number, Street, City, State & Zip Code

Who owes the debt? Check one.

■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

Date debt was incurred  _____

Describe the property that secures the claim:  
68065 Empalmo Rd.  
Cathedral City, CA 92234

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Nature of lien. Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
■ Other (including a right to offset)  **Federal Tax Lien Refile**

Last 4 digits of account number  _____

$11,982.39    $530,000.00    $0.00

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 7 of 10

Debtor 1  **Ronald David Sanderson**
 First Name    Middle Name    Last Name

Case number (if known)  **6:22-bk-12947**

### 2.17 IRS
Creditor's Name

Po Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
68065 Empalmo Rd.
Cathedral City, CA 92234

$277,608.15   $530,000.00   $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Federal Tax Lien Refile**

Date debt was incurred  **1/19/2018**      Last 4 digits of account number

### 2.18 IRS
Creditor's Name

Po Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
68065 Empalmo Rd.
Cathedral City, CA 92234

$155,034.02   $530,000.00   $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **3/31/2017**      Last 4 digits of account number

### 2.19 IRS
Creditor's Name

Po Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
68065 Empalmo Rd.
Cathedral City, CA 92234

$132,127.34   $530,000.00   $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **6/14/2013**      Last 4 digits of account number

Debtor 1  **Ronald David Sanderson**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) **6:22-bk-12947**

| | | | | |
|---|---|---|---|---|
| **2.20** | **Journal Broadcast Group**<br>Creditor's Name<br><br>c/o Troy W. Stanton, Esq.<br>P.O. Box 880<br>Yorba Linda, CA 92885<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred  **1/8/2013** | Describe the property that secures the claim:<br>**68065 Empalmo Rd.**<br>**Cathedral City, CA 92234**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☒ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number _____ | $17,191.97 | $0.00 | $17,191.97 |
| **2.21** | **ML Factors Limited Liability Co.**<br>Creditor's Name<br><br>c/o Law Offices of Todd F. Haines<br>30495 Canwood St., Ste. 100<br>Agoura Hills, CA 91301<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred  **5/4/2018** | Describe the property that secures the claim:<br>**68065 Empalmo Rd.**<br>**Cathedral City, CA 92234**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☒ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number _____ | $109,228.87 | $0.00 | $109,228.87 |
| **2.22** | **Riverside County Treasurer-Tax Coll**<br>Creditor's Name<br><br>P.O. Box 12005<br>Riverside, CA 92502-2205<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred  **1/28/2014** | Describe the property that secures the claim:<br>**68065 Empalmo Rd.**<br>**Cathedral City, CA 92234**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☒ Other (including a right to offset)  **Certificate of Lien**<br><br>Last 4 digits of account number _____ | $130.00 | $530,000.00 | $0.00 |

| Debtor 1 | Ronald David Sanderson | | Case number (if known) | 6:22-bk-12947 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.23 | Select Portfolio Servicing, Inc | Describe the property that secures the claim: | $202,156.00 | $530,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 68065 Empalmo Rd. Cathedral City, CA 92234  Riverside County | | | |

10401 Deerwood Park Blvd
Jacksonville, FL 32256

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 06/05  Last Active 07/22**

Last 4 digits of account number  **6362**

Add the dollar value of your entries in Column A on this page. Write that number here:  **$2,639,593.79**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$2,639,593.79**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]
Name, Number, Street, City, State & Zip Code
**Journal Broadcast Group**
**333 West State Street**
**Milwaukee, WI 53203**

On which line in Part 1 did you enter the creditor?  **2.20**

Last 4 digits of account number ___