| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Timothy S. Huyck 297519**<br>**78900 Ave 47, Suite #112**<br>**La Quinta, CA 92253**<br>**760-771-0010 Fax: 760-771-0019**<br>**297519 CA**<br>**lawyer@gartlandgroup.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Ronald David Sanderson**<br><br><br>Debtor(s). | CASE NO.: 6:22-bk-12947<br>CHAPTER: 7 |
|---|---|
|  | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
|  | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **August 16, 2022**   **Ronald David Sanderson**
                            Printed name of Debtor 1           Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                                   Printed name of Debtor 2                Signature of Debtor 2

ERKIES CORPORATION
DBA: ERKIES FAMILY CORPORATION
PO BOX 1366
PALM SPRINGS, CA 92263

Barrett Business Services, Inc.
43576 Washington Street
La Quinta, CA 92253
FEIN: 52-0812977 TELE: 760/851-0826

**Employee** D49408 RON D SANDERSON       xxx-xx-6699    914586
**Status / Allow** H / He    **Emp Type** Salary    **Check #** 0022411111
**Payment Date** 06-03-2022    **Period** 05-22-2022 - 05-28-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 86.71 | 606.97 | 10500.00 |
| MEDICARE | 21.75 | 152.25 | 10500.00 |
| SOC SECURITY | 93.00 | 651.00 | 10500.00 |
| CA INCOME TAX | 37.31 | 261.17 | 10500.00 |
| CA DISABILITY | 16.50 | 115.50 | 10500.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | REGULAR PAY | | | 1500.00 | 40.00 |

Total Gross Pay / Hours Worked    1,500.00    40.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK PAY | 0.00 | 24.00 | 0.00 | 24.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 66335 | 1244.73 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,500.00 | 10,500.00 |
| Gross Pay | 1,500.00 | 10,500.00 |
| Net Pay | 1,244.73 | 8,713.11 |

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

** Main 72078 CORPORATE WAY THOUSAND PALMS CA 92276 Tele:7602755140 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022411111

43576 Washington Street
La Quinta, CA 92253

06-03-2022

AMOUNT

** VOID **

Non-negotiable

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

*Non-Negotiable* (watermark)

---

43576 Washington Street
La Quinta, CA 92253

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

100

914586    ERKIES FAMILY CORPORATION

ERKIES CORPORATION
DBA: ERKIES FAMILY CORPORATION
PO BOX 1366
PALM SPRINGS, CA 92263

Barrett Business Services, Inc.
43576 Washington Street
La Quinta, CA 92253
FEIN: 52-0812977 TELE: 760/851-0826

**Employee** D49408 RON D SANDERSON     xxx-xx-6699    914586
**Status / Allow** H / He   **Emp Type** Salary   **Check #** 0022483615
**Payment Date** 06-10-2022  **Period** 05-29-2022 - 06-04-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 86.71 | 693.68 | 12000.00 |
| MEDICARE | 21.75 | 174.00 | 12000.00 |
| SOC SECURITY | 93.00 | 744.00 | 12000.00 |
| CA INCOME TAX | 37.31 | 298.48 | 12000.00 |
| CA DISABILITY | 16.50 | 132.00 | 12000.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | | | 1500.00 | 40.00 |

Total Gross Pay / Hours Worked    1,500.00    40.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK PAY | 0.00 | 24.00 | 0.00 | 24.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 66335 | 1244.73 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,500.00 | 12,000.00 |
| Gross Pay | 1,500.00 | 12,000.00 |
| Net Pay | 1,244.73 | 9,957.84 |

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

** Main 72078 CORPORATE WAY THOUSAND PALMS CA 92276 Tele:7602755140 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022483615
06-10-2022

43576 Washington Street
La Quinta, CA 92253

AMOUNT
** VOID **

Non-negotiable

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

*Non-Negotiable* (watermark)

---

43576 Washington Street
La Quinta, CA 92253

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

100
914586    ERKIES FAMILY CORPORATION

ERKIES CORPORATION
DBA: ERKIES FAMILY CORPORATION
PO BOX 1366
PALM SPRINGS, CA 92263

Barrett Business Services, Inc.
43576 Washington Street
La Quinta, CA 92253
FEIN: 52-0812977 TELE: 760/851-0826

