Certificate Number: 17572-CAC-DE-036814443

Bankruptcy Case Number: 22-12947



17572-CAC-DE-036814443

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2022, at 2:32 o'clock PM PDT, Ronald D Sanderson completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   September 7, 2022                By:   /s/Benjamin E Wunsch

                                          Name:  Benjamin E Wunsch

                                          Title:  Counselor