United States Bankruptcy Court

Central District of California

In re:

Case No. 22-12947-RB

Ronald David Sanderson

Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6        User: admin        Page 1 of 3

Date Rcvd: Nov 22, 2022        Form ID: ntcpdiv        Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620 |
| 41253542 | + | Ace Funding Source LLC, c/o Buchalter, APC, 55 Second Street, #1700, San Francisco, CA 94105-3493 |
| 41253543 | + | Ace Funding Source, LLC, 100 William Street, 9th Floor, New York, NY 10038-5056 |
| 41253544 | + | Aires Law Firm, 6 Hughes, Ste. 205, Irvine, CA 92618-2063 |
| 41253547 | + | Ariel Bouskila, Esq., 40 Exchange Place, Suite 1306, New York, NY 10005-2743 |
| 41253555 | + | Journal Broadcast Group, c/o Troy W. Stanton, Esq., P.O. Box 880, Yorba Linda, CA 92885-0880 |
| 41253556 | | Journal Broadcast Group, 333 West State Street, Milwaukee, WI 53203-1305 |
| 41253559 | + | ML Factors Limited Liability Co., c/o Law Offices of Todd F. Haines, 30495 Canwood St., Ste. 100, Agoura Hills, CA 91301-4331 |
| 41253560 | | New Era Lending, LLC, 762 N Orange St., Wilmington, DE 19801-4738 |
| 41253563 | | Riverside County Treasurer-Tax Coll, P.O. Box 12005, Riverside, CA 92502-2205 |
| 41253564 | + | Sarah Clemens, 4640 Admiralty Way, 5th Floor, Marina Del Rey, CA 90292-6636 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: arturo.cisneros@txitrustee.com | Nov 23 2022 00:35:00 | Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501 |
| smg | | EDI: EDD.COM | Nov 23 2022 05:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 23 2022 05:38:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41253545 | + | Email/Text: bkfilings@zwickerpc.com | Nov 23 2022 00:36:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 700 N. Brand Bl., Ste. 500, Glendale, CA 91203-3227 |
| 41253546 | + | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:38:51 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 41253548 | | EDI: BANKAMER.COM | Nov 23 2022 05:33:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 41253549 | + | EDI: TSYS2 | Nov 23 2022 05:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 41253551 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2022 00:38:51 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 41253552 | | EDI: CALTAX.COM | Nov 23 2022 05:38:00 | FTB Bankruptcy Unit, MSA340, Po Box 2952, Sacramento, CA 95812-2952 |
| 41253553 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 23 2022 00:36:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 41253554 | + | EDI: IRS.COM | Nov 23 2022 05:33:00 | IRS, Po Box 7346, Philadelphia, PA 19101-7346 |
| 41253550 | | EDI: JPMORGANCHASE | Nov 23 2022 05:33:00 | Chase Card Services, Attn: Bankruptcy, P.O. |

District/off: 0973-6 | User: admin | Page 2 of 3
Date Rcvd: Nov 22, 2022 | Form ID: ntcpdiv | Total Noticed: 30

| | | | |
|---|---|---|---|
| | | | 15298, Wilmington, DE 19850 |
| 41253557 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2022 00:36:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 41253558 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2022 00:36:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 41253561 | EDI: PRA.COM | Nov 23 2022 05:38:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 41253562 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 00:38:59 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 41253565 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 23 2022 00:36:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 41253566 | Email/Text: bankruptcytn@wakeassoc.com | Nov 23 2022 00:35:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 41253567 | + Email/Text: arlegal@amtrustgroup.com | Nov 23 2022 00:36:00 | Wesco Insurance Company, 800 Superior Ave. E, 21st Floor, Cleveland, OH 44114-2613 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Timothy S Huyck | on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

District/off: 0973-6                          User: admin                                    Page 3 of 3
Date Rcvd: Nov 22, 2022                        Form ID: ntcpdiv                              Total Noticed: 30
TOTAL: 4

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Ronald David Sanderson
**SSN:** xxx–xx–6699
**EIN:** N/A

68065 Empalmo Road
Cathedral City, CA 92234

**BANKRUPTCY NO.**  6:22–bk–12947–RB
**CHAPTER**  7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before February 27, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: November 22, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**41 /**