NATHAN F. SMITH #264635
CHRISTINA J. KHIL, #266845
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org; christina@mclaw.org

*Proposed Attorneys for Chapter 7 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| In re | Case No. 6:22-bk-12947-RB |
|---|---|
| RONALD DAVID SANDERSON, | Chapter 7 |
| Debtor. | **NOTICE OF THE TRUSTEE'S INTENT TO EMPLOY THE LAW FIRM OF MALCOLM CISNEROS, A LAW CORPORATION, AS GENERAL COUNSEL** |
| | [No hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE:**

PLEASE TAKE NOTICE that A. Cisneros, the duly appointed and qualified Chapter 7 Trustee ("Applicant" or "Trustee") of the estate of Ronald David Sanderson ("Debtor") intends to file an application to employ the firm of Malcolm ♦ Cisneros, A Law Corporation ("Malcolm ♦ Cisneros" or "Firm"), as general counsel for Trustee, pursuant to 11 U.S.C. § 327.   Employment of Malcolm ♦ Cisneros shall be effective 30 days prior to the date of service of this Notice.   Pursuant to Local Bankruptcy Rule 2014-1(b)(3), Applicant hereby provides the following information regarding the Application to Employ ("Application"):

## I.    THE IDENTIFICATION OF THE PROFESSIONAL, AND PURPOSE AND SCOPE OF EMPLOYMENT.

1.    Applicant is the duly appointed, qualified and acting Chapter 7 Trustee in the above-entitled and numbered bankruptcy case.

2.    The instant bankruptcy case of Ronald David Sanderson ("Debtor") was commenced on August 4, 2022, with the filing of a Voluntary Petition ("Petition") under Chapter 7 of the Bankruptcy Code.  Thereafter, Applicant was appointed, qualified, and is the acting as the Chapter 7 Trustee for Debtor's Estate ("Estate").

3.    Applicant proposes to retain the law firm of Malcolm ♦ Cisneros, A Law Corporation ("Firm"), as attorneys for Trustee, effective thirty (30) days prior to service of the Notice of Trustee's Intent to Employ Counsel filed concurrently herewith to represent him in the within bankruptcy case.

4.    The Firm emphasizes its practice in bankruptcy and civil litigation, and is able to perform the required legal services.  Applicant has selected the Firm because: (1) it has considerable experience in matters of this character; (2) is well qualified to represent him in this case; and (3) it is willing to represent Trustee even though there are presently no funds in the Estate available for the payment of attorneys' fees.  A copy of the attorney biographies is attached and incorporated as Exhibit "1" to the Declaration of Nathan F. Smith.

5.    On August 16, 2022, Debtor filed his Schedules, wherein he identified his ownership real property located at 68065 Empalmo Rd., Cathedral City, CA 92234 ("Real Property").  Debtor scheduled a valuation of the Real Property of $530,000, listed debt comprised of multiple liens, the majority of which are held by the Internal Revenue Service and the Franchise Tax Board, secured against the Real Property totaling $2,547,044.79 and claimed a homestead exemption of $400,500.

6.     Debtor identified a 2016 Mercedes Sprinter 3500 C Class ("Vehicle"), declaring a valuation of $80,000, debt in the amount of $69,774 and claimed an exemption of $3,625.

7.    Debtor also identified 100% ownership interest in a business titled Sanderson & Daughter Services, Inc. ("Business"), declaring a valuation the Business of $35,000 with no exemption claimed.

8.    The initial § 341(a) meeting of creditors was held on September 8, 2022 and is scheduled for December 27, 2022.

9.      On November 14, 2022, Debtor received his Chapter 7 discharge.

10.     On November 22, 2022, Trustee filed a Notification of Asset Case. The claims bar date is February 27, 2023, and the governmental claims bar date is January 31, 2023.

11.     The Applicant wishes to employ the Firm to assist with the review and analysis of the liens secured against the Real Property, to determine and take actions necessary to avoid liens under § 724(a) for the benefit of the Estate, to review and analyze Debtor's Business, the Vehicle, and other assets of the Estate, and to take any actions necessary to assist Trustee including, but not limited to, liquidating Estate assets or negotiating a settlement with Debtor, preparing a settlement agreement and a motion for approval of the settlement agreement, if a settlement is reached, or preparing a motion seeking approval of a sale of the Real Property.

12.     The Firm emphasizes its practice in bankruptcy and civil litigation, specifically title matters, and is well able to perform the required legal services efficiently and economically.  There is no retainer or fee agreement between Applicant and the Firm other than as outlined herein.  Legal services are now, and will be, required in order to:

    a)     review, analyze and advise Trustee on all matters pertaining to the Real Property, including, but not limited to, avoidance of liens or portions of liens under § 724(a) for the benefit of the Estate;

    b)     review and analyze the Vehicle, Business, and any other assets of the Estate;

    c)     take actions necessary to liquidate the assets of the Estate or negotiate a settlement and prepare a settlement agreement if a settlement is reached;

    d)     advise on any abandonment of any property;

    e)     preparation and filing of all documents necessary to obtain Court approval of any sale or compromise; and Court appearances as necessary;

    f)     legal examination of claims and any litigation including any required claims negotiations, preparation and filing of objections and Court appearances as required;

    g)     examination of witnesses, claimants or adverse parties with respect to any action where the rights of the Estate or Trustee may be affected; and

h)    perform any and all other legal services incident and necessary to protect the rights of Trustee and the Estate.

