**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Ronald** | **David** | **Sanderson** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | | |
| Case number (if known) | 6:22-bk-12947 | | | |

[X] Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   [✓] You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   [ ] You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **68065 Empalmo Rd. Cathedral City, CA 92234  Riverside County**<br>Line from *Schedule A/B*: **1.1** | $530,000.00 | [✓] $1,225.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(1) |
| **2021 Cadillac CT4 Luxury Sedan 21000 miles**<br>**Vehicle was in a serious accident that resulted in $15,000 of damage. Repairs have been made.**<br>Line from *Schedule A/B*: **3.3** | $32,300.00 | [✓] $6,375.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **2021 Cadillac CT4 Luxury Sedan 21000 miles**<br>**Vehicle was in a serious accident that resulted in $15,000 of damage. Repairs have been made.**<br>Line from *Schedule A/B*: **3.3** | $32,300.00 | [✓] $25,925.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Household Goods & Furnishings**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | [✓] $1,000.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

| Debtor 1 | **Ronald David Sanderson** | | Case number (if known) | **6:22-bk-12947** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Bushmaster AR15 .223**<br>**Akkar 12 ga. shotgun**<br>**Mossberg 12 ga. shotgun**<br>**Socom 16 30.06 rifle**<br>**Ruger GP100 .357 pistol**<br>**Glock 26 9mm pistol**<br>**Beretta 92FS 9mm pistol**<br>**Bersa Firestorm .380 pistol**<br>**Beretta 9mm pistol**<br>**Taurus .38 pistol**<br>**Smith & Wesson M&P9 9mm pi**<br>Line from *Schedule A/B*: **10.1** | $4,500.00 | ☑ | $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ☐<br>☑ | 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $2,000.00 | ☑<br>☐ | $2,000.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Pacific Life Insurance Beneficiary: Sabrina Sanderson (Debtor's daughter)**<br>Line from *Schedule A/B*: **31.1** | $14,305.93 | ☑<br>☐ | $14,305.93<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(7) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes

**United States Bankruptcy Court**
**Central District of California**

In re  Ronald David Sanderson                                    Case No.  6:22-bk-12947
                              Debtor(s)                          Chapter   7

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule C, consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  12-23-22                                  Signature  /s/ Ronald David Sanderson
                                                           Ronald David Sanderson
                                                           Debtor 1

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.