NATHAN F. SMITH, #264635
CHRISTINA J. KHIL, #266845
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax:    (949) 252-1032
Email: nathan@mclaw.org; christina@mclaw.org

*Proposed Attorneys for A. Cisneros, Chapter 7 Trustee*

FILED & ENTERED

JAN 19 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Roanld David Sanderson,<br><br>              Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY MALCOLM CISNEROS AS GENERAL COUNSEL** |

  The Court having read and considered the Trustee's Application to Employ the Law Firm of Malcolm & Cisneros, a Law Corporation, as General Counsel filed on December 22, 2022 as Docket #44 ("Application"), noting the lack of opposition, with good cause shown:

\\\

\\\

\\\

\\\

1

**IT IS ORDERED that:**

1. The Application is approved and effective as of November 21, 2022.

2. Employment is authorized pursuant to 11 U.S.C. §327 and compensation is subject to further application, determination, and approval of this Court pursuant to 11 U.S.C. §330 or §331.

###

Date: January 19, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge