United States Bankruptcy Court

Central District of California

In re:  Case No. 22-12947-RB

Ronald David Sanderson  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2

Date Rcvd: Jan 19, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

**Recip ID      Recipient Name and Address**
db      + Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Nathan F Smith | on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Timothy S Huyck | on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

District/off: 0973-6 User: admin Page 2 of 2
Date Rcvd: Jan 19, 2023 Form ID: pdf042 Total Noticed: 1
TOTAL: 5

NATHAN F. SMITH, #264635
CHRISTINA J. KHIL, #266845
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California  92612
Phone: (949) 252-9400
Fax:    (949) 252-1032
Email: nathan@mclaw.org; christina@mclaw.org

*Proposed Attorneys for A. Cisneros, Chapter 7 Trustee*

**FILED & ENTERED**

**JAN 19 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** cargill    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:22-bk-12947-RB |
| Roanld David Sanderson, | Chapter 7 |
| Debtor. | **ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY MALCOLM CISNEROS AS GENERAL COUNSEL** |

      The Court having read and considered the Trustee's Application to Employ the Law Firm of Malcolm & Cisneros, a Law Corporation, as General Counsel filed on December 22, 2022 as Docket #44 ("Application"), noting the lack of opposition, with good cause shown:

\\\

\\\

\\\

\\\

**IT IS ORDERED that:**

1. The Application is approved and effective as of November 21, 2022.

2. Employment is authorized pursuant to 11 U.S.C. §327 and compensation is subject to further application, determination, and approval of this Court pursuant to 11 U.S.C. §330 or §331.

###

Date: January 19, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge