| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NATHAN F. SMITH #264635<br>CHRISTINA J. KHIL, #266845<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, California  92612<br>Phone: (949) 252-9400 (TELEPHONE)<br>Fax: (949) 252-1032 (FACSIMILE)<br>Email: nathan@mclaw.org; christinao@mclaw.org<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* A. Cisneros, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>RONALD DAVID SANDERSON<br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-12947-RB<br>CHAPTER: 7<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) A. Cisneros, Chapter 7 Trustee                                                                                                   ,
   filed a motion or application (Motion) entitled  Trustee's Motion to Approve Compromise of Controversy;
   Memorandum of Points and Authorities; and Declaration of A. Cisneros                                                   .

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

   ☐ The full Motion is attached to this notice; or

   ☒ The full Motion was filed with the court as docket entry # 60___, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                              Page 1                    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

   (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2) Movant will lodge an order that the court may use to grant the Motion; and

   (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 03/24/2023

/s/Christina J. Khil
Signature of Movant or attorney for Movant

Christina J. Khil
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 2     **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

| In re:<br>RONALD DAVID SANDERSON | Debtor(s). | Chapter 7<br>Case No. 6:22-BK-12947-RB |
|---|---|---|

**TITLE OF MOTION:**

TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF A. CISNEROS ("MOTION")

A complete copy of the MOTION may be obtained upon request by contacting the Clerk's Office at the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501-3819; or by contacting the office of the Trustee's counsel, Malcolm & Cisneros, Attn:  Christina Khil (christinao@mclaw.org).

**SUMMARY OF MOTION:**

INTRODUCTION

Trustee seeks approval of a Settlement Agreement, entered into by and between Trustee and Debtor, providing for Debtor's purchase of the Estate's interest in Debtor's over-encumbered residence located at 68065 Empalmo Rd., Cathedral City, California, 92234 ("Property") and Debtor's personal property.  The Property is valued at $530,000 and  encumbered by liens in excess of $2.5 million dollars. Trustee has determined that there is no equity in Debtor's personal property.  However, with regard to the Property, Trustee determined that he could avoid $64,058.47 in tax penalties and interest attributable to penalties owed to the Internal Revenue Service and the Franchise Tax Board, and preserve them for the benefit of the Estate. Pursuant to the Settlement Agreement, Debtor would purchase the Estate's interest in Debtor's Property and personal property assets for $64,000.  Through the Settlement Agreement, Trustee would avoid the expense and delay of pursing a sale of the Property, which could involve prolonged marketing, a lower sale price, and potential opposition from lienholders, all of which would result in a reduced return to unsecured creditors.   Trustee believes the Settlement Agreement is fair, reasonable, and in the best interests of the Estate and its creditors and seeks approval of it.   Finally, the Settlement Agreement allows the Debtor to retain his residence.

BACKGROUND

1. On August 4, 2022 ("Petition Date"), the Debtor, Ronald David Sanderson filed a petition for relief under Chapter 7 of the Bankruptcy Code in the Riverside Division of the United States Bankruptcy Court, Central District of California, which was assigned Case No. 6:22-bk-12947-RB ("Petition" or "Case").   Thereafter, A. Cisneros was appointed as Chapter 7 Trustee for the Estate.

2. On August 16, 2022, Debtor filed Schedule A/B identifying an ownership interest in real property commonly known as 68065 Empalmo Rd., Cathedral City, CA 92234, which is Debtor's primary residence.   The Debtor valued the Property at $530,000.

3. On August 16, 2022, Debtor filed Schedule C and Scheduled D, claiming a homestead exemption of $400,500, and scheduling a mortgage debt of $202,156 and multiple other liens secured against the Property totaling $2,547,044.79.   The majority of the scheduled liens are held by the Internal Revenue Service and the Franchise Tax Board.

4. On February 2, 2023, Debtor filed amended Schedule A/B to identify a 2021 Cadillac CT4 Luxury Sedan ("Cadillac") valued at $32,300.   In order to protect Debtor's interest in the Cadillac, Debtor filed an amended Schedule C to claim a total exemption of $32,300 on the Cadillac and reduced his homestead exemption to $1,225 for the Property.

5. The initial 341(a) meeting of creditors was held on September 8, 2022, and concluded on February 28, 2023.

6. On November 22, 2022, Trustee filed a Notification of Asset Case which set a claims bar date of February 27, 2023.

7. On December 13, 2022, the Franchise Tax Board ("FTB") filed Proof of Claim 8-1 for a total of $181,911.97 ("Claim 8").   The FTB's Claim 8 is comprised of a secured balance of $173,003.14, secured against the Debtor's principal residence, and an unsecured balance of $8,908.83.

