# EXHIBIT "1"

RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
(WITH ARBITRATION PROVISION)

OTHER IMPORTANT TERMS

## 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount or a final scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

GAP LIABILITY NOTICE
In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under the contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional gap contract (debt cancellation contract) for coverage of the gap amount may be offered for an additional charge.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission.

c. **Security Interest.** You give us a security interest in:
- The vehicle and all parts or goods installed on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- Any proceeds from insurance, maintenance, service, or other contracts we finance for you.

d. **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem).

## ARBITRATION PROVISION
PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

BANK OF AMERICA
HOLLAND MOTOR HOMES
221 TRAVELERS WAY
SAN MARCOS, CA. 92069
760-798-8300
FAX 760 798 8936

# EXHIBIT "2"

SECTIONS A-J MUST BE COMPLETED · PLEASE PRINT – USE CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND
## RELEASE OF LIABILITY

*MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov*

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME          FIRST

B. NEW OWNER'S ADDRESS                               APT NUMBER        C. ODOMETER READING (NO TENTHS)

D. CITY          STATE     ZIP CODE                  E. DATE OF SALE OR LEASE RETURN
                                                       MO.    DAY    YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME     FIRST         G. SELLING PRICE (NO CENTS)
                                                                      WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS                      APT NUMBER       I. SELLER'S OR LESSEE'S SIGNATURE

                                                                     X

J. CITY          STATE     ZIP CODE

VEHICLE ID NUMBER                                YR. MODEL   MAKE        PLATE NUMBER

WDAPF4CC3F9619290                                2016 COACH

REG. 138A (REV. 10/2012)

---

### STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

VEHICLE HISTORY

**AUTOMOBILE**

| | | |
|---|---|---|
| VEHICLE ID NUMBER | YR MODEL   MAKE | PLATE NUMBER |
| WDAPF4CC3F9619290 | 2016 COACH | |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| MH | | | D | | NONE | 10/02/2019 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2015 YD | | | BA | | 01/22/20 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE     ODOMETER READING
09/30/2015        2563 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
SANDERSON RONALD D
68065 EMPALMO RD
CATHEDRAL CTY CA 92234

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____  X_____
    DATE              SIGNATURE OF REGISTERED OWNER

1b. _____  X_____
    DATE              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

The odometer now reads [    ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

1. BK AMER NA
   PO BX 2759
   JACKSONVILLE
   FL 32203

2. X_____
   Signature releases interest in vehicle. (Company names must be countersigned)
   Release Date _____

CA

REG. 17.30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.
VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW

**IMPORTANT NOTICE — DO NOT DETACH UNTIL SOLD**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov
AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). **This form is to be used ONLY for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING: If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.**

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**INSTRUCTIONS FOR COMPLETING NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state and ZIP code.

**FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:**

**DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001**

## APPLICATION FOR TRANSFER BY NEW OWNER    (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND  ☐ OR    (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS    APT./SP./STE. NUMBER

5. CITY    STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES,ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY    STATE    ZIP CODE

**OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE    SIGNATURE OF NEW REGISTERED OWNER    X    DRIVER LICENSE OR ID CARD NO.    PURCHASE DATE

9b. DATE    SIGNATURE OF NEW REGISTERED OWNER    X    DRIVER LICENSE OR ID CARD NO.    PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF **LIENHOLDER** – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY    STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER**

14. Odometer now reads: [ ] [ ] [ ] [ ] [ ] [ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.    **R/S NUMBER**

DATE    SIGNATURE OF AUTHORIZED AGENT    X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING    X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

**TRANSACTIONS ONLY**

SOLD THROUGH AUCTION IF APPLICABLE    DATE OF AUCTION    AUCTION NAME    DEALER NUMBER

15. Odometer now reads: [ ] [ ] [ ] [ ] [ ] [ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.    **R/S NUMBER**

DATE    SIGNATURE OF AUTHORIZED AGENT    X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING    X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

16. Odometer now reads: [ ] [ ] [ ] [ ] [ ] [ ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.    **R/S NUMBER**

DATE    SIGNATURE OF AUTHORIZED AGENT    X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING    X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

# EXHIBIT "3"

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Ronald David Sanderson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:22-bk-12947** |

☑ Check if this is an
  amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes.  Where is the property?

