E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOLENE TANNER (SBN 285320)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 393-3544
    Facsimile: (213) 894-0115
    E-mail: jolene.tanner@usdoj.gov

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>                  Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>STIPULATION TO EXTEND THE DEADLINE FOR THE UNITED STATES OF AMERICA TO FILE A RESPONSE AND REQUEST A HEARING ON THE TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR [DOCKET NO. 60]<br><br>[No Hearing Set] |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES,**

Arturo Cisneros, chapter 7 trustee of the Ronald David Sanderson bankruptcy estate (the "Trustee"), and the United States of America, on behalf of its agency, the Internal Revenue Service (together, the "Parties"), stipulate through their respective counsel that:

///

///

1

RECITALS

A.   On March 27, 2023, the Trustee, filed a Motion to Approve Compromise of Controversy with Ronald David Sanderson (the "Debtor") (the "Motion," Docket No. 60).

B.   The Motion was filed under Local Bankruptcy Rule 9013-1(o), with an opportunity to file an opposition and request a hearing.

C.   The United States asserts that the Motion is a contested matter that requires service under Fed. R. Bankr. P. 9014(b) and 7004.

D.   The Trustee disputes the United States assertion that the Motion is a contested matter that requires service under Fed. R. Bankr. P. 9014(b) and 7004.

E.   The Motion was not served on the United States Attorney's Office for the Central District of California, nor was it served on the Attorney General at the time of filing.

F.   The United States and counsel for the Trustee have discussed the United States' objection to the Motion and require additional time to determine whether and written objection to the Motion and hearing thereon will be necessary.

**NOW THEREFORE**, based upon the foregoing recitals, the Parties hereby stipulate and agree as follows:

STIPULATION

1.   The recitals set forth above are incorporated herein by reference and shall be deemed a material part of this stipulation.

2.   On or before April 11, 2023, pursuant to the United States request, the Trustee will serve the Motion on the United States Attorney's Office for the Central District of California and the Attorney General, at the addresses below.

> Civil Process Clerk
> Office of the United States Attorney
> Room 7516, Federal Building
> 300 North Los Angeles Street
> Los Angeles, CA  90012

Attorney General
U.S. Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044

3. The Parties agree to extend the deadline for the United States to file a response to the Motion to April 25, 2023.

4. A proposed order is lodged concurrently herewith.

Respectfully submitted,
E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: April 11, 2023

/s/ Jolene Tanner
JOLENE TANNER
Assistant United States Attorney
Attorneys for the United States of America

MALCOLM CISNEROS, A Law Corp.

Dated: April 11, 2023

CHRISTINA J. KHIL
NATHAN F. SMITH
Attorneys for Chapter 7 Trustee, Arturo Cisneros

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 300 N. Los Angeles Street, Room 7211, Los Angeles, CA 90012

A true and correct copy of STIPULATION TO EXTEND THE DEADLINE FOR THE UNITED STATES OF AMERICA TO FILE A RESPONSE AND REQUEST A HEARING ON THE TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR [DOCKET NO. 60] be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:  Pursuant controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>4/11/23</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chad L Butler    caecf@tblaw.com
Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Timothy S Huyck    lawyer@gartlandgroup.com, jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com
Christina J Khil    christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On <u>4/11/23</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy se or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>4/11/23</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| <u>4/11/23</u> | *Maria Luisa Parcon* | */s/Maria Luisa Parcon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**