

**Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, April 11, 2023

CONFIRMATION :

Your Lodged Order Info:
( **11267716.docx** )
  A new order has been added

- **Office**:  Riverside
- **Case Title**:  Ronald David Sanderson
- **Case Number**:  22-12947
- **Judge Initial**:  RB
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  67
- **On Date**:  04/11/2023 @ 04:23 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012