```
E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOLENE TANNER (SBN 285320)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 393-3544
        Facsimile: (213) 894-0115
        E-mail: jolene.tanner@usdoj.gov

Attorneys for the United States of America
```

**FILED & ENTERED**

**APR 13 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>                    Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE FOR THE UNITED STATES OF AMERICA TO FILE A RESPONSE AND REQUEST A HEARING ON THE TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR [DOCKET NO. 60]<br><br>[No Hearing Set] |

The Court, having reviewed and considered the Stipulation to Extend the Deadline for the United States of America to File A Response and Request a Hearing on the Trustee's Motion to Approve Compromise with Debtor (the "Stipulation," Docket No. 622), and good cause shown,

**IT IS ORDERED** THAT:

1.    the Stipulation is APPROVED.

1

2. On or before April 11, 2023, the Trustee will serve the Motion on the United States Attorney's Office for the Central District of California and the Attorney General.

3. the United States' deadline to file an opposition to and request a hearing on the Motion is extended to **April 25, 2023**.

###

Date: April 13, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge