United States Bankruptcy Court
Central District of California

In re:  Case No. 22-12947-RB
Ronald David Sanderson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 2
Date Rcvd: Apr 13, 2023  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor Bank of America N.A. caecf@tblaw.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Christina J Khil | on behalf of Trustee Arturo Cisneros (TR) christinao@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Jolene Tanner | on behalf of Creditor UNITED STATES OF AMERICA jolene.tanner@usdoj.gov USACAC.criminal@usdoj.gov |
| Nathan F Smith | on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Timothy S Huyck
    on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com
    jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

```
E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOLENE TANNER (SBN 285320)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 393-3544
        Facsimile: (213) 894-0115
        E-mail: jolene.tanner@usdoj.gov

Attorneys for the United States of America
```

**FILED & ENTERED**

APR 13 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>                    Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE FOR THE UNITED STATES OF AMERICA TO FILE A RESPONSE AND REQUEST A HEARING ON THE TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR [DOCKET NO. 60]<br><br>[No Hearing Set] |

The Court, having reviewed and considered the Stipulation to Extend the Deadline for the United States of America to File A Response and Request a Hearing on the Trustee's Motion to Approve Compromise with Debtor (the "Stipulation," Docket No. 622), and good cause shown,

**IT IS ORDERED** THAT:

1.    the Stipulation is APPROVED.

1

2. On or before April 11, 2023, the Trustee will serve the Motion on the United States Attorney's Office for the Central District of California and the Attorney General.

3. the United States' deadline to file an opposition to and request a hearing on the Motion is extended to **April 25, 2023**.

###

Date: April 13, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge