|  |  |
|---|---|
| E. MARTIN ESTRADA<br>United States Attorney<br>THOMAS D. COKER<br>Assistant United States Attorney<br>Chief, Tax Division<br>JOLENE TANNER (SBN 285320)<br>Assistant United States Attorney<br>    Federal Building, Suite 7211<br>    300 North Los Angeles Street<br>    Los Angeles, California 90012<br>    Telephone: (213) 393-3544<br>    Facsimile: (213) 894-0115<br>    E-mail: jolene.tanner@usdoj.gov | **FILED & ENTERED**<br><br>APR 28 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY cargill    DEPUTY CLERK |

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>                  Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>ORDER APPROVING SECOND STIPULATION TO EXTEND THE DEADLINE FOR THE UNITED STATES OF AMERICA TO FILE A RESPONSE AND REQUEST A HEARING ON THE TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR [DOCKET NO. 60]<br><br>[No Hearing Set] |

The Court, having reviewed and considered the Second Stipulation to Extend the Deadline for the United States of America to File a Response and Request a Hearing on the Trustee's Motion to Approve Compromise with Debtor (the "Second Stipulation," Docket No. 72), and good cause shown,

///

///

///

///

1

**IT IS ORDERED** that:

1. the Second Stipulation is APPROVED.

2. the United States' deadline to file an opposition to and request a hearing on the Motion is extended to **May 12, 2023**.

###

Date: April 28, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge