United States Bankruptcy Court

Central District of California

In re:  
Ronald David Sanderson  
    Debtor

Case No. 22-12947-RB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2  
Date Rcvd: Apr 28, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor Bank of America  N.A. caecf@tblaw.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9 caecf@tblaw.com |
| Christina J Khil | on behalf of Trustee Arturo Cisneros (TR) christinao@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Jolene Tanner | on behalf of Creditor UNITED STATES OF AMERICA jolene.tanner@usdoj.gov USACAC.criminal@usdoj.gov |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Timothy S Huyck
    on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com
    jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 9

```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  THOMAS D. COKER
    Assistant United States Attorney
 3  Chief, Tax Division
    JOLENE TANNER (SBN 285320)
 4  Assistant United States Attorney
            Federal Building, Suite 7211
 5          300 North Los Angeles Street
            Los Angeles, California 90012
 6          Telephone: (213) 393-3544
            Facsimile: (213) 894-0115
 7          E-mail: jolene.tanner@usdoj.gov

 8  Attorneys for the United States of America
```

**FILED & ENTERED**

**APR 28 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY cargill    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>                Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>ORDER APPROVING SECOND STIPULATION TO EXTEND THE DEADLINE FOR THE UNITED STATES OF AMERICA TO FILE A RESPONSE AND REQUEST A HEARING ON THE TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR [DOCKET NO. 60]<br><br>[No Hearing Set] |

      The Court, having reviewed and considered the Second Stipulation to Extend the Deadline for the United States of America to File a Response and Request a Hearing on the Trustee's Motion to Approve Compromise with Debtor (the "Second Stipulation," Docket No. 72), and good cause shown,

///

///

///

///

1

**IT IS ORDERED** that:

1. the Second Stipulation is APPROVED.

2. the United States' deadline to file an opposition to and request a hearing on the Motion is extended to **May 12, 2023**.

###

Date: April 28, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge