NATHAN F. SMITH #264635 (nathan@mclaw.org)
CHRISTINA J. KHIL, #266845 (christinao@mclaw.org)
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

*Attorneys for A. Cisneros, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>STIPULATION RESOLVING UNITED STATES' OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR [DOCKET NO. 60]<br><br>[No Hearing Set] |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES,**

A. Cisneros, chapter 7 trustee of the Ronald David Sanderson bankruptcy estate (the "Trustee"), Ronald David Sanderson (the "Debtor"), and the United States of America, on behalf of its agency, the Internal Revenue Service (collectively, the "Parties"), stipulate through their respective counsel as follows:

**I.    RECITALS**

1.    On March 27, 2023, Trustee, filed a Motion to Approve Compromise of Controversy ("Motion") to approve a Settlement Agreement entered into by and between Trustee and the Debtor. Pursuant to the Settlement Agreement, subject to the Court's approval, the Debtor would purchase the

1

1. Estate's interest in real property located at 68065 Empalmo Rd., Cathedral City, CA 92234 ("Property") and Debtor's personal property assets ("Personal Property").

2. On April 11, 2023, the United States of America and the Trustee entered into a Stipulation to Extend the deadline to April 25, 2023, for the United States to respond to the Motion. An order approving the stipulation was entered on April 13, 2023.

3. On April 25, 2023, the United States of America and the Trustee entered into a Second Stipulation to Extend the deadline to May 12, 2023, for the United States to respond to the Motion. An order approving the stipulation was entered on April 28, 2023.

## II. STIPULATION

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

A. The Parties agree that the Settlement Agreement does not impact any tax lien of the Internal Revenue Service secured against the Property and Personal Property. The Internal Revenue Service's tax liens remain unaffected by the Settlement Agreement.

B. The Debtor requests to reserve any rights he may have to file a motion to avoid the IRS liens. The United States disputes that the debtor has any lien avoidance rights, under section 522(f) or otherwise, available to him.

[Stipulation Continued on Following Page]

C.  The rights of the United States of America and Internal Revenue Service under applicable law to enforce its lien and otherwise collect on the Property and Personal Property, after the Debtor's discharge, remain unaffected by the Settlement Agreement.

Respectfully submitted,

MALCOLM CISNEROS, A Law Corp.

Dated: June 27 2023

/s/ Christina J. Khil
NATHAN F. SMITH
CHRISTINA J. KHIL
Attorneys for Chapter 7 Trustee, Arturo Cisneros

E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: June 21 2023

JOLENE TANNER
Assistant United States Attorney
Attorneys for the United States of America

Dated: June 19, 2023

TIMOTHY S. HUYCK
Attorney for Debtor, Ronald David Sanderson

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING UNITED STATES' OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR [DOCKET NO. 60]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 28, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
**OFFICE OF U.S. TRUSTEE: United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.goV
**NOTICE: Chad L Butler**    caecf@tblaw.com
**NOTICE: Timothy S Huyck**    lawyer@gartlandgroup.com, jaclyn@myfreshstartbegins.com; huyck.timothys.r99655@notify.bestcase.com; amanda@myfreshstartbegins.com; tim@myfreshstartbegins.com
**NOTICE: Christina J Khil**    christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com
**NOTICE: Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
**NOTICE: Jolene Tanner**    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 28, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **June 28, 2023** | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**