NATHAN F. SMITH #264635 (nathan@mclaw.org)
CHRISTINA J. KHIL, #266845 (christinao@mclaw.org)
MALCOLM CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

*Attorneys for A. Cisneros, Chapter 7 Trustee*

**FILED & ENTERED**

**JUN 29 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>                    Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION RESOLVING UNITED STATES' OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR [DOCKET NO. 60]<br><br>[No Hearing Set] |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES,**

The Court, having considered the Stipulation re: Trustee's Motion to Approve Compromise with Debtor (the "Stipulation") filed June 28, 2023 [Docket No. 85], and with good cause shown,

**IT IS ORDERED THAT:**

1. The Stipulation is approved;

2. The Settlement Agreement does not impact any tax lien of the Internal Revenue Service secured against the Property and Personal Property. The Internal Revenue Service's tax liens remain unaffected by the Settlement Agreement;

3. The Debtor's rights, if any, to file a motion to avoid the IRS liens are reserved. The United States disputes that the Debtor has any lien avoidance rights, under section 522(f) or otherwise, available to him;

4. The rights of the United States of America and Internal Revenue Service under applicable law to enforce its lien and otherwise collect on the Property and Personal Property, after the Debtor's discharge, remain unaffected by the Settlement Agreement.

###

Date: June 29, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2