FormCACB (hrgother – van220z)
(v. 12/2021)

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF SCHEDULED HEARING

**DEBTOR(S) INFORMATION:**　　　　　　　　　　　　　　**BANKRUPTCY NO.** 6:22–bk–12947–RB
 Ronald David Sanderson　　　　　　　　　　　　　　　　　**CHAPTER** 7

**SSN:** xxx–xx–6699
**EIN:** N/A

68065 Empalmo Road
Cathedral City, CA 92234

---

**NOTICE IS HEREBY GIVEN** that a hearing will be held to consider and act upon the following: Order Setting Hearing Re Dismissal Of Case.

**YOU ARE HEREBY NOTIFIED** that the hearing will be conducted using Zoom for Government:

　　**Date:**　　　　　7/27/23
　　**Time:**　　　　　11:00 a.m.
　　**Hearing Judge:**　Honorable Magdalena Reyes Bordeaux

Objections to the above shall be in writing and filed with the Court at least FOURTEEN (14) DAYS prior to the hearing date. Any objection not filed and served may be deemed waived. See LBR 9013–1(f).

For further information, you may review the case at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

　　**Videoconference URL:** https://cacb.zoomgov.com/j/1605518548
　　**Meeting ID:**　　　　　160 551 8548
　　**Password:**　　　　　　3032023

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

　　**Audioconference Tel. No.:** 1 (669) 254 5252 or 1 (646) 828 7666
　　**Meeting ID:**　　　　　160 551 8548
　　**Password:**　　　　　　3032023

Dated: July 14, 2023

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgother – van220z v. 12/2021))　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**91 / RC6**