FILED & ENTERED

JUL 14 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:22-bk-12947-RB |
| RONALD DAVID SANDERSON, | CHAPTER 7 |
| | **AMENDED ORDER SETTING HEARING RE MOTION TO APPROVE COMPROMISE OF CONTROVERSY** |
| Debtor. | **(amended to correct order title)** |
| | Date:    July 27, 2023<br>Time:   11:00 a.m.<br>Courtroom: 303<br>            3420 Twelfth Street,<br>            Riverside, CA 92501 |
| | (In-Person and Zoom Appearances) |

On August 4, 2022, Debtor Ronald David Sanderson ("Debtor") filed a voluntary Chapter 7 bankruptcy. On March 27, 2023, the Chapter 7 Trustee ("Trustee") filed a Motion to Approve Compromise of Controversy ("Motion"). Dkt. 60.

The Court finds that further clarification is needed regarding the following issues:

(1) whether Trustee intends to file a motion to avoid the said tax liens discussed in the Motion;

     (2) whether potential foreclosure sale of Property would have impact on implementation of Settlement Agreement given the Court's granting of the Motion for Relief from Stay filed by Secured Creditor U.S. Bank National Association regarding the real property located at 68065 Empalmo Rd., Cathedral City, CA 92234 ("Property") [see Dkt. 83],; and

     (3) whether these tax liens would be entitled to receive distribution in a hypothetical sale of the Property given the priority of the said tax liens discussed in the Motion.

The Court having reviewed the Motion, and given the concerns mentioned above,

**IT IS ORDERED** that a hearing will be held on **July 27, 2023, at 11:00 a.m.** in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California. Parties can attend the hearing in person or remotely via Zoom.

###

Date: July 14, 2023

_Magdalena Reyes Bordeaux_
Magdalena Reyes Bordeaux
United States Bankruptcy Judge