United States Bankruptcy Court

Central District of California

In re:  
Ronald David Sanderson  
    Debtor

Case No. 22-12947-RB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 2  
Date Rcvd: Jul 14, 2023     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor Bank of America N.A. caecf@tblaw.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9 caecf@tblaw.com |
| Christina J Khil | on behalf of Trustee Arturo Cisneros (TR) christinao@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Jolene Tanner | on behalf of Creditor UNITED STATES OF AMERICA jolene.tanner@usdoj.gov USACAC.criminal@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 14, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Timothy S Huyck
    on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com
    jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 9

**FILED & ENTERED**

**JUL 14 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** cargill     **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No.: 6:22-bk-12947-RB |
| RONALD DAVID SANDERSON, | CHAPTER 7 |
| | **AMENDED ORDER SETTING HEARING RE MOTION TO APPROVE COMPROMISE OF CONTROVERSY** |
| Debtor. | **(amended to correct order title)** |
| | Date:       July 27, 2023<br>Time:       11:00 a.m.<br>Courtroom: 303<br>                   3420 Twelfth Street,<br>                   Riverside, CA 92501 |
| | (In-Person and Zoom Appearances) |

On August 4, 2022, Debtor Ronald David Sanderson ("Debtor") filed a voluntary Chapter 7 bankruptcy. On March 27, 2023, the Chapter 7 Trustee ("Trustee") filed a Motion to Approve Compromise of Controversy ("Motion"). Dkt. 60.

The Court finds that further clarification is needed regarding the following issues:

(1) whether Trustee intends to file a motion to avoid the said tax liens
    discussed in the Motion;

-1-

   (2) whether potential foreclosure sale of Property would have impact on implementation of Settlement Agreement given the Court's granting of the Motion for Relief from Stay filed by Secured Creditor U.S. Bank National Association regarding the real property located at 68065 Empalmo Rd., Cathedral City, CA 92234 ("Property") [see Dkt. 83],; and

   (3) whether these tax liens would be entitled to receive distribution in a hypothetical sale of the Property given the priority of the said tax liens discussed in the Motion.

  The Court having reviewed the Motion, and given the concerns mentioned above,

  **IT IS ORDERED** that a hearing will be held on **July 27, 2023, at 11:00 a.m.** in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California. Parties can attend the hearing in person or remotely via Zoom.

###

Date: July 14, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge