United States Bankruptcy Court

Central District of California

In re:                                                                                      Case No. 22-12947-RB
Ronald David Sanderson                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 14, 2023 | Form ID: van220z | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor Bank of America  N.A. caecf@tblaw.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9 caecf@tblaw.com |
| Christina J Khil | on behalf of Trustee Arturo Cisneros (TR) christinao@mclaw.org  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Jolene Tanner | on behalf of Creditor UNITED STATES OF AMERICA jolene.tanner@usdoj.gov  USACAC.criminal@usdoj.gov |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: van220z | Total Noticed: 1 |

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Timothy S Huyck
    on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com
    jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 9

FormCACB (hrgother – van220z)
(v. 12/2021)

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF SCHEDULED HEARING

**DEBTOR(S) INFORMATION:**
Ronald David Sanderson

**BANKRUPTCY NO.** 6:22–bk–12947–RB
**CHAPTER** 7

**SSN:** xxx–xx–6699
**EIN:** N/A

68065 Empalmo Road
Cathedral City, CA 92234

**NOTICE IS HEREBY GIVEN** that a hearing will be held to consider and act upon the following: Order Setting Hearing Re Dismissal Of Case.

**YOU ARE HEREBY NOTIFIED** that the hearing will be conducted using Zoom for Government:

**Date:** 7/27/23
**Time:** 11:00 a.m.
**Hearing Judge:** Honorable Magdalena Reyes Bordeaux

Objections to the above shall be in writing and filed with the Court at least FOURTEEN (14) DAYS prior to the hearing date. Any objection not filed and served may be deemed waived. See LBR 9013–1(f).

For further information, you may review the case at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

**Videoconference URL:** https://cacb.zoomgov.com/j/1605518548
**Meeting ID:** 160 551 8548
**Password:** 3032023

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

**Audioconference Tel. No.:** 1 (669) 254 5252 or 1 (646) 828 7666
**Meeting ID:** 160 551 8548
**Password:** 3032023

Dated: July 14, 2023

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court