NATHAN F. SMITH, #264635
CHRISTINA J. KHIL, #266845
MALCOLM CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: nathan@mclaw.org; christinao@mclaw.org

**FILED & ENTERED**

**AUG 07 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill      DEPUTY CLERK

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:22-bk-12947-RB |
| Ronald David Sanderson, | Chapter 7 |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY** |
| | Hearing Date: <br> Date: July 27, 2023 <br> Time: 11:00 a.m. <br> Ctrm: 303 <br> Place: 3420 Twelfth Street, Riverside, CA 92501 <br> (In-Person and Zoom Appearances) |

A. Cisneros, Chapter 7 Trustee ("Trustee"), filed a motion entitled "Trustee's Motion to Approve Compromise of Controversy; Memorandum of Points and Authorities in Support Thereof; and Declaration of A. Cisneros" ("Motion") on March 27, 2023, as docket number 60.  The Court held a hearing on the Motion on July 27, 2023, with appearances stated on the record.  The Court, having considered the Motion and all papers and pleadings filed, having heard oral argument, no opposition to the Motion having been filed, and having determined that service was proper, and good cause appearing,

1    **IT IS ORDERED** as follows:

2    1.    The Motion is granted.  The settlement agreement is approved.

3    ###

Date: August 7, 2023

*Magdalena Reyes Bordeaux*

Magdalena Reyes Bordeaux
United States Bankruptcy Judge