United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 22-12947-RB

Ronald David Sanderson                                                          Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor Bank of America  N.A. caecf@tblaw.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9 caecf@tblaw.com |
| Christina J Khil | on behalf of Trustee Arturo Cisneros (TR) christinao@mclaw.org  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Jolene Tanner | |

on behalf of Creditor UNITED STATES OF AMERICA jolene.tanner@usdoj.gov  USACAC.criminal@usdoj.gov

Nathan F Smith

on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Timothy S Huyck

on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com
jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov


TOTAL: 9

NATHAN F. SMITH, #264635
CHRISTINA J. KHIL, #266845
MALCOLM CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: nathan@mclaw.org; christinao@mclaw.org

**FILED & ENTERED**

**AUG 07 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

*Attorneys for Chapter 7 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re

Ronald David Sanderson,

                    Debtor.

Case No. 6:22-bk-12947-RB

Chapter 7

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY**

Hearing Date:
Date: July 27, 2023
Time: 11:00 a.m.
Ctrm: 303
Place: 3420 Twelfth Street, Riverside, CA 92501
(In-Person and Zoom Appearances)

A. Cisneros, Chapter 7 Trustee ("Trustee"), filed a motion entitled "Trustee's Motion to Approve Compromise of Controversy; Memorandum of Points and Authorities in Support Thereof; and Declaration of A. Cisneros" ("Motion") on March 27, 2023, as docket number 60. The Court held a hearing on the Motion on July 27, 2023, with appearances stated on the record. The Court, having considered the Motion and all papers and pleadings filed, having heard oral argument, no opposition to the Motion having been filed, and having determined that service was proper, and good cause appearing,

**IT IS ORDERED** as follows:

1.      The Motion is granted.  The settlement agreement is approved.

###

Date: August 7, 2023

*Magdalena Reyes Bordeaux*

Magdalena Reyes Bordeaux
United States Bankruptcy Judge