NATHAN F. SMITH #264635 (nathan@mclaw.org)
CHRISTINA J. KHIL, #266845 (christinao@mclaw.org)
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

*Attorneys for A. Cisneros, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>STIPULATION REGARDING DEBTOR'S DEFAULT UNDER SETTLEMENT AGREEMENT |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

A. Cisneros, chapter 7 trustee of the Ronald David Sanderson bankruptcy estate (the "Trustee"), Ronald David Sanderson (the "Debtor"), and Ronald David Sanderson (collectively, the "Parties"), stipulate through their respective counsel as follows:

**I. <u>RECITALS</u>**

1. Trustee and Debtor entered into a Settlement Agreement and Mutual Release ("Settlement Agreement") whereby the Debtor was to purchase the Estate's interest in the Debtor's residence located at 68065 Empalmo Rd., Cathedral City, California, 92234 ("Property") and Debtor's personal property for an amount of $64,000 ("Settlement Proceeds").

2. Pursuant to the Settlement Agreement:

a. The Settlement Proceeds would be paid as follows: $10,000 due at execution of this Settlement Agreement by the Debtor; Eight (8) installments of $6,750 commencing 30 days after the execution of the Settlement Agreement by Debtor;

b. In the event Debtor fails to timely tender the required payments, Trustee shall be entitled to notify Debtor and Debtor's counsel via email of said default in writing. Should Debtor fail to cure the default within five (5) days of the date of the notice, then Trustee shall be entitled to a judgment of $75,000 ("Judgment"). Trustee may satisfy this judgment through the liquidation of debtor's exempt and non-exempt assets, and Trustee's judgment must be satisfied in advance of any payment to Debtor for his claimed exemptions;

3. On March 27, 2023, Trustee, filed a Motion to Approve Compromise of Controversy ("Motion") to approve the Settlement Agreement, subject to the Court's approval.

4. On June 28, 2023, the United States of America, Trustee and Debtor entered into a Stipulation Resolving United States' Objection to Trustee's Motion to Approve Compromise, which detailed that the Settlement Agreement does not impact the tax lien of the Internal Revenue Service. An order approving the stipulation was entered on June 29, 2023.

5. On July 14, 2023, the Court issued an Order setting a hearing on the Motion for July 27, 2023. At the hearing the Court granted the Motion and an approving the Settlement Agreement was entered on August 7, 2023.

6. Debtor has failed to maintain the installment payments as required by the Settlement Agreement. Trustee is informed that Debtor has no ability to cure the delinquent installment payments and waives his entitlement to a default notice under the Settlement Agreement.

7. Debtor acknowledges that he is in default under the terms of the Settlement Agreement.

8. Debtor has requested that the Trustee sell the Property.

9. Debtor will cooperate with the Trustee's efforts to satisfy the Judgment.

///

///

///

**II. STIPULATION**

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

A. Debtor is in default under the Settlement Agreement;

B. Trustee is awarded a judgment of $75,000 against Debtor, which Trustee may be satisfy through the liquidation of Debtor's exempt and non-exempt assets, and must be satisfied in advance of any payment to Debtor for his claimed exemptions; and

C. Debtor shall cooperate with the Trustee's efforts to satisfy the judgment.

Respectfully submitted,

MALCOLM CISNEROS, A Law Corp.

Sept. 7, 2023
Dated: ~~August , 2023~~

/s/Christina J. Khil
NATHAN F. SMITH
CHRISTINA J. KHIL
Attorneys for Chapter 7 Trustee, Arturo Cisneros

SEPT. 7, 2023
Dated: ~~August , 2023~~
TSH

[signature]
TIMOTHY S. HUYCK
~~Attorney for~~ Debtor, Ronald David Sanderson

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION REGARDING DEBTOR'S DEFAULT UNDER SETTLEMENT AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 12, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com**
**OFFICE OF U.S. TRUSTEE: United States Trustee (RS) ustpregion16.rs.ecf@usdoj.goV**
**NOTICE: Chad L Butler caecf@tblaw.com**
**NOTICE: Timothy S Huyck lawyer@gartlandgroup.com, jaclyn@myfreshstartbegins.com; huyck.timothys.r99655@notify.bestcase.com; amanda@myfreshstartbegins.com; tim@myfreshstartbegins.com**
**NOTICE: Christina J Khil christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com**
**NOTICE: Nathan F Smith nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org**
**NOTICE: Jolene Tanner jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 12, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234**
**NOTICE: Brian Thompson, Winterstone Real Estate and Development, 23792 Rockfield Blvd, Ste 101 Lake Forest CA 92630**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **September 12, 2023** | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |