NATHAN F. SMITH, #264635
CHRISTINA J. KHIL, #266845
MALCOLM CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org; christina@mclaw.org

*Attorneys for A. Cisneros, Chapter 7 Trustee*

FILED & ENTERED

SEP 18 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Ronald David Sanderson,<br><br>                    Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE EO EMPLOY BRIAN THOMPSON OF WINTERSTONE REAL ESTATE AND DEVELOPMENT AS REAL ESTATE BROKER** |

The Notice of Trustee's Intent to Employ Real Estate Agent ("Notice") and Chapter 7 Trustee's Application to Employ Real Estate Broker; Declaration of Brian Thompson in Support Thereof ("Application") filed on August 25, 2023 as Docket Nos. 100 and 99, respectively were presented to this Court. It appearing that notice was appropriate under the circumstances, no objections or responses having been filed, that the Application should be granted, and good cause appearing therefore, Order as follows:

///

///

1

**IT IS ORDERED that:**

1.) The Application is approved; and

2.) The employment of Brian Thompson of Winterstone Real Estate and Development as real estate broker is approved upon the terms and conditions set forth in the Application.

###

Date: September 18, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge