United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 22-12947-RB

Ronald David Sanderson                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor Bank of America  N.A. caecf@tblaw.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9 caecf@tblaw.com |
| Christina J Khil | on behalf of Trustee Arturo Cisneros (TR) christinao@mclaw.org  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Jolene Tanner | |

on behalf of Creditor UNITED STATES OF AMERICA jolene.tanner@usdoj.gov  USACAC.criminal@usdoj.gov

Nathan F Smith

on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Timothy S Huyck

on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com
jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 9

1  NATHAN F. SMITH, #264635
2  CHRISTINA J. KHIL, #266845
   MALCOLM CISNEROS, A Law Corporation
3  2112 Business Center Drive
   Irvine, California 92612
4  Phone: (949) 252-9400
   Fax: (949) 252-1032
5  Email: nathan@mclaw.org; christina@mclaw.org
6
   *Attorneys for A. Cisneros, Chapter 7 Trustee*
7

FILED & ENTERED

SEP 18 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

8
9              **UNITED STATES BANKRUPTCY COURT**
10
              **CENTRAL DISTRICT OF CALIFORNIA**
11
                    **RIVERSIDE DIVISION**

12  In re:                              Case No. 6:22-bk-12947-RB
13  Ronald David Sanderson,
                                        Chapter 7
14              Debtor.
                                        **ORDER AUTHORIZING TRUSTEE EO**
15                                      **EMPLOY BRIAN THOMPSON OF**
                                        **WINTERSTONE REAL ESTATE AND**
16                                      **DEVELOPMENT AS REAL ESTATE**
                                        **BROKER**
17
18
19
20
21          The Notice of Trustee's Intent to Employ Real Estate Agent ("Notice") and Chapter 7

22  Trustee's Application to Employ Real Estate Broker; Declaration of Brian Thompson in Support

23  Thereof ("Application") filed on August 25, 2023 as Docket Nos. 100 and 99, respectively were

24  presented to this Court. It appearing that notice was appropriate under the circumstances, no objections

25  or responses having been filed, that the Application should be granted, and good cause appearing

26  therefore, Order as follows:

27  ///

28  ///

**IT IS ORDERED that:**

1.)    The Application is approved; and

2.)    The employment of Brian Thompson of Winterstone Real Estate and Development as
real estate broker is approved upon the terms and conditions set forth in the Application.

###

Date: September 18, 2023

_Magdalena Reyes Bordeaux_
Magdalena Reyes Bordeaux
United States Bankruptcy Judge