**Employee** D49408 RON D SANDERSON    xxx-xx-6699    914586
**Status / Allow** H / He    **Emp Type** Salary    **Check #** 0022545348
**Payment Date** 06-17-2022    **Period** 06-05-2022 - 06-11-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 86.71 | 780.39 | 13500.00 |
| MEDICARE | 21.75 | 195.75 | 13500.00 |
| SOC SECURITY | 93.00 | 837.00 | 13500.00 |
| CA INCOME TAX | 37.31 | 335.79 | 13500.00 |
| CA DISABILITY | 16.50 | 148.50 | 13500.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | | | 1500.00 | 40.00 |

Total Gross Pay / Hours Worked    1,500.00    40.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK PAY | 0.00 | 24.00 | 0.00 | 24.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 66335 | 1244.73 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,500.00 | 13,500.00 |
| Gross Pay | 1,500.00 | 13,500.00 |
| Net Pay | 1,244.73 | 11,202.57 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** Main 72078 CORPORATE WAY THOUSAND PALMS CA 92276 Tele:7602755140 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022545348

43576 Washington Street
La Quinta, CA 92253

06-17-2022

AMOUNT
** VOID **

Non-negotiable

*Non-Negotiable*

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

---

43576 Washington Street
La Quinta, CA 92253

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

100

914586    ERKIES FAMILY CORPORATION

ERKIES CORPORATION
DBA: ERKIES FAMILY CORPORATION
PO BOX 1366
PALM SPRINGS, CA 92263

Barrett Business Services, Inc.
43576 Washington Street
La Quinta, CA 92253
FEIN: 52-0812977  TELE: 760/851-0826

**Employee** D49408 RON D SANDERSON      xxx-xx-6699    914586
**Status / Allow** H / He.   **Emp Type** Salary    **Check #** 0022611630
**Payment Date** 06-24-2022   **Period** 06-12-2022 - 06-18-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 86.71 | 867.10 | 15000.00 |
| MEDICARE | 21.75 | 217.50 | 15000.00 |
| SOC SECURITY | 93.00 | 930.00 | 15000.00 |
| CA INCOME TAX | 37.31 | 373.10 | 15000.00 |
| CA DISABILITY | 16.50 | 165.00 | 15000.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | | | 1500.00 | 40.00 |

Total Gross Pay / Hours Worked    1,500.00    40.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK PAY | 0.00 | 24.00 | 0.00 | 24.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 66335 | 1244.73 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,500.00 | 15,000.00 |
| Gross Pay | 1,500.00 | 15,000.00 |
| Net Pay | 1,244.73 | 12,447.30 |

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

** Main 72078 CORPORATE WAY THOUSAND PALMS CA 92276 Tele:7602755140 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022611630
06-24-2022

43576 Washington Street
La Quinta, CA 92253

AMOUNT
** VOID **

Non-negotiable

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

*Non-Negotiable*

---

43576 Washington Street
La Quinta, CA 92253

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

100
914586    ERKIES FAMILY CORPORATION

ERKIES CORPORATION
DBA: ERKIES FAMILY CORPORATION
PO BOX 1366
PALM SPRINGS, CA 92263

Barrett Business Services, Inc.
43576 Washington Street
La Quinta, CA 92253
FEIN: 52-0812977 TELE: 760/851-0826

**Employee** D49408 RON D SANDERSON    xxx-xx-6699    914586
**Status / Allow** H / He    **Emp Type** Salary    **Check #** 0022669834
**Payment Date** 07-01-2022    **Period** 06-19-2022 - 06-25-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 86.71 | 953.81 | 16500.00 |
| MEDICARE | 21.75 | 239.25 | 16500.00 |
| SOC SECURITY | 93.00 | 1023.00 | 16500.00 |
| CA INCOME TAX | 37.31 | 410.41 | 16500.00 |
| CA DISABILITY | 16.50 | 181.50 | 16500.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | | | 1500.00 | 40.00 |