## II.    ARRANGEMENT FOR COMPENSATION

Malcolm ♦ Cisneros has not, and will not receive a retainer from the Trustee or the Bankruptcy Estate and will seek compensation pursuant to §§ 330 and 331.  The hourly billing rate of attorneys of the Firm range from $375 to $575 per hour, and paralegals range from $130 to $200 per hour, as provided below.  The Firm will apply for compensation not more frequently than once every 120 days, after notice and a hearing, as required by the Bankruptcy Code.  The Firm will accept as compensation such sum as the Court deems reasonable.  There will be no written employment agreement, separate from this Application and the order to be obtained hereon; and the only source of payment of compensation is the Estate.

| Attorneys | 2021 Rates |
| --- | --- |
| William G. Malcolm | $575.00 |
| Arturo M. Cisneros | $575.00 |
| Nathan F. Smith | $505.00 |
| Nicolas Matayron | $450.00 |
| Charles W. Nunley | $500.00 |
| Hydee J. Mulichak | $475.00 |
| Brian Thomley | $425.00 |
| Christina J. Khil | $375.00 |

| Paralegals | |
| --- | --- |
| Melissa Fusco | $200.00 |
| Ernest Cisneros | $200.00 |
| Mayra Johnson | $200.00 |
| Erica F. Pedraza | $130.00 |
| Rhonda White | $130.00 |

## III.    PROCEDURE FOR OBTAINING A COPY OF THE APPLICATION TO EMPLOY

A copy of the Application is available upon written request by contacting Christina J. Khil at Malcolm ♦ Cisneros, 2112 Business Center Drive, Irvine, CA 92612, telephone number (949) 252-9400, facsimile (949) 252-1032.

///

4

## IV.   <u>PROCEDURE FOR OBJECTING AND/OR RESPONDING TO THE APPLICATION TO EMPLOY</u>

PLEASE TAKE FURTHER NOTICE that if you do not oppose the proposed employment, you need not take further action.  Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing must be filed with the Court in the form required by Local Bankruptcy Rule 9013-1(f)(1) and served upon proposed counsel for the Trustee at the address indicated in the upper-left hand corner of the first page of this document and the Office of the United States Trustee no later than 14 days from the date of the service of this notice.  Failure to timely file and serve an opposition, response or request for hearing may be deemed consent to the relief sought in the Application.

Malcolm ♦ Cisneros, A Law Corporation

DATED:  December 21, 2022          /s/Nathan F. Smith_____
Nathan F. Smith
*Proposed Attorneys for Chapter 7 Trustee,
A. Cisneros*

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*2112 Business Center Drive, 2nd Floor, Irvine, CA 92612*

A true and correct copy of the foregoing document entitled (specify): ***NOTICE OF THE TRUSTEE'S INTENT TO EMPLOY THE LAW FIRM OF MALCOLM CISNEROS, A LAW CORPORATION, AS GENERAL COUNSEL*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 21, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;**
**ecf.alert+Cisneros@titlexi.com**
**NOTICE: Chad L Butler    caecf@tblaw.com**
**NOTICE: Timothy S Huyck    lawyer@gartlandgroup.com, jaclyn@myfreshstartbegins.com;**
**huyck.timothys.r99655@notify.bestcase.com; amanda@myfreshstartbegins.com; tim@myfreshstartbegins.com**

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ***December 21, 2022***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE'S COPY: Honorable Judge Magdalena Reyes Bordeaux, 3420 Twelfth Street, Riverside CA 92501**
**DEBTOR: Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234**

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 21, 2022 | Diep Quach | */s/ Diep Quach* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SECTION 2 CONT.**

ACAR Leasing LTD
d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096

Ace Funding Source LLC
c/o Buchalter, APC
55 Second Street, #1700
San Francisco, CA 94105

Ace Funding Source, LLC
100 William Street, 9th Floor
New York, NY 10038

Aires Law Firm
6 Hughes, Ste. 205
Irvine, CA 92618

American Express National Bank
c/o Zwicker & Associates, P.C.
700 N. Brand Bl., Ste. 500
Glendale, CA 91203

American Express National Bank
c/o Becket and Lee
LLP PO Box 3001
Malvern PA 19355-0701

Amex
P.o. Box 981537
El Paso, TX 79998

Ariel Bouskila, Esq.
40 Exchange Place, Suite 1306
New York, NY 10005

Bank of America
Attn: Bankruptcy Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Employment Development Department
Bankruptcy Group MIC 92E
PO BOX 826880
Sacramento, CA 95814

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FTB Bankruptcy Unit
MSA340
Po Box 2952
Sacramento, CA 95812-2952

Harley Davidson Financial
Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721

IRS
Po Box 7346
Philadelphia, PA 19101

Journal Broadcast Group
333 West State Street
Milwaukee, WI 53203

Journal Broadcast Group
c/o Troy W. Stanton, Esq.
P.O. Box 880
Yorba Linda, CA 92885

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

ML Factors Limited Liability Co.
c/o Law Offices of Todd F. Haines
30495 Canwood St., Ste. 100
Agoura Hills, CA 91301

New Era Lending, LLC
762 N Orange St.
Wilmington, DE 19801-4738

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Riverside County Treasurer-Tax Coll
P.O. Box 12005
Riverside, CA 92502-2205

Sarah Clemens
4640 Admiralty Way, 5th Floor
Marina Del Rey, CA 90292

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

Wesco Insurance Company
800 Superior Ave. E, 21st
Floor Cleveland, OH 44114