8. On February 10, 2023, the Internal Revenue Service ("IRS") filed Proof of Claim 9-2 for a total of $877,309.14 ("Claim 9").   The IRS's Claim 9 is comprised of a secured balance of $839,185.61, secured against the Debtor's principal residence, and an unsecured amount of $38,123.53.

9. On January 26, 2023, the Riverside County Tax Collector ("RTC") filed Proof of Claim 11-1 for a total of $3,982.54 ("Claim 11).   The RTC's Claim 11 includes an amount of $2,081.05 for the 2022 property taxes owed on the Property.

10. Based upon the multiple liens totaling in excess of $2.5 million secured against the Property, there would be no equity remaining for the Estate.   However, pursuant to 11 U. S. C. §§ 724(a), 726(a)(4) and 551 Trustee may avoid all tax penalties and interest attributable to penalties and preserve them for the benefit of the Estate.

11. Based upon a Property valuation of $530,000, Trustee's calculation reflects that the secured balance of FTB Claim 8 included amounts attributable to penalties and interest on penalties in the amount of $4,795.33 and the secured balance of IRS's Claim 9 included amounts attributable to penalties and interest on penalties in the amount of $59,263.14, for a total of

| In re:<br>RONALD DAVID SANDERSON | Debtor(s). | Chapter 7<br>Case No. 6:22-BK-12947-RB |
|---|---|---|

$64,058.47.

12. Debtor's Amended Schedule A/B also identified personal property, which included a 2016 Forest RIV Prism PRC2250 (scheduled as a Mercedes Sprinter 3500 C Class), the Cadillac, 2015 Harley Davidson Electric Guide, Sanderson & Daughter Services, Inc., Guns, Household Goods & Furnishings, Miscellaneous Electronics, Clothes, Cash and Pacific Life Insurance ("Personal Property").   Trustee has reviewed and analyzed the valuation, debts and respective amended exemptions claimed by the Debtor for the Personal Property, and Trustee has determined that there is no value for the Estate, as provided in the table below:

| Asset | Value | Liens | Claimed Exemption | Estimated Cost of Sale | Equity for Estate |
|---|---|---|---|---|---|
| 2016 Forest RIV Prism PRC2250 (scheduled as Mercedes Sprinter 3500 C Class, mileage 3500) | $80,000 - Scheduled $84,850 (JD Power - Avg. Retail) | $69,201.10 (POC #3) | $3,625 | $16,970 (20%) | $0 |
| Cadillac CT4 Luxury Sedan 2021 (mileage 21,000) | $32,300 - Scheduled $25,300 - (Car Max Value) | $0 | $32,300 ($25,925 + $6,375) | - | $0 |
| Harley Davidson Electric Glide (2015 FLHXS Street Glide Special with a 1690 cc engine, mileage 1800) | $20,000 - scheduled $19,910 - KBB (Typical Listing Price) | $22,775 (Scheduled) | - | - | $0 |
| Sanderson & Daughter Services, Inc. (100%) ("Business") | $0 - Scheduled | $0 | - | - | $0 |
| Guns (various) | $4,500 - Scheduled | $0 | $4,500 | - | $0 |
| Household Goods & Furnishings | $1,000 - Scheduled | $0 | $1,000 | - | $0 |
| Miscellaneous Electronics | $500 - Scheduled | $0 | $500 | - | $0 |
| Clothes | $500 - Scheduled | $0 | 100% | - | |
| Cash | $2000 - Scheduled | $0 | $2,000 | - | $0 |
| Pacific Life Insurance | $14,305.93 - Scheduled | $0 | $14,305.93 | - | $0 |
| | | | | Total: | $0 |

13. The Debtor and Trustee have agreed that the Debtor will pay a total sum of $64,000 to purchase the Estate's interest in the Property and Personal Property, subject to all existing liens by paying a $10,000 down payment at the execution of the Settlement Agreement and eight (8) monthly installment payments at $6,750, commencing 30 days after the execution of the Settlement Agreement by Debtor.

14. Based upon the foregoing and in order to eliminate the need for Trustee to sell or liquidate the Property or Personal Property, the Parties have agreed to settle this matter for an amount of $64,000.   The terms of which are set forth below.