1.1

| | | |
|---|---|---|
| **68065 Empalmo Rd.** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put he amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☑ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Cathedral City        CA        92234-0000** | ☐ Manufactured or mobile home | |
| City        State        Z P Code | ☐ Land | Current value of the entire property?   Current value of the portion you own? |
| | ☐ Investment property | **$530,000.00**        **$530,000.00** |
| | ☐ Timeshare | |
| | ☐ Other _____ | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | **Who has an interest in the property?** Check one | |
| **Riverside** | ☑ Debtor 1 only | **Fee simple** |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | ☐ **Check if this is community property** (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** | |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................=>

**$530,000.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Ronald David Sanderson**                                      Case number *(if known)*  **6:22-bk-12947**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- [ ] No
- [x] Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Mercedes Benz** | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1    Make:   **Mercedes Benz**

Model:  **Sprinter 3500 C Class**

Year:   **2016**

Approximate mileage:   **3500**

Other information:

Who has an interest in the property? Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

**$80,000.00**       **$80,000.00**

---

3.2    Make:   **Harley Davidson**

Model:  **Electric Glide**

Year:   **2016**

Approximate mileage:   **1800**

Other information:

Who has an interest in the property? Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

**$20,000.00**       **$20,000.00**

---

3.3    Make:   **Cadillac**

Model:  **CT4 Luxury Sedan**

Year:   **2021**

Approximate mileage:   **21000**

Other information:

**Vehicle was in a serious accident that resulted in $15,000 of damage. Repairs have been made.**

Who has an interest in the property? Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

**$32,300.00**       **$32,300.00**

---

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- [x] No
- [ ] Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>**

**$132,300.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**       **Current value of the portion you own?** Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
- [ ] No
- [x] Yes. Describe.....

| Household Goods & Furnishings | $1,000.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- [ ] No
- [x] Yes. Describe.....

Official Form 106A/B                          Schedule A/B: Property                                          page 2

Debtor 1    **Ronald David Sanderson**                                         Case number *(if known)*   **6:22-bk-12947**

| Miscellaneous electronics | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☑ No
   - ☐ Yes. Describe.....

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   - ☐ No
   - ☑ Yes. Describe.....

| | |
|---|---|
| **Bushmaster AR15 .223**<br>**Akkar 12 ga. shotgun**<br>**Mossberg 12 ga. shotgun**<br>**Socom 16 30.06 rifle**<br>**Ruger GP100 .357 pistol**<br>**Glock 26 9mm pistol**<br>**Beretta 92FS 9mm pistol**<br>**Bersa Firestorm .380 pistol**<br>**Beretta 9mm pistol**<br>**Taurus .38 pistol**<br>**Smith & Wesson M&P9 9mm pistol**<br>**Ruger 10/22**<br>**DPMS AR15 .223**<br>**Anderson AR15 .223** | $4,500.00 |

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   - ☐ No
   - ☑ Yes. Describe.....

| Clothes | $500.00 |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   - ☑ No
   - ☐ Yes. Describe.....

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   - ☑ No
   - ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   - ☑ No
   - ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

| | $6,500.00 |

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                    **Current value of the portion you own?**

|  |  |  |
|---|---|---|
|  |  | Do not deduct secured claims or exemptions. |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes....................................................................................................................

| | Cash | | $2,000.00 |
|---|---|---|---|

---

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes........................    Institution name:

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Sanderson & Daughter Services, Inc.** | **100%** | % | **$0.00** |

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.
    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes. ....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them...

---

Official Form 106A/B    Schedule A/B: Property    page 4

| Debtor 1 | **Ronald David Sanderson** | Case number *(if known)* | **6:22-bk-12947** |

**27.  Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29.  Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information......

**30.  Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
        benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Pacific Life Insurance** | **Sabrina Sanderson<br>(Debtor's daughter)** | **$14,305.93** |

**32.  Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.

☑ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here...............................................................................................................**

| **$16,305.93** |
|---|

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

Official Form 106A/B                         Schedule A/B: Property                           page 5

| Debtor 1 | **Ronald David Sanderson** | Case number *(if known)* | **6:22-bk-12947** |
| --- | --- | --- | --- |

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:**  **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here  ....................................**   **$0.00**

**Part 8:**  **List the Totals of Each Part of this Form**

| | | | |
| --- | --- | --- | --- |
| 55. | **Part 1: Total real estate, line 2** ...................................................................................................... | | **$530,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$132,300.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$6,500.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$16,305.93** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54**  + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$155,105.93**   Copy personal property total | **$155,105.93** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$685,105.93** |

# United States Bankruptcy Court
## Central District of California

In re  **Ronald David Sanderson**

Debtor(s)

Case No.  **6:22-bk-12947**

Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule A/B, consisting of **6** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  _2-1-23_

Signature

**Ronald David Sanderson**
Debtor 1

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ronald David Sanderson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **6:22-bk-12947** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|