Total Gross Pay / Hours Worked    1,500.00    40.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK PAY | 0.00 | 24.00 | 0.00 | 24.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 66335 | 1244.73 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,500.00 | 16,500.00 |
| Gross Pay | 1,500.00 | 16,500.00 |
| Net Pay | 1,244.73 | 13,692.03 |

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

** Main 72078 CORPORATE WAY THOUSAND PALMS CA 92276 Tele:7602755140 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022669834

43576 Washington Street
La Quinta, CA 92253

07-01-2022

AMOUNT    ** VOID **

Non-negotiable

~~Non-Negotiable~~

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

---

43576 Washington Street
La Quinta, CA 92253

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

100

914586    ERKIES FAMILY CORPORATION

ERKIES CORPORATION
DBA: ERKIES FAMILY CORPORATION
PO BOX 1366
PALM SPRINGS, CA 92263

Barrett Business Services, Inc.
43576 Washington Street
La Quinta, CA 92253
FEIN: 52-0812977  TELE: 760/851-0826

**Employee** D49408 RON D SANDERSON    xxx-xx-6699    914586
**Status / Allow** H / He.    **Emp Type** Salary    **Check #** 0022742819
**Payment Date** 07-08-2022    **Period** 06-26-2022 - 07-02-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 0.00 | 953.81 | 18000.00 |
| MEDICARE | 21.75 | 261.00 | 18000.00 |
| SOC SECURITY | 93.00 | 1116.00 | 18000.00 |
| CA INCOME TAX | 0.00 | 410.41 | 18000.00 |
| CA DISABILITY | 16.50 | 198.00 | 18000.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | | | 1500.00 | 40.00 |

Total Gross Pay / Hours Worked   1,500.00   40.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK PAY | 0.00 | 24.00 | 0.00 | 24.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 66335 | 1368.75 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,500.00 | 18,000.00 |
| Gross Pay | 1,500.00 | 18,000.00 |
| Net Pay | 1,368.75 | 15,060.78 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** Main 72078 CORPORATE WAY THOUSAND PALMS, CA 92276 Tele:7602755140 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

43576 Washington Street
La Quinta, CA 92253

0022742819
07-08-2022

AMOUNT
** VOID **

Non-negotiable

~~Non-Negotiable~~

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

---

43576 Washington Street
La Quinta, CA 92253

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

100

914586    ERKIES FAMILY CORPORATION

ERKIES CORPORATION
DBA: ERKIES FAMILY CORPORATION
PO BOX 1366
PALM SPRINGS, CA 92263

Barrett Business Services, Inc.
43576 Washington Street
La Quinta, CA 92253
FEIN: 52-0812977  TELE: 760/851-0826

**Employee** D49408 RON D SANDERSON    xxx-xx-6699    914586
**Status / Allow** H / He    **Emp Type** Salary    **Check #** 0022802197
**Payment Date** 07-15-2022    **Period** 07-03-2022 - 07-09-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 96.33 | 1050.14 | 19500.00 |
| MEDICARE | 21.75 | 282.75 | 19500.00 |
| SOC SECURITY | 93.00 | 1209.00 | 19500.00 |
| CA INCOME TAX | 37.31 | 447.72 | 19500.00 |
| CA DISABILITY | 16.50 | 214.50 | 19500.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | | | 1500.00 | 40.00 |

Total Gross Pay / Hours Worked    1,500.00    40.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK PAY | 0.00 | 24.00 | 0.00 | 24.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 66335 | 1235.11 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 1,500.00 | 19,500.00 |
| Gross Pay | 1,500.00 | 19,500.00 |
| Net Pay | 1,235.11 | 16,295.89 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** Main 72078 CORPORATE WAY THOUSAND PALMS CA 92276 Tele:7602755140 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022802197