**SETTLEMENT AGREEMENT:**

15. Trustee and Debtor entered into a Settlement Agreement and Mutual Release ("Settlement Agreement").   A true and correct copy of the Settlement Agreement is attached to the accompanying declaration of A. Cisneros as Exhibit "1." The primary terms of the Settlement Agreement are as follows:

  a. The Settlement Agreement is subject to the approval of the Bankruptcy Court and is of no force or effect until

    approved by the Bankruptcy Court;

b. The Debtor agrees to pay the Bankruptcy Estate the sum of $64,000.00 for the Estate's interest in the Property and Personal Property ("Settlement Payment");

c. The Settlement Payment shall be paid as follows:

i. $10,000 due at execution of this Settlement Agreement by the Debtor;

ii. Eight (8) installments of $6,750 commencing 30 days after the execution of the Settlement Agreement by Debtor;

d. In the event Debtor fails to timely tender the required payments, Trustee shall be entitled to notify Debtor and Debtor's counsel via email of said default in writing. Should Debtor fail to cure the default within five (5) days of the date of the notice, then Trustee shall be entitled to a judgment of $75,000. Trustee may satisfy this judgment through the liquidation of debtor's exempt and non-exempt assets, and Trustee's judgment must to be satisfied in advance of any payment to Debtor for his claimed exemptions;

e. The payment shall be made payable to "A. Cisneros, Trustee of the Estate of Ronald David Sanderson" and sent to 3403 10th Street., Suite 714, Riverside, CA 92501;

f. Upon Bankruptcy Court approval of the settlement, and receipt of the Settlement Payment in full, the Bankruptcy Estate's interest in the Property shall be deemed fully administered and/or abandoned by the Estate.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/27/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

OFFICE OF U.S. TRUSTEE: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/27/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR: Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/27/2023 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

**SECTION 1 CONT.**
NOTICE: Chad L Butler     caecf@tblaw.com
NOTICE: Timothy S Huyck     lawyer@gartlandgroup.com, jaclyn@myfreshstartbegins.com; huyck.timothys.r99655@notify.bestcase.com; amanda@myfreshstartbegins.com; tim@myfreshstartbegins.com
NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org

**SECTION 2 CONT.**
ACAR Leasing LTD
d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096

Ace Funding Source LLC
c/o Buchalter, APC
55 Second Street, #1700
San Francisco, CA 94105

~~Ace Funding Source, LLC~~
~~100 William Street, 9th Floor~~
~~New York, NY 10038~~
*01/03/2023 – return to sender, not deliverable as addressed, unable to forward*

Aires Law Firm
6 Hughes, Ste. 205
Irvine, CA 92618

American Express National Bank
c/o Zwicker & Associates, P.C.
700 N. Brand Bl., Ste. 500
Glendale, CA 91203

American Express National Bank
c/o Becket and Lee
LLP PO Box 3001
Malvern PA 19355-0701

Amex
P.o. Box 981537
El Paso, TX 79998

~~Ariel Bouskila, Esq.~~
~~40 Exchange Place, Suite 1306~~
~~New York, NY 10005~~
*01/03/2023 – return to sender, not deliverable as addressed, unable to forward*

~~Bank of America~~
~~Attn: Bankruptcy Nc4-105-03-14~~
~~Po Box 26012~~
~~Greensboro, NC 27420~~
01/06/2023 - *return to sender, not deliverable as addressed, unable to forward*

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Employment Development Department
Bankruptcy Group MIC 92E
PO BOX 826880
Sacramento, CA 95814

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FTB Bankruptcy Unit
MSA340
Po Box 2952
Sacramento, CA 95812-2952

Harley Davidson Financial
Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721

IRS
Po Box 7346
Philadelphia, PA 19101

~~Journal Broadcast Group~~
~~333 West State Street~~
~~Milwaukee, WI 53203~~
*01/03/2023 – return to sender, not deliverable as addressed, unable to forward*

Journal Broadcast Group
c/o Troy W. Stanton, Esq.
P.O. Box 880
Yorba Linda, CA 92885

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

ML Factors Limited Liability Co.
c/o Law Offices of Todd F. Haines
30495 Canwood St., Ste. 100
Agoura Hills, CA 91301

~~New Era Lending, LLC~~
~~762 N Orange St.~~
~~Wilmington, DE 19801-4738~~
*01/04/2023 – return to sender, attempted not known, unable to forward*

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Riverside County Tax Collector
4080 Lemon St 4th Floor
Riverside, CA 92501

Riverside County Treasurer-Tax Coll
P.O. Box 12005
Riverside, CA 92502-2205

Sarah Clemens
4640 Admiralty Way, 5th Floor
Marina Del Rey, CA 90292

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

Wesco Insurance Company
800 Superior Ave. E, 21st
Floor Cleveland, OH 44114