**2.1** **Ace Funding Source LLC**
Creditor's Name

c/o Buchalter, APC
55 Second Street, #1700
San Francisco, CA 94105
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Describe the property that secures the claim:**

**68065 Empalmo Rd.
Cathedral City, CA 92234**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right of offset) _____

Amount of claim: **$177,144.48**   Value of collateral: **$530,000.00**   Unsecured portion: **$0.00**

**Date debt was incurred** **7/5/2018**    **Last 4 digits of account number** _____

---

Official Form 106D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 10

Debtor 1  **Ronald David Sanderson**
    First Name      Middle Name      Last Name

Case number (if known)  **6:22-bk-12947**

| 2.2 | **American Express National Bank** | Describe the property that secures the claim: | $39,248.83 | $530,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Zwicker & Associates, P.C. 700 N. Brand Bl., Ste. 500 Glendale, CA 91203**

Number, Street, City, State & Zip Code

**68065 Empalmo Rd. Cathedral City, CA 92234**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **3/21/2019**  Last 4 digits of account number _____

| 2.3 | **Bank of America** | Describe the property that secures the claim: | $69,774.00 | $80,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Nc4-105-03-14 Po Box 26012 Greensboro, NC 27420**

Number, Street, City, State & Zip Code

**2016 Mercedes Benz Sprinter 3500 C Class 3500 miles**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 9/30/15 Last Active 6/17/22**

Date debt was incurred  **6/17/22**  Last 4 digits of account number  **0170**

Debtor 1    **Ronald David Sanderson**

First Name    Middle Name    Last Name

Case number (if known)    **6:22-bk-12947**

| | | | | |
|---|---|---|---|---|
| **2.4** | **Barclays Bank Delaware** | Describe the property that secures the claim: | $6,204.00 | $530,000.00 | $0.00 |

**2.4** **Barclays Bank Delaware**
Creditor's Name

**Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**68065 Empalmo Rd.
Cathedral City, CA 92234**

$6,204.00    $530,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **Opened 10/16  Last Active 11/17**    Last 4 digits of account number    **6308**

---

**2.5** **FTB Bankruptcy Unit**
Creditor's Name

**MSA340
Po Box 2952
Sacramento, CA 95812-2952**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**68065 Empalmo Rd.
Cathedral City, CA 92234**

$48,209.10    $0.00    $48,209.10

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2006, 2007, 2008**    Last 4 digits of account number    _____

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 10

Debtor 1 **Ronald David Sanderson**
First Name      Middle Name      Last Name

Case number (if known)  **6:22-bk-12947**

| 2.6 | **FTB Bankruptcy Unit** | Describe the property that secures the claim: | **$17,983.44** | **$530,000.00** | **$0.00** |

Creditor's Name

**MSA340
Po Box 2952
Sacramento, CA
95812-2952**

Number, Street, City, State & Zip Code

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **4/1/2018 to 6/30/2018**      Last 4 digits of account number _____

---

| 2.7 | **FTB Bankruptcy Unit** | Describe the property that secures the claim: | **$24,407.06** | **$530,000.00** | **$0.00** |

Creditor's Name

**MSA340
Po Box 2952
Sacramento, CA
95812-2952**

Number, Street, City, State & Zip Code

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **1/1/2018 to 3/31/2018**      Last 4 digits of account number _____

---

| 2.8 | **FTB Bankruptcy Unit** | Describe the property that secures the claim: | **$98,703.10** | **$530,000.00** | **$0.00** |

Creditor's Name

**MSA340
Po Box 2952
Sacramento, CA
95812-2952**

Number, Street, City, State & Zip Code

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **3/28/2018**      Last 4 digits of account number _____

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 10

Debtor 1   **Ronald David Sanderson**
First Name   Middle Name   Last Name

Case number (if known)   **6:22-bk-12947**

| 2.9 | **FTB Bankruptcy Unit** | Describe the property that secures the claim: | $12,433.43 | $530,000.00 | $0.00 |

Creditor's Name

**MSA340
Po Box 2952
Sacramento, CA
95812-2952**

Number, Street, City, State & Zip Code

**68065 Empalmo Rd.
Cathedral City, CA 92234**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **2/3/2017**

Last 4 digits of account number

| 2.1 0 | **Harley Davidson Financial** | Describe the property that secures the claim: | $22,775.00 | $20,000.00 | $2,775.00 |

Creditor's Name

**Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721**

Number, Street, City, State & Zip Code

**2016 Harley Davidson Electric Glide
1800 miles**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Opened
03/16  Last
Active**