43576 Washington Street
La Quinta, CA 92253

07-15-2022

AMOUNT

** VOID **

Non-negotiable

~~Non-Negotiable~~

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

43576 Washington Street
La Quinta, CA 92253

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

100

914586    ERKIES FAMILY CORPORATION

```
                ERKIES CORPORATION                                    Barrett Business Services, Inc.
            DBA: ERKIES FAMILY CORPORATION                                   43576 Washington Street
                    PO BOX 1366                                                  La Quinta, CA 92253
                PALM SPRINGS, CA 92263                              FEIN: 52-0812977 TELE: 760/851-0826
```

| Employee | D49408 RON D SANDERSON | | | xxx-xx-6699 | 914586 |
|---|---|---|---|---|---|
| Status / Allow | H / He | Emp Type Salary | | Check # 0022870716 | |
| Payment Date 07-22-2022 | | Period 07-10-2022 - 07-16-2022 | | | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 96.33 | 1146.47 | 21000.00 |
| MEDICARE | 21.75 | 304.50 | 21000.00 |
| SOC SECURITY | 93.00 | 1302.00 | 21000.00 |
| CA INCOME TAX | 37.31 | 485.03 | 21000.00 |
| CA DISABILITY | 16.50 | 231.00 | 21000.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | | | 1500.00 | 40.00 |

Total Gross Pay / Hours Worked    1,500.00    40.00

| PTO | Type | Start Balance | Earned | Taken | Avail | Direct Deposit | Type | Account | Amount | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SICK PAY | 0.00 | 24.00 | 0.00 | 24.00 | | C | 66335 | 1235.11 | Gross Wages | 1,500.00 | 21,000.00 |
| | | | | | | | | | | Gross Pay | 1,500.00 | 21,000.00 |
| | | | | | | | | | | Net Pay | 1,235.11 | 17,531.00 |

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

** Main 72078 CORPORATE WAY THOUSAND PALMS CA 92276 Tele:7602755140 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022870716

43576 Washington Street                                              07-22-2022
La Quinta, CA 92253

                                                                         AMOUNT
                                                                      ** VOID **

Non-negotiable

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

---

43576 Washington Street
La Quinta, CA 92253


RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234


100

914586    ERKIES FAMILY CORPORATION

```
ERKIES CORPORATION                                    Barrett Business Services, Inc.
DBA: ERKIES FAMILY CORPORATION                              43576 Washington Street
         PO BOX 1366                                              La Quinta, CA 92253
     PALM SPRINGS, CA 92263                            FEIN: 52-0812977 TELE: 760/851-0826
```

| Employee | D49408 RON D SANDERSON | | | | xxx-xx-6699 | 914586 | Description | Amount | Y-T-D | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| Status / Allow | H / He | Emp Type | Salary | | Check # | 0022934159 | FEDERAL TAX | 96.33 | 1242.80 | 22500.00 |
| Payment Date | 07-29-2022 | Period | 07-17-2022 - 07-23-2022 | | | | MEDICARE | 21.75 | 326.25 | 22500.00 |
| | | | | | | | SOC SECURITY | 93.00 | 1395.00 | 22500.00 |
| | | | | | | | CA INCOME TAX | 37.31 | 522.34 | 22500.00 |
| | | | | | | | CA DISABILITY | 16.50 | 247.50 | 22500.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | | | 1500.00 | 40.00 |

Total Gross Pay / Hours Worked    1,500.00    40.00

| PTO | Type | Start Balance | Earned | Taken | Avail | Direct Deposit | Type | Account | Amount | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SICK PAY | 0.00 | 24.00 | 0.00 | 24.00 | | C | 66335 | 1235.11 | Gross Wages | 1,500.00 | 22,500.00 |
| | | | | | | | | | | Gross Pay | 1,500.00 | 22,500.00 |
| | | | | | | | | | | Net Pay | 1,235.11 | 18,766.11 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** Main 72078 CORPORATE WAY THOUSAND PALMS CA 92276 Tele:7602755140 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022934159

43576 Washington Street                                07-29-2022
La Quinta, CA 92253

AMOUNT

** VOID **

Non-negotiable

~~Non-Negotiable~~

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

---

43576 Washington Street
La Quinta, CA 92253

RON D SANDERSON
68065 EMPALMO ROAD
CATHEDRAL CITY, CA 92234

100

914586    ERKIES FAMILY CORPORATION