Date debt was incurred   **11/03/17**

Last 4 digits of account number   **1914**

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 5 of 10

Debtor 1 **Ronald David Sanderson**
First Name   Middle Name   Last Name

Case number (if known)   **6:22-bk-12947**

---

**2.1**
**1**  **IRS**
Creditor's Name

Po Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **9/22/2020**

**Describe the property that secures the claim:**

**68065 Empalmo Rd.
Cathedral City, CA 92234-5620**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$995,000.00   $530,000.00   $995,000.00

---

**2.1**
**2**  **IRS**
Creditor's Name

Po Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **12/31/2018**

**Describe the property that secures the claim:**

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Federal Tax Lien Refile**

Last 4 digits of account number _____

$105,823.16   $530,000.00   $0.00

---

**2.1**
**3**  **IRS**
Creditor's Name

Po Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **2/15/2018**

**Describe the property that secures the claim:**

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Federal Tax Lien Refile**

Last 4 digits of account number _____

$58,920.00   $0.00   $58,920.00

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 6 of 10

Debtor 1  **Ronald David Sanderson**
First Name  Middle Name  Last Name

Case number (if known)  **6:22-bk-12947**

---

| 2.1 4 | | | |
|---|---|---|---|

**IRS**
Creditor's Name

Describe the property that secures the claim:  **$14,538.30**  **$530,000.00**  **$0.00**

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**Po Box 7346
Philadelphia, PA 19101**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Federal Tax Lien Refile**

Date debt was incurred  **2/15/2018**  Last 4 digits of account number  _____

---

| 2.1 5 | | | |
|---|---|---|---|

**IRS**
Creditor's Name

Describe the property that secures the claim:  **$42,971.15**  **$530,000.00**  **$0.00**

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**Po Box 7346
Philadelphia, PA 19101**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Federal Tax Lien Refile**

Date debt was incurred  **2/15/2018**  Last 4 digits of account number  _____

---

| 2.1 6 | | | |
|---|---|---|---|

**IRS**
Creditor's Name

Describe the property that secures the claim:  **$11,982.39**  **$530,000.00**  **$0.00**

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**Po Box 7346
Philadelphia, PA 19101**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Federal Tax Lien Refile**

Date debt was incurred  _____  Last 4 digits of account number  _____

---

Official Form 106D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 7 of 10

Debtor 1   **Ronald David Sanderson**
    First Name     Middle Name     Last Name

Case number (if known)   **6:22-bk-12947**

---

| 2.17 | | | | |
|---|---|---|---|---|

**IRS**
Creditor's Name

**Po Box 7346
Philadelphia, PA 19101**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   $277,608.15   $530,000.00   $0.00

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Federal Tax Lien Refile**

Date debt was incurred   **1/19/2018**   Last 4 digits of account number  _____

---

| 2.18 | | | | |
|---|---|---|---|---|

**IRS**
Creditor's Name

**Po Box 7346
Philadelphia, PA 19101**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   $155,034.02   $530,000.00   $0.00

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred   **3/31/2017**   Last 4 digits of account number  _____

---

| 2.19 | | | | |
|---|---|---|---|---|

**IRS**
Creditor's Name

**Po Box 7346
Philadelphia, PA 19101**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   $132,127.34   $530,000.00   $0.00

**68065 Empalmo Rd.
Cathedral City, CA 92234**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred   **6/14/2013**   Last 4 digits of account number  _____

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 8 of 10

| Debtor 1 | **Ronald David Sanderson** | | Case number (if known) | **6:22-bk-12947** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.2 0 | **Journal Broadcast Group** | Describe the property that secures the claim: | $17,191.97 | $0.00 | $17,191.97 |
|---|---|---|---|---|---|

Creditor's Name

**68065 Empalmo Rd.
Cathedral City, CA 92234**

c/o Troy W. Stanton, Esq.
P.O. Box 880
Yorba Linda, CA 92885

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **1/8/2013**          Last 4 digits of account number   _____

| 2.2 1 | **ML Factors Limited Liability Co.** | Describe the property that secures the claim: | $109,228.87 | $0.00 | $109,228.87 |
|---|---|---|---|---|---|

Creditor's Name

**68065 Empalmo Rd.
Cathedral City, CA 92234**

c/o Law Offices of Todd F. Haines
30495 Canwood St., Ste. 100
Agoura Hills, CA 91301

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **5/4/2018**          Last 4 digits of account number   _____

| 2.2 2 | **Riverside County Treasurer-Tax Coll** | Describe the property that secures the claim: | $130.00 | $530,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**68065 Empalmo Rd.
Cathedral City, CA 92234**

P.O. Box 12005
Riverside, CA 92502-2205

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Certificate of Lien**

Date debt was incurred   **1/28/2014**          Last 4 digits of account number   _____

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 10

Debtor 1   **Ronald David Sanderson**
    First Name     Middle Name     Last Name

Case number (if known)   **6:22-bk-12947**

| 2.2 3 | **Select Portfolio Servicing, Inc**<br>Creditor's Name<br><br>**10401 Deerwood Park Blvd**<br>**Jacksonville, FL 32256**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**68065 Empalmo Rd. Cathedral City, CA 92234  Riverside County** | **$202,156.00** | **$530,000.00** | **$0.00** |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred   **Opened 06/05 Last Active 07/22**   Last 4 digits of account number   **6362** _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:   | **$2,639,593.79** |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   | **$2,639,593.79** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]

Name, Number, Street, City, State & Zip Code
**Journal Broadcast Group**
**333 West State Street**
**Milwaukee, WI 53203**

On which line in Part 1 did you enter the creditor?   **2.20**

Last 4 digits of account number ___

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 10

# EXHIBIT "4"

Fill in this information to identify your case:

| Debtor 1 | **Ronald David Sanderson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number **6:22-bk-12947**
(if known)

☑ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
☑ creditors have claims secured by your property, or
☑ you have leased personal property and the lease has not expired.
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,
whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list
on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must
sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write your name and case number (if known).**

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the
information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ace Funding Source LLC**<br><br>Description of property securing debt: **68065 Empalmo Rd. Cathedral City, CA 92234** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>☑ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>☑ Yes |
| Creditor's name: **American Express National Bank**<br><br>Description of property securing debt: **68065 Empalmo Rd. Cathedral City, CA 92234** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>☑ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>☑ Yes |
| Creditor's name: **Bank of America**<br><br>Description of property securing debt: **2016 Mercedes Benz Sprinter 3500 C Class 3500 miles** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>☐ Retain the property and [explain]: | ☑ No<br><br>☐ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1

Debtor 1    **Ronald David Sanderson**                                    Case number (if known)    **6:22-bk-12947**

| | | |
|---|---|---|
| Creditor's name: | **Barclays Bank Delaware** | ☐ No |
| | | ☑ Yes |
| Description of property securing debt: | **68065 Empalmo Rd. Cathedral City, CA 92234** | |

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☑ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)**

---

| | | |
|---|---|---|
| Creditor's name: | **Harley Davidson Financial** | ☑ No |
| | | ☐ Yes |
| Description of property securing debt: | **2016 Harley Davidson Electric Glide 1800 miles** | |

☑ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

| | | |
|---|---|---|
| Creditor's name: | **IRS** | ☐ No |
| | | ☑ Yes |
| Description of property securing debt: | **68065 Empalmo Rd. Cathedral City, CA 92234-5620** | |

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☑ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)**

---

| | | |
|---|---|---|
| Creditor's name: | **Journal Broadcast Group** | ☐ No |
| | | ☑ Yes |
| Description of property securing debt: | **68065 Empalmo Rd. Cathedral City, CA 92234** | |

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☑ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)**

---

| | | |
|---|---|---|
| Creditor's name: | **ML Factors Limited Liability Co.** | ☐ No |
| | | ☑ Yes |
| Description of property securing debt: | **68065 Empalmo Rd. Cathedral City, CA 92234** | |

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☑ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)**

---

| | | |
|---|---|---|
| Creditor's name: | **Riverside County Treasurer-Tax Coll** | ☐ No |
| | | ☑ Yes |
| Description of property securing debt: | **68065 Empalmo Rd. Cathedral City, CA 92234** | |

☐ Surrender the property.
☐ Retain the property and redeem it.
☑ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

| | | |
|---|---|---|
| Creditor's name: | **Select Portfolio Servicing, Inc** | ☐ No |
| | | ☑ Yes |
| Description of property securing debt: | **68065 Empalmo Rd. Cathedral City, CA 92234  Riverside County** | |

☐ Surrender the property.
☐ Retain the property and redeem it.
☑ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

**Part 2:    List Your Unexpired Personal Property Leases**

Debtor 1   **Ronald David Sanderson**                                         Case number *(if known)*   **6:22-bk-12947**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

**Part 3:   Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____     X _____
**Ronald David Sanderson**                               Signature of Debtor 2
Signature of Debtor 1

Date   **March 13, 2023**                                  Date _____

Official Form 108                  **Statement of Intention for Individuals Filing Under Chapter 7**                  page 3