# EXHIBIT 2

 **Fidelity National Title**

# Preliminary Report

Fidelity National Title - LA
5000 Van Nuys Blvd., Suite 500
Sherman Oaks, CA 91403
Phone: 818-881-7800
Fax: (818) 475-5013

Title Officer: Albert Wassif
Email: Team.Albert@fnf.com
Phone No.: 818-881-7800
Fax No.: (818) 475-5013
File No.: 39883829

Property Address: 68065 Empalmo Road, Cathedral City, CA 92234-5620

## Introducing



**Powered by LiveLook**

LiveLOOK title document delivery system is designed to provide 24/7 real-time access to all information related to a title insurance transaction.

Access title reports, exception documents, an easy-to-use summary page, and more, at your fingertips and your convenience.

[To view your new Fidelity National Title First Alert powered by LiveLOOK report, Click Here](#)



**Effortless, Efficient, Compliant, and Accessible**

# PRELIMINARY REPORT

## Fidelity National Title Company

5000 Van Nuys Blvd., Suite 500
Sherman Oaks, CA 91403

| Prelim Number: |
| --- |
| **1500-2400904** |

Issuing Policies of **Fidelity National Title Insurance Company**

| | |
| --- | --- |
| Fidelity National Title Company | Title Officer.: Albert Wassif |
| 5000 Van Nuys Blvd., Suite 500 | Email:     Team.Albert@fnf.com |
| Sherman Oaks, CA 91403 | Phone No.:  (818) 758-5718 |
| Phone No.: 818-881-7800 | Fax No.:    (818) 475-5013 |
| Fax:     818-776-8528 | File No.:   1500-2400904-AW |

A & A Escrow Services, Inc.
15250 Ventura Blvd, #715
Sherman Oaks, CA 91403
Attn:  Antonia Delgado

**Ref. No.:**     105860-AA

Property:   68065 Empalmo Road, Cathedral City, CA 92234-5620

In response to the application for a policy of title insurance referenced herein, **Fidelity National Title Company** hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a policy or policies of title insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an exception herein or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations or Conditions of said policy forms.

The printed Exceptions and Exclusions from the coverage and Limitations on Covered Risks of said policy or policies are set forth in Attachment One.  The policy to be issued may contain an arbitration clause.  When the Amount of Insurance is less than that set forth in the arbitration clause, all arbitrable matters shall be arbitrated at the option of either the Company or the Insured as the exclusive remedy of the parties.  Limitations on Covered Risks applicable to the CLTA and ALTA Homeowner's Policies of Title Insurance which establish a Deductible Amount and a Maximum Dollar Limit of Liability for certain coverages are also set forth in Attachment One.  Copies of the policy forms should be read.  They are available from the office which issued this report.

This report (and any supplements or amendments hereto) is issued solely for the purpose of facilitating the issuance of a policy of title insurance and no liability is assumed hereby.  If it is desired that liability be assumed prior to the issuance of a policy of title insurance, a Binder or Commitment should be requested.

The policy(ies) of title insurance to be issued hereunder will be policy(ies) of Fidelity National Title Insurance Company, a Florida corporation.

**Please read the exceptions shown or referred to herein and the exceptions and exclusions set forth in Attachment One of this report carefully.  The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.**

**It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects and encumbrances affecting title to the land.**

Countersigned By:

*Cindy Fried*

_____
Authorized Officer or Agent
Cindy Fried

**FIDELITY NATIONAL TITLE COMPANY**                                    **PRELIM NO. 1500-2400904**

---

**Effective date:  January 10, 2024 at 07:30 AM**

The form of Policy or Policies of Title Insurance contemplated by this Report is:

   ALTA Homeowner's Policy of Title Insurance 2021


1.   The estate or interest in the Land hereinafter described or referred to covered by this Report is:

     A FEE

2.   Title to said estate or interest at the date hereof is vested in:

     Ron D. Sanderson and Marlene Castro Sanderson, subject to proceedings pending in the bankruptcy court
     where a petition for relief was filed.
     Name of Debtor: Ronald David Sanderson
     Date of Filing: August 4, 2022
     U.S. District Court: Central
     Case No: 6:22-BK-12947-RB

3.   The Land referred to in this Report is described as follows:

     SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

---

# EXHIBIT A
Legal Description

**For APN/Parcel ID(s):**   **675-072-006**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CATHEDRAL CITY, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 252 OF PALM SPRINGS PANORAMA TRACT 2040, IN THE CITY OF CATHEDRAL CITY, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 41, PAGES 12 TO 16 , OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**FIDELITY NATIONAL TITLE COMPANY**                                   **PRELIM NO. 1500-2400904**

## EXCEPTIONS

At the date hereof, items to be considered and exceptions to coverage in addition to the printed exceptions and exclusions in said policy form would be as follows:

1.      Property taxes, which are a lien not yet due and payable, including any assessments collected with taxes to be levied for the fiscal year 2024-2025.

2.      Property taxes, including any personal property taxes and any assessments collected with taxes are as follows:

| | |
|---|---|
| Code Area: | 019-167 |
| Tax Identification No.: | 675-072-006 |
| Fiscal Year: | 2023-2024 |
| 1st Installment: | $1,950.97, Paid |
| 2nd Installment: | $1,950.97, Open |
| Exemption: | $0.00 |
| Land: | $25,813.00 |
| Improvements: | $184,302.00 |
| Personal Property: | $0.00 |
| Bill No.: | 2023001549948 |

3.      The lien of supplemental or escaped assessments of property taxes, if any, made pursuant to the provisions of Chapter 3.5 (commencing with Section 75) or Part 2, Chapter 3, Articles 3 and 4, respectively, of the Revenue and Taxation Code of the State of California as a result of the transfer of title to the vestee named in Schedule A or as a result of changes in ownership or new construction occurring prior to Date of Policy.

Note: If said supplementals (if any) are not posted prior to the date of closing, this company assumes no liability for payment thereof.

4.      Water rights, claims or title to water, whether or not disclosed by the public records.

5.      Easement(s) for the purpose(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said tract/plat;

| | |
|---|---|
| Purpose: | Public utilities |
| Affects: | The Southerly 6 Feet of Said Land |

6.      Covenants, conditions and restrictions but omitting any covenants or restrictions, if any, including but not limited to those based upon age, race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, marital status, national origin, ancestry, familial status, source of income, disability, veteran or military status, genetic information, medical condition, citizenship, primary language, and immigration status, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth in the document

| | |
|---|---|
| Recording Date: | November 22, 1960 |
| Recording No: | 1960-99684, Book 2803, Page 500, of Official Records |

Said covenants, conditions and restrictions provide that a violation thereof shall not defeat the lien of any mortgage or trust deed made in good faith and for value.

Modification(s) of said covenants, conditions and restrictions

| | |
|---|---|
| Recording Date: | May 8, 1978 |

**FIDELITY NATIONAL TITLE COMPANY**                                              **PRELIM NO. 1500-2400904**

Recording No.:              1978-89740, of Official Records


Modification(s) of said covenants, conditions and restrictions

Recording Date:             May 8, 1978
Recording No.:              1978-89741, of Official Records


Modification(s) of said covenants, conditions and restrictions

Recording Date:             May 8, 1978
Recording No.:              1978-89742, of Official Records


Modification(s) of said covenants, conditions and restrictions

Recording Date:             May 8, 1978
Recording No.:              1978-89743, of Official Records


7.      Easement(s) for the purpose(s) shown below and rights incidental thereto, as granted in a document:

        Granted to:         California Electric Power Company and California Water and Telephone Company
        Purpose:            Public utilities
        Recording Date:     January 27, 1961
        Recording No.:      1961-7624, Book 2839, Page 593, of Official Records
        Affects:            Said land


8.      Easement(s) for the purpose(s) shown below and rights incidental thereto as reserved in a document;

        Reserved by:        Palm Springs Panorama, a Limited Partnership
        Purpose:            Public Utilities, Rights of Ways
        Recording Date:     July 31, 1962
        Recording No.:      1962-71709, Book 3192, Page 589, of Official Records
        Affects:            Said land

        The exact location and extent of said easement is not disclosed of record.

9.      Matters contained in that certain document

        Entitled:           Ordinance No. 111
        Dated:              July 10, 1985
        Executed by:        City of Cathedral City
        Recording Date:     September 13, 1985
        Recording No.:      1985-206592, of Official Records

        Reference is hereby made to said document for full particulars.

10.     Matters contained in that certain document

        Entitled:           Ordinance No. 158
        Dated:              November 19, 1986

**FIDELITY NATIONAL TITLE COMPANY**                                    **PRELIM NO. 1500-2400904**

|  |  |
|---|---|
| Executed by: | City of Cathedral City |
| Recording Date: | December 1, 1986 |
| Recording No.: | 1986-303440, of Official Records |

Reference is hereby made to said document for full particulars.

11.    The Land described herein is included within a project area of the Redevelopment Agency shown below, and that proceedings for the redevelopment of said project have been instituted under the Redevelopment Law (such redevelopment to proceed only after the adoption of the Redevelopment Plan) as disclosed by a document.

|  |  |
|---|---|
| Redevelopment Agency: | The City of Cathedral City |
| Recording Date: | April 28, 1998 |
| Recording No.: | 1998-162908, of Official Records |

12.    Matters contained in that certain document

|  |  |
|---|---|
| Entitled: | Resolution No. 99-223 |
| Dated: | December 13, 1999 |
| Executed by: | City of Cathedral City |
| Recording Date: | January 24, 2000 |
| Recording No.: | 2000-25651, of Official Records |

Reference is hereby made to said document for full particulars.

13.    Matters contained in that certain document

|  |  |
|---|---|
| Entitled: | Resolution No. 2000-109 |
| Dated: | July 20, 2000 |
| Executed by: | City of Cathedral City |
| Recording Date: | July 28, 2000 |
| Recording No.: | 2000-291443, of Official Records |

Reference is hereby made to said document for full particulars.

14.    The Land described herein is included within a project area of the Redevelopment Agency shown below, and that proceedings for the redevelopment of said project have been instituted under the Redevelopment Law (such redevelopment to proceed only after the adoption of the Redevelopment Plan) as disclosed by a document.

|  |  |
|---|---|
| Redevelopment Agency: | The City of Cathedral City |
| Recording Date: | July 21, 2003 |
| Recording No.: | 2003-542987, of Official Records |

15.    A deed of trust to secure an indebtedness in the amount shown below,

|  |  |
|---|---|
| Amount: | $278,400.00 |
| Dated: | June 17, 2005 |
| Trustor/Grantor: | Ronald D. Sanderson Aka Ron D. Sanderson, a married man as his sole and separate property |
| Trustee: | Fremont General Credit Corporation, a California Corporation |
| Beneficiary: | Mortgage Electronic Registration Systems, Inc. (MERS), solely as nominee for Fremont Investment and Loan |
| Loan No.: | None Shown |
| Recording Date: | June 28, 2005 |
| Recording No.: | 2005-512149, of Official Records |

**FIDELITY NATIONAL TITLE COMPANY**                                    **PRELIM NO. 1500-2400904**

An assignment of the beneficial interest under said deed of trust which names:

Assignee:            U.S. Bank National Association, as Trustee, on behalf of the holders of the Home Equity
Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9 at c/o Select Portfolio Servicing, Inc.
Loan No.:            None Shown
Recording Date:      March 28, 2023
Recording No:        2023-88469, of Official Records

A substitution of trustee under said deed of trust which names, as the substituted trustee, the following

Trustee:             National Default Servicing Corporation
Recording Date:      November 28, 2023
Recording No:        2023-353710, of Official Records

A Notice of Default under the terms of said deed of trust

Executed by:         National Default Servicing Corporation
Recording Date:      November 28, 2023
Recording No:        2023-353711, of Official Records

16.   The Land described herein is included within a project area of the Redevelopment Agency shown below, and that
proceedings for the redevelopment of said project have been instituted under the Redevelopment Law (such
redevelopment to proceed only after the adoption of the Redevelopment Plan) as disclosed by a document.

Redevelopment
Agency:              The City of Cathedral City
Recording Date:      September 10, 2008
Recording No.:       2008-496702, of Official Records

17.   The community interest of the spouse of the vestee named below.

Vestee: Ron D. Sanderson and Marlene Castro Sanderson

The Company will require that the spouse of the vestee shown above join in any conveyance or encumbrance
before such transaction will be insured.

18.   A lien for unsecured property taxes filed by the tax collector of the county shown, for the amount set forth, and
other amounts due.

County:              Riverside
Fiscal Year:         2013-2014
Taxpayer:            Ronald Sanderson
Amount:              $117.94
Recording Date:      January 28, 2014
Recording No.:       2014-34003, of Official Records

19.   A state tax lien for the amount shown and any other amounts due,

**FIDELITY NATIONAL TITLE COMPANY**                                    **PRELIM NO. 1500-2400904**

Filed by:                State of California Franchise Tax Board
Taxpayer:            Ronald Sanderson
Amount:              $12,433.43
Recording Date:    February 3, 2017
Recording No:      2017-48641, of Official Records

20.   A state tax lien for the amount shown and any other amounts due,

Filed by:                State of California Franchise Tax Board
Taxpayer:            Ronald Sanderson
Amount:              $48,209.10
Recording Date:    October 2, 2019
Recording No:      2019-394396, of Official Records

21.   A tax lien for the amount shown and any other amounts due, in favor of the United States of America, assessed by the District Director of Internal Revenue.

Federal Serial No.:   941425113
Taxpayer:            Ronald Sanderson
Amount:              $26,304.18
Recording Date:    November 4, 2019
Recording No:      2019-450534, of Official Records

22.   A tax lien for the amount shown and any other amounts due, in favor of the United States of America, assessed by the District Director of Internal Revenue.

Federal Serial No.:   253192517
Taxpayer:            Ronald Sanderson
Amount:              $155,034.02
Recording Date:    March 31, 2017
Recording No:      2017-128622, of Official Records

23.   A tax lien for the amount shown and any other amounts due, in favor of the United States of America, assessed by the District Director of Internal Revenue.

Federal Serial No.:   292364818
Taxpayer:            Ronald Sanderson
Amount:              $277,608.15
Recording Date:    January 19, 2018
Recording No:      2018-22022, of Official Records

24.   A tax lien for the amount shown and any other amounts due, in favor of the United States of America, assessed by the District Director of Internal Revenue.

Federal Serial No.:   253192517
Taxpayer:            Ronald Sanderson
Amount:              $58,920.00
Recording Date:    February 15, 2018
Recording No:      2018-58818, of Official Records

**FIDELITY NATIONAL TITLE COMPANY**                                    **PRELIM NO. 1500-2400904**

25.    A tax lien for the amount shown and any other amounts due, in favor of the United States of America, assessed by the District Director of Internal Revenue.

Federal Serial No.:        253192517
Taxpayer:                  Ronald Sanderson
Amount:                    $42,971.15
Recording Date:            February 15, 2018
Recording No:              2018-58838, of Official Records

26.    A tax lien for the amount shown and any other amounts due, in favor of the United States of America, assessed by the District Director of Internal Revenue.

Federal Serial No.:        941425113
Taxpayer:                  Ronald Sanderson
Amount:                    $11,982.39
Recording Date:            February 15, 2018
Recording No:              2018-58839, of Official Records

27.    A state tax lien for the amount shown and any other amounts due,

State Identification No.:
Filed by:                  State of California Franchise Tax Board
Taxpayer:                  Ronald Sanderson
Amount:                    $98,703.10
Recording Date:            March 28, 2018
Recording No:              2018-117336, of Official Records

28.    A judgment, for the amount shown below, and any other amounts due:

Amount:                    $177,144.48
Debtor:                    Sanderson and Sons, Inc. dba J. Anthony Plumbing, Heating and Air Conditioning
Creditor:                  ACE Funding Source LLC c/o Buchalter, APC
Date entered:              April 13, 2018
County:                    Riverside
Court:                     Superior Court of California
Case No.:                  PSC 1802206
Recording Date:            July 5, 2018
Recording No:              2018-271652, of Official Records

29.    A tax lien for the amount shown and any other amounts due, in favor of the United States of America, assessed by the District Director of Internal Revenue.

Federal Serial No.:        941425113
Taxpayer:                  Ronald Sanderson
Amount:                    $105,823.16
Recording Date:            December 31, 2018
Recording No:              2018-504279, of Official Records

30.    A judgment, for the amount shown below, and any other amounts due:

Amount:                    $39,248.83
Debtor:                    Ronald Sanderson Aka Ronald D. Sanderson
Creditor:                  American Express National Bank c/o Zwicker and Associates, P.C.
Date entered:              September 5, 2018
County:                    Riverside
Court:                     Superior Court of California

**FIDELITY NATIONAL TITLE COMPANY**                    **PRELIM NO. 1500-2400904**

| Case No.: | PSC1802475 |
|---|---|
| Recording Date: | March 21, 2019 |
| Recording No: | 2019-95860, of Official Records |

31.     A state tax lien for the amount shown and any other amounts due,

| Filed by: | State of California Employment Development Department |
|---|---|
| Taxpayer: | Ronald David Sanderson J. Anthony Plumbing Heating and Air Condit |
| Amount: | $24,407.06 |
| Recording Date: | April 24, 2019 |
| Recording No: | 2019-139206, of Official Records |

32.     A state tax lien for the amount shown and any other amounts due,

| Filed by: | State of California Employment Development Department |
|---|---|
| Taxpayer: | Ronald David Sanderson J. Anthony Plumbing Heating and Air Condit |
| Amount: | $17,983.44 |
| Recording Date: | June 26, 2019 |
| Recording No: | 2019-230916, of Official Records |

33.     A judgment, for the amount shown below, and any other amounts due:

| Amount: | $6,036.91 |
|---|---|
| Debtor: | Ronald D. Sanderson |
| Creditor: | Barclays Bank Delaware c/o Nelson and Kennard |
| Date entered: | September 11, 2019 |
| County: | Riverside |
| Court: | Superior Court of California |
| Case No.: | PSC1902136 |
| Recording Date: | February 21, 2020 |
| Recording No: | 2020-80074, of Official Records |

34.     A judgment, for the amount shown below, and any other amounts due:

| Amount: | $820,675.80 |
|---|---|
| Debtor: | Ronald David Sanderson |
| Creditor: | United States of America |
| Date entered: | June 11, 2020 |
| County: | Riverside |
| Court: | United State District Court Central District of California |
| Case No.: | CV 5:18-CV-02503-CBM(ASX) |
| Recording Date: | September 22, 2020 |
| Recording No: | 2020-450355, of Official Records |

35.     A lien for unsecured property taxes filed by the tax collector of the county shown, for the amount set forth, and other amounts due.

| County: | Riverside |
|---|---|
| Fiscal Year: | 2022-2023 |
| Taxpayer: | Ronald Sanderson |
| Amount: | $117.94 |
| Recording Date: | November 28, 2023 |
| Recording No.: | 2023-383338, of Official Records |

**FIDELITY NATIONAL TITLE COMPANY**                                     **PRELIM NO. 1500-2400904**

**END OF EXCEPTIONS**

**PLEASE REFER TO THE "INFORMATIONAL NOTES" AND "REQUIREMENTS" SECTIONS WHICH FOLLOW FOR INFORMATION NECESSARY TO COMPLETE THIS TRANSACTION.**

**FIDELITY NATIONAL TITLE COMPANY**                              **PRELIM NO. 1500-2400904**

## REQUIREMENTS

1.  In order to complete this report, the Company requires a Statement of Information to be completed by the following party(s),

    Party(s):              All Parties

    The Company reserves the right to add additional items or make further requirements after review of the requested Statement of Information.

    NOTE: The Statement of Information is necessary to complete the search and examination of title under this order. Any title search includes matters that are indexed by name only, and having a completed Statement of Information assists the Company in the elimination of certain matters which appear to involve the parties but in fact affect another party with the same or similar name. Be assured that the Statement of Information is essential and will be kept strictly confidential to this file.

2.  The Company will require that the spouse of the vestee named below join in any conveyance or encumbrance prior to the issuance of any Policy of Title Insurance.

    Vestee:       Ron D. Sanderson and Marlene Castro Sanderson

## END OF REQUIREMENTS

**FIDELITY NATIONAL TITLE COMPANY**                                   **PRELIM NO. 1500-2400904**

## INFORMATIONAL NOTES

1.      Notice: Please be aware that due to the conflict between federal and state laws concerning the cultivation, distribution, manufacture or sale of marijuana, the Company is not able to close or insure any transaction involving Land that is associated with these activities.

2.      Note: None of the items shown in this report will cause the Company to decline to attach ALTA Endorsement Form 9 to an Extended Coverage Loan Policy, when issued.

3.      Note: The Company is not aware of any matters which would cause it to decline to attach CLTA Endorsement Form 116 indicating that there is located on said Land a Single Family Dwelling, known as 68065 Empalmo Road, Cathedral City, California, to an Extended Coverage Loan Policy.

4.      NOTE: The policy of title insurance will include an arbitration provision. The Company or the insured may demand arbitration. Arbitrable matters may include, but are not limited to, any controversy or claim between the Company and the insured arising out of or relating to this policy, any service of the Company in connection with its issuance or the breach of a policy provision or other obligation. Please ask your escrow or title officer for a sample copy of the policy to be issued if you wish to review the arbitration provisions and any other provisions pertaining to your Title Insurance coverage.

5.      Note: There are NO conveyances affecting said Land recorded within 24 months of the date of this report.

6.      Pursuant to Government Code Section 27388.1, as amended and effective as of 1-1-2018, a Documentary Transfer Tax (DTT) Affidavit may be required to be completed and submitted with each document when DTT is being paid or when an exemption is being claimed from paying the tax. If a governmental agency is a party to the document, the form will not be required. DTT Affidavits may be available at a Tax Assessor-County Clerk-Recorder.

7.      Due to the special requirements of SB 50 (California Public Resources Code Section 8560 et seq.), any transaction that includes the conveyance of title by an agency of the United States must be approved in advance by the Company?s State Counsel, Regional Counsel, or one of their designees.

8.      Unless this company is in receipt of WRITTEN instructions authorizing a particular policy, Fidelity Title will AUTOMATICALLY issue the American Land Title Association Homeowner's Policy (02/03/10) for all qualifying residential 1-4 properties/transactions to insure the buyer at the close of escrow.

9.      If a county recorder, title insurance company, escrow company, real estate agent or association provides a copy of the declaration, governing document or deed to any person, California law requires that the document provided shall include a statement regarding any unlawful restrictions. Said statement is to be in at least 14-point bold faced typed and may be stamped on the first page of any document provided or included as a cover page attached to the requested document. Should a party to this transaction request a copy of any document reported herein that fits this category, the statement is to be included in the manner described.

10.     Any documents being executed in conjunction with this transaction must be signed in the presence of an authorized Company employee, an authorized employee of an agent, an authorized employee of the insured lender, or by using Bancserv or other approved third-party service. If the above requirements cannot be met, please call the company at the number provided in this report.

**FIDELITY NATIONAL TITLE COMPANY**                                    PRELIM NO. 1500-2400904

11.     NOTE: Amended Civil Code Section 2941, which becomes effective on January 1, 2002, sets the fee for the processing and recordation of the reconveyance of each Deed of Trust being paid off through this transaction at $45.00. The reconveyance fee must be clearly set forth in the Beneficiary's Payoff Demand Statement ("Demand"). In addition, an assignment or authorized release of that fee, from the Beneficiary to the Trustee of record, must be included. An example of the required language is as follows:

The Beneficiary identified above hereby assigns, releases or transfers to the Trustee of record, the sum of $45.00, included herein as 'Reconveyance Fees', for the processing and recordation of the Reconveyance of the Deed of Trust securing the indebtedness covered hereby, and the escrow company or title company processing this pay-off is authorized to deduct the Reconveyance Fee from this Demand and forward said fee to the Trustee of record or the successor Trustee under the Trust Deed to be paid off in full.

In the event that the reconveyance fee and the assignment, release or transfer are not included within the demand statement, then Fidelity National Title Insurance Company and its Underwritten Agent may decline to process the reconveyance and will be forced to return all documentation directly to the Beneficiary for compliance with the requirements of the revised statute.

12.     Note: Part of the RESPA Rule to simplify and Improve the Process of Obtaining Mortgages and Reduce Consumer Settlement Costs requires the settlement agent to disclose the agent and underwriter split of title premiums, including endorsements as follows

Line 1107 is used to record the amount of the total title insurance premium, including endorsements, that is retained by the title agent. Fidelity National Title Company retains 88% of the total premium and endorsements.

Line 1108 used to record the amount of the total title insurance premium, including endorsements, that is retained by the title underwriter. Fidelity National Title Insurance Company retains 12% of the total premium and endorsements.

**END OF INFORMATIONAL NOTES**

## ATTACHMENT ONE

### CALIFORNIA LAND TITLE ASSOCIATION
### STANDARD COVERAGE POLICY - 1990 (11-09-18)

### EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1.  (a)  Any law, ordinance or governmental regulation (including but not limited to building or zoning laws, ordinances, or regulations) restricting, regulating, prohibiting or relating (i) the occupancy, use, or enjoyment of the land; (ii) the character, dimensions or location of any improvement now or hereafter erected on the land; (iii) a separation in ownership or a change in the dimensions or area of the land or any parcel of which the land is or was a part; or (iv) environmental protection, or the effect of any violation of these laws, ordinances or governmental regulations, except to the extent that a notice of the enforcement thereof or a notice of a defect, lien, or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.

    (b)  Any governmental police power not excluded by (a) above, except to the extent that a notice of the exercise thereof or notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.

2.  Rights of eminent domain unless notice of the exercise thereof has been recorded in the public records at Date of Policy, but not excluding from coverage any taking which has occurred prior to Date of Policy which would be binding on the rights of a purchaser for value without knowledge.

3.  Defects, liens, encumbrances, adverse claims or other matters:

    (a)  whether or not recorded in the public records at Date of Policy, but created, suffered, assumed or agreed to by the insured claimant;

    (b)  not known to the Company, not recorded in the public records at Date of Policy, but known to the insured claimant and not disclosed in writing to the Company by the insured claimant prior to the date the insured claimant became an insured under this policy;

    (c)  resulting in no loss or damage to the insured claimant;

    (d)  attaching or created subsequent to Date of Policy; or

    (e)  resulting in loss or damage which would not have been sustained if the insured claimant had paid value for the insured mortgage or for the estate or interest insured by this policy.

4.  Unenforceability of the lien of the insured mortgage because of the inability or failure of the insured at Date of Policy, or the inability or failure of any subsequent owner of the indebtedness, to comply with the applicable doing business laws of the state in which the land is situated.

5.  Invalidity or unenforceability of the lien of the insured mortgage, or claim thereof, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law.

6.  Any claim, which arises out of the transaction vesting in the insured the estate or interest insured by this policy or the transaction creating the interest of the insured lender, by reason of the operation of federal bankruptcy, state insolvency or similar creditors' rights laws.

### EXCEPTIONS FROM COVERAGE - SCHEDULE B, PART I

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

1.  Taxes or assessments which are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the public records.

    Proceedings by a public agency which may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the public records.

2.  Any facts, rights, interests, or claims which are not shown by the public records but which could be ascertained by an inspection of the land or which may be asserted by persons in possession thereof.

3.  Easements, liens or encumbrances, or claims thereof, not shown by the public records.

4.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by the public records.

5.  (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b) or (c) are shown by the public records.

6.  Any lien or right to a lien for services, labor or material unless such lien is shown by the public records at Date of Policy.

### EXCEPTIONS FROM COVERAGE - SCHEDULE B, PART II

*(Variable exceptions such as taxes, easements, CC&R's, etc., are inserted here)*

# ATTACHMENT ONE
## (CONTINUED)

### CALIFORNIA LAND TITLE ASSOCIATION
### STANDARD COVERAGE OWNER'S POLICY (02-04-22)
### EXCLUSIONS FROM COVERAGE

The following matters are excluded from the coverage of this policy, and the Company will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1.  a.  any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) that restricts, regulates, prohibits, or relates to:
      i.   the occupancy, use, or enjoyment of the Land;
      ii.  the character, dimensions, or location of any improvement on the Land;
      iii. the subdivision of land; or
      iv.  environmental remediation or protection.
    b.  any governmental forfeiture, police, regulatory, or national security power.
    c.  the effect of a violation or enforcement of any matter excluded under Exclusion 1.a. or 1.b.
    Exclusion 1 does not modify or limit the coverage provided under Covered Risk 5 or 6.
2.  Any power of eminent domain. Exclusion 2 does not modify or limit the coverage provided under Covered Risk 7.
3.  Any defect, lien, encumbrance, adverse claim, or other matter:
    a.  created, suffered, assumed, or agreed to by the Insured Claimant;
    b.  not Known to the Company, not recorded in the Public Records at the Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;
    c.  resulting in no loss or damage to the Insured Claimant;
    d.  attaching or created subsequent to the Date of Policy (Exclusion 3.d. does not modify or limit the coverage provided under Covered Risk 9 or 10); or
    e.  resulting in loss or damage that would not have been sustained if consideration sufficient to qualify the Insured named in Schedule A as a bona fide purchaser had been given for the Title at the Date of Policy.
4.  Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights law, that the transaction vesting the Title as shown in Schedule A is a:
    a.  fraudulent conveyance or fraudulent transfer;
    b.  voidable transfer under the Uniform Voidable Transactions Act; or
    c.  preferential transfer:
      i.   to the extent the instrument of transfer vesting the Title as shown in Schedule A is not a transfer made as a contemporaneous exchange for new value; or
      ii.  for any other reason not stated in Covered Risk 9.b.
5.  Any claim of a PACA-PSA Trust. Exclusion 5 does not modify or limit the coverage provided under Covered Risk 8.
6.  Any lien on the Title for real estate taxes or assessments imposed or collected by a governmental authority that becomes due and payable after the Date of Policy.
    Exclusion 6 does not modify or limit the coverage provided under Covered Risk 2.b.
7   Any discrepancy in the quantity of the area, square footage, or acreage of the Land or of any improvement to the Land.

### EXCEPTIONS FROM COVERAGE

**Some historical land records contain Discriminatory Covenants that are illegal and unenforceable by law.  This policy treats any Discriminatory Covenant in a document referenced in Schedule B as if each Discriminatory Covenant is redacted, repudiated, removed, and not republished or recirculated. Only the remaining provisions of the document are excepted from coverage.**

This policy does not insure against loss or damage and the Company will not pay costs, attorneys' fees, or expenses resulting from the terms and conditions of any lease or easement identified in Schedule A, and the following matters:

### PART I

1.  (a) Taxes or assessments that are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the Public Records; (b) proceedings by a public agency that may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the Public Records.
2.  Any facts, rights, interests, or claims that are not shown by the Public Records at Date of Policy but that could be (a) ascertained by an inspection of the Land, or (b) asserted by persons or parties in possession of the Land.
3.  Easements, liens or encumbrances, or claims thereof, not shown by the Public Records at Date of Policy.
4.  Any encroachment, encumbrance, violation, variation, easement, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records at Date of Policy.
5.  (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), or (c) are shown by the Public Records.
6.  Any lien or right to a lien for services, labor, material or equipment unless such lien is shown by the Public Records at Date of Policy.
7.  Any claim to (a) ownership of or rights to minerals and similar substances, including but not limited to ores, metals, coal, lignite, oil, gas, uranium, clay, rock, sand, and gravel located in, on, or under the Land or produced from the Land, whether such ownership or rights arise by lease, grant, exception, conveyance, reservation, or otherwise; and (b) any rights, privileges, immunities, rights of way, and easements associated therewith or appurtenant thereto, whether or not the interests or rights excepted in (a) or (b) appear in the Public Records or are shown in Schedule B.

### PART II

*(Variable exceptions such as taxes, easements, CC&R's, etc., are inserted here)*

## ATTACHMENT ONE
### (CONTINUED)

### CLTA/ALTA HOMEOWNER'S POLICY OF TITLE INSURANCE (7-01-21)
### EXCLUSIONS FROM COVERAGE

The following matters are excluded from the coverage of this policy and We will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1.  a.  any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) that restricts, regulates, prohibits, or relates to:
        i.   the occupancy, use, or enjoyment of the Land;
        ii.  the character, dimensions, or location of any improvement on the Land;
        iii. the subdivision of land; or
        iv.  environmental remediation or protection.
    b.  any governmental forfeiture, police, or regulatory, or national security power.
    c.  the effect of a violation or enforcement of any matter excluded under Exclusion 1.a. or 1.b.
    Exclusion 1 does not modify or limit the coverage provided under Covered Risk 8.a., 14, 15, 16, 18, 19, 20, 23, or 27.

2.  Any power to take the Land by condemnation.  Exclusion 2 does not modify or limit the coverage provided under Covered Risk 17.

3.  Any defect, lien, encumbrance, adverse claim, or other matter:
    a.  created, suffered, assumed, or agreed to by You;
    b.  not Known to Us, not recorded in the Public Records at the Date of Policy, but Known to You and not disclosed in writing to Us by You prior to the date You became an Insured under this policy;
    c.  resulting in no loss or damage to You;
    d.  attaching or created subsequent to the Date of Policy (Exclusion 3.d. does not modify or limit the coverage provided under Covered Risk 5, 8.f., 25, 26, 27, 28, or 32); or
    e.  resulting in loss or damage that would not have been sustained if You paid consideration sufficient to qualify You as a bona fide purchaser of the Title at the Date of Policy.

4.  Lack of a right:
    a.  to any land outside the area specifically described and referred to in Item 3 of Schedule A; and
    b.  in any street, road, avenue, alley, lane, right-of-way, body of water, or waterway that abut the Land.
    Exclusion 4 does not modify or limit the coverage provided under Covered Risk 11 or 21.

5.  The failure of Your existing structures, or any portion of Your existing structures, to have been constructed before, on, or after the Date of Policy in accordance with applicable building codes. Exclusion 5 does not modify or limit the coverage provided under Covered Risk 14 or 15.

6.  Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights law, that the transfer of the Title to You is a:
    a.  fraudulent conveyance or fraudulent transfer;
    b.  voidable transfer under the Uniform Voidable Transactions Act; or
    c.  preferential transfer:
        i.  to the extent the instrument of transfer vesting the Title as shown in Schedule A is not a transfer made as a contemporaneous exchange for new value; or
        ii. for any other reason not stated in Covered Risk 30.

7.  Contamination, explosion, fire, flooding, vibration, fracturing, earthquake, or subsidence.

8.  Negligence by a person or an entity exercising a right to extract or develop oil, gas, minerals, groundwater, or any other subsurface substance.

9.  Any lien on Your Title for real estate taxes or assessments, imposed or collected by a governmental authority that becomes due and payable after the Date of Policy.  Exclusion 9 does not modify or limit the coverage provided under Covered Risk 8.a or 27.

10. Any discrepancy in the quantity of the area, square footage, or acreage of the Land or of any improvement to the Land.

### LIMITATIONS ON COVERED RISKS

Your insurance for the following Covered Risks is limited on the Owner's Coverage Statement as follows:

*   For Covered Risk 16, 18, 19 and 21 Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.

The deductible amounts and maximum dollar limits shown on Schedule A are as follows:

|                  | Your Deductible Amount                                                      | Our Maximum Dollar Limit of Liability |
|------------------|----------------------------------------------------------------------------|---------------------------------------|
| Covered Risk 16: | 1.00% of Policy Amount Shown in Schedule A or $2,500.00 (whichever is less) | $ 10,000.00                           |
| Covered Risk 18: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $ 25,000.00                           |
| Covered Risk 19: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $ 25,000.00                           |
| Covered Risk 21: | 1.00% of Policy Amount Shown in Schedule A or $2,500.00 (whichever is less) | $ 5,000.00                            |

# ATTACHMENT ONE
## (CONTINUED)

## CLTA/ALTA HOMEOWNER'S POLICY OF TITLE INSURANCE (12-02-13)
## EXCLUSIONS

In addition to the Exceptions in Schedule B, You are not insured against loss, costs, attorneys' fees, and expenses resulting from:

1.  Governmental police power, and the existence or violation of those portions of any law or government regulation concerning:
    a.  building;
    b.  zoning;
    c.  land use;
    d.  improvements on the Land;
    e.  land division; and
    f.  environmental protection.
    This Exclusion does not limit the coverage described in Covered Risk 8.a., 14, 15, 16, 18, 19, 20, 23 or 27.
2.  The failure of Your existing structures, or any part of them, to be constructed in accordance with applicable building codes.  This Exclusion does not limit the coverage described in Covered Risk 14 or 15.
3.  The right to take the Land by condemning it.  This Exclusion does not limit the coverage described in Covered Risk 17.
4.  Risks:
    a.  that are created, allowed, or agreed to by You, whether or not they are recorded in the Public Records;
    b.  that are Known to You at the Policy Date, but not to Us, unless they are recorded in the Public Records at the Policy Date;
    c.  that result in no loss to You; or
    d.  that first occur after the Policy Date - this does not limit the coverage described in Covered Risk 7, 8.e., 25, 26, 27 or 28.
5.  Failure to pay value for Your Title.
6.  Lack of a right:
    a.  to any land outside the area specifically described and referred to in paragraph 3 of Schedule A; and
    b.  in streets, alleys, or waterways that touch the Land.
    This Exclusion does not limit the coverage described in Covered Risk 11 or 21.
7.  The transfer of the Title to You is invalid as a preferential transfer or as a fraudulent transfer or conveyance under federal bankruptcy, state insolvency, or similar creditors' rights laws.
8.  Contamination, explosion, fire, flooding, vibration, fracturing, earthquake or subsidence.
9.  Negligence by a person or an Entity exercising a right to extract or develop minerals, water, or any other substances.

## LIMITATIONS ON COVERED RISKS

Your insurance for the following Covered Risks is limited on the Owner's Coverage Statement as follows:

*   For Covered Risk 16, 18, 19 and 21, Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.

The deductible amounts and maximum dollar limits shown on Schedule A are as follows:

|  | Your Deductible Amount | Our Maximum Dollar Limit of Liability |
|---|---|---|
| Covered Risk 16: | 1.00% of Policy Amount Shown in Schedule A or $2,500.00 (whichever is less) | $ 10,000.00 |
| Covered Risk 18: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $ 25,000.00 |
| Covered Risk 19: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $ 25,000.00 |
| Covered Risk 21: | 1.00% of Policy Amount Shown in Schedule A or $2,500.00 (whichever is less) | $  5,000.00 |

## ATTACHMENT ONE
### (CONTINUED)

### ALTA OWNER'S POLICY (07-01-2021)

## EXCLUSIONS FROM COVERAGE

The following matters are excluded from the coverage of this policy, and the Company will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1. a. any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) that restricts, regulates, prohibits, or relates to:
      i. the occupancy, use, or enjoyment of the Land;
      ii. the character, dimensions, or location of any improvement on the Land;
      iii. the subdivision of land; or
      iv. environmental remediation or protection.
   b. any governmental forfeiture, police, regulatory, or national security power.
   c. the effect of a violation or enforcement of any matter excluded under Exclusion 1.a. or 1.b.
   Exclusion 1 does not modify or limit the coverage provided under Covered Risk 5 or 6.
2. Any power of eminent domain.  Exclusion 2 does not modify or limit the coverage provided under Covered Risk 7.
3. Any defect, lien, encumbrance, adverse claim, or other matter:
   a. created, suffered, assumed, or agreed to by the Insured Claimant;
   b. not Known to the Company, not recorded in the Public Records at the Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;
   c. resulting in no loss or damage to the Insured Claimant;
   d. attaching or created subsequent to the Date of Policy (Exclusion 3.d. does not modify or limit the coverage provided under Covered Risk 9 or 10); or
   e. resulting in loss or damage that would not have been sustained if consideration sufficient to qualify the Insured named in Schedule A as a bona fide purchaser had been given for the Title at the Date of Policy.
4. Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights law, that the transaction vesting the Title as shown in Schedule A is a:
   a. fraudulent conveyance or fraudulent transfer;
   b. voidable transfer under the Uniform Voidable Transactions Act; or
   c. preferential transfer:
      i. to the extent the instrument of transfer vesting the Title as shown in Schedule A is not a transfer made as a contemporaneous exchange for new value; or
      ii. for any other reason not stated in Covered Risk 9.b.
5. Any claim of a PACA-PSA Trust.  Exclusion 5 does not modify or limit the coverage provided under Covered Risk 8.
6. Any lien on the Title for real estate taxes or assessments, imposed or collected by a governmental authority that becomes due and payable after the Date of Policy.  Exclusion 6 does not modify or limit the coverage provided under Covered Risk 2.b.
7. Any discrepancy in the quantity of the area, square footage, or acreage of the Land or of any improvement to the Land.

## EXCEPTIONS FROM COVERAGE

**Some historical land records contain Discriminatory Covenants that are illegal and unenforceable by law.  This policy treats any Discriminatory Covenant in a document referenced in Schedule B as if each Discriminatory Covenant is redacted, repudiated, removed, and not republished or recirculated.  Only the remaining provisions of the document are excepted from coverage.**

This policy does not insure against loss or damage and the Company will not pay costs, attorneys' fees, or expenses resulting from the terms and conditions of any lease or easement identified in Schedule A, and the following matters:

*NOTE:  The 2021 ALTA Owner's Policy may be issued to afford either Standard Coverage or Extended Coverage.  In addition to variable exceptions such as taxes, easements, CC&R's, etc., the Exceptions from Coverage in a Standard Coverage policy will also include the Western Regional Standard Coverage Exceptions listed as 1 through 7 below:*

1. (a) Taxes or assessments that are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the Public Records; (b) proceedings by a public agency that may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the Public Records.
2. Any facts, rights, interests, or claims that are not shown by the Public Records at Date of Policy but that could be (a) ascertained by an inspection of the Land or (b) asserted by persons or parties in possession of the Land.
3. Easements, liens or encumbrances, or claims thereof, not shown by the Public Records at Date of Policy.
4. Any encroachment, encumbrance, violation, variation, easement, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records at Date of Policy.
5. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), or (c) are shown by the Public Records.
6. Any lien or right to a lien for services, labor, material or equipment unless such lien is shown by the Public Records at Date of Policy.
7. Any claim to (a) ownership of or rights to minerals and similar substances, including but not limited to ores, metals, coal, lignite, oil, gas, uranium, clay, rock, sand, and gravel located in, on, or under the Land or produced from the Land, whether such ownership or rights arise by lease, grant, exception, conveyance, reservation, or otherwise; and (b) any rights, privileges, immunities, rights of way, and easements associated therewith or appurtenant thereto, whether or not the interests or rights excepted in (a) or (b) appear in the Public Records or are shown in Schedule B.

## ATTACHMENT ONE
### (CONTINUED)

### 2006 ALTA OWNER'S POLICY (06-17-06)

### EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy, and the Company will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1. (a) Any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting, or relating to

    (i)   the occupancy, use, or enjoyment of the Land;

    (ii)  the character, dimensions, or location of any improvement erected on the Land;

    (iii) the subdivision of land; or

    (iv)  environmental protection;

    or the effect of any violation of these laws, ordinances, or governmental regulations.  This Exclusion 1(a) does not modify or limit the coverage provided under Covered Risk 5.

    (b) Any governmental police power.  This Exclusion 1(b) does not modify or limit the coverage provided under Covered Risk 6.

2. Rights of eminent domain.  This Exclusion does not modify or limit the coverage provided under Covered Risk 7 or 8.

3. Defects, liens, encumbrances, adverse claims, or other matters

    (a) created, suffered, assumed, or agreed to by the Insured Claimant;

    (b) not Known to the Company, not recorded in the Public Records at Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;

    (c) resulting in no loss or damage to the Insured Claimant;

    (d) attaching or created subsequent to Date of Policy (however, this does not modify or limit the coverage provided under Covered Risk 9 and 10); or

    (e) resulting in loss or damage that would not have been sustained if the Insured Claimant had paid value for the Title.

4. Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that the transaction vesting the Title as shown in Schedule A, is

    (a) a fraudulent conveyance or fraudulent transfer; or

    (b) a preferential transfer for any reason not stated in Covered Risk 9 of this policy.

5. Any lien on the Title for real estate taxes or assessments imposed by governmental authority and created or attaching between Date of Policy and the date of recording of the deed or other instrument of transfer in the Public Records that vests Title as shown in Schedule A.

### EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage, and the Company will not pay costs, attorneys' fees, or expenses that arise by reason of:

*NOTE: The 2006 ALTA Owner's Policy may be issued to afford either Standard Coverage or Extended Coverage. In addition to variable exceptions such as taxes, easements, CC&R's, etc., the Exceptions from Coverage in a Standard Coverage policy will also include the Western Regional Standard Coverage Exceptions listed below as 1 through 7 below:*

1. (a) Taxes or assessments that are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the Public Records; (b) proceedings by a public agency that may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the Public Records.

2. Any facts, rights, interests, or claims that are not shown by the Public Records at Date of Policy but that could be (a) ascertained by an inspection of the Land, or (b) asserted by persons or parties in possession of the Land.

3. Easements, liens or encumbrances, or claims thereof, not shown by the Public Records at Date of Policy.

4. Any encroachment, encumbrance, violation, variation, easement, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records at Date of Policy.

5. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), or (c) are shown by the Public Records.

6. Any lien or right to a lien for services, labor, material or equipment unless such lien is shown by the Public Records at Date of Policy.]

7. Any claim to (a) ownership of or rights to minerals and similar substances, including but not limited to ores, metals, coal, lignite, oil, gas, uranium, clay, rock, sand, and gravel located in, on, or under the Land or produced from the Land, whether such ownership or rights arise by lease, grant, exception, conveyance, reservation, or otherwise; and (b) any rights, privileges, immunities, rights of way, and easements associated therewith or appurtenant thereto, whether or not the interests or rights excepted in (a) or (b) appear in the Public Records or are shown in Schedule B.

# Notice of Available Discounts

Pursuant to Section 2355.3 in Title 10 of the California Code of Regulations Fidelity National Financial, Inc. and its subsidiaries ("FNF") must deliver a notice of each discount available under our current rate filing along with the delivery of escrow instructions, a preliminary report or commitment.  Please be aware that the provision of this notice does not constitute a waiver of the consumer's right to be charged the filed rate.  As such, your transaction may not qualify for the below discounts.

You are encouraged to discuss the applicability of one or more of the below discounts with a Company representative.  These discounts are generally described below; consult the rate manual for a full description of the terms, conditions and requirements for such discount.  These discounts only apply to transactions involving services rendered by the FNF Family of Companies.  This notice only applies to transactions involving property improved with a one-to-four family residential dwelling.

Not all discounts are offered by every FNF Company.  The discount will only be applicable to the FNF Company as indicated by the named discount.

| **FNF Underwritten Title Companies** | **Underwritten by FNF Underwriters** |
|---|---|
| CTC - Chicago Title Company | CTIC - Chicago Title Insurance Company |
| CLTC - Commonwealth Land Title Company | CLTIC - Commonwealth Land Title Insurance Company |
| FNTC - Fidelity National Title Company of California | FNTIC - Fidelity National Title Insurance Company |
| FNTCCA - Fidelity National Title Company of California | FNTIC - Fidelity National Title Insurance Company |
| TICOR - Ticor Title Company of California | CTIC - Chicago Title Insurance Company |
| LTC - Lawyer's Title Company | CLTIC - Commonwealth Land Title Insurance Company |
| SLTC - ServiceLink Title Company | CTIC - Chicago Title Insurance Company |

## Available Discounts

**DISASTER LOANS (CTIC, CLTIC, FNTIC)**
The charge for a Lender's Policy (Standard or Extended coverage) covering the financing or refinancing by an owner of record, within twenty-four (24) months of the date of a declaration of a disaster area by the government of the United States or the State of California on any land located in said area, which was partially or totally destroyed in the disaster, will be fifty percent (50%) of the appropriate title insurance rate.

**CHURCHES OR CHARITABLE NON-PROFIT ORGANIZATIONS (CTIC, FNTIC)**
On properties used as a church or for charitable purposes within the scope of the normal activities of such entities, provided said charge is normally the church's obligation the charge for an owner's policy shall be fifty percent (50%) to seventy percent (70%) of the appropriate title insurance rate, depending on the type of coverage selected.  The charge for a lender's policy shall be forty percent (40%) to fifty percent (50%) of the appropriate title insurance rate, depending on the type of coverage selected.

**WIRE SAFE** ™ | Inquire before you wire!

# WIRE FRAUD ALERT

This Notice is not intended to provide legal or professional advice.
If you have any questions, please consult with a lawyer.

All parties to a real estate transaction are targets for wire fraud and many have lost hundreds of thousands of dollars because they simply relied on the wire instructions received via email, without further verification. **If funds are to be wired in conjunction with this real estate transaction, we strongly recommend verbal verification of wire instructions through a known, trusted phone number prior to sending funds.**

In addition, the following non-exclusive self-protection strategies are recommended to minimize exposure to possible wire fraud.

- **NEVER RELY** on emails purporting to change wire instructions. Parties to a transaction rarely change wire instructions in the course of a transaction.

- **ALWAYS VERIFY** wire instructions, specifically the ABA routing number and account number, by calling the party who sent the instructions to you. DO NOT use the phone number provided in the email containing the instructions, use phone numbers you have called before or can otherwise verify. **Obtain the number of relevant parties to the transaction as soon as an escrow account is opened.** DO NOT send an email to verify as the email address may be incorrect or the email may be intercepted by the fraudster.

- **USE COMPLEX EMAIL PASSWORDS** that employ a combination of mixed case, numbers, and symbols. Make your passwords greater than eight (8) characters. Also, change your password often and do NOT reuse the same password for other online accounts.

- **USE MULTI-FACTOR AUTHENTICATION** for email accounts. Your email provider or IT staff may have specific instructions on how to implement this feature.

For more information on wire-fraud scams or to report an incident, please refer to the following links:

| *Federal Bureau of Investigation:* | *Internet Crime Complaint Center:* |
|:---:|:---:|
| *http://www.fbi.gov* | *http://www.ic3.gov* |

### FIDELITY NATIONAL FINANCIAL
### CALIFORNIA PRIVACY NOTICE

Fidelity National Financial, Inc. and its majority-owned subsidiary companies (collectively, "FNF," "our," or "we") respect and are committed to protecting your privacy.  This California Privacy Notice explains how we collect, use, and disclose Personal Information, when and to whom we disclose such information, and the rights you, as a California resident ("Consumer"), have regarding your Personal Information ("California Privacy Rights"). "Personal Information" means information that identifies, relates to, describes, and is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or household. If FNF has collected, used, or disclosed your Personal Information in relation to a job application or employment, independent contractor, officer, owner, or director relationship with FNF, FNF's practices are discussed in our Notice at Collection for Prospective Employees, available at ***Prospective California Employees***.

Some subsidiaries maintain separate California Privacy Notices or privacy statements.  If a subsidiary has a separate California Privacy Notice, it will be available on the subsidiary's website, and this California Privacy Notice does not apply.

**Collection of categories of Personal Information:**

In the preceding twelve (12) months FNF has collected, and will continue to collect, the following categories of Personal Information from you:

- Identifiers such as name, address, telephone number, IP address, email address, account name, social security number, driver's license number, state identification card, passport number, financial information, date of birth, or other similar identifiers;

- Characteristics of protected classifications under California or Federal law;

- Commercial information, including records of personal property, products or services purchased, or other purchasing or consuming histories;

- Internet or other electronic network activity information including, but not limited to browsing history on FNF websites, and information regarding a Consumer's interaction with an FNF website;

- Geolocation data;

- Professional or employment information;

- Education Information.

**This Personal Information is collected from the following sources:**

- Information we receive from you on applications or other forms;

- Information about your transactions with FNF, our affiliates, or others;

- Information we receive from consumer reporting agencies and/or governmental entities, either directly from these entities, or from internet service providers, data analytics providers, and social networks;

- Information from the use of our websites and mobile applications;

- Information we receive directly from you related to doing business with us.

**This Personal Information is collected for the following business purposes:**

- To provide products and services to you or in connection with a transaction involving you;

- To perform a contract between FNF and the Consumer;

- To improve our products and services;

- To comply with legal obligations;

- To protect against fraudulent or illegal activity;

- To communicate with you about FNF or our affiliates;

- To maintain an account with FNF or our affiliates;

- To provide, support, personalize, and develop our websites, products, and services;

- To provide reviews and testimonials about our services, with your consent;

- To directly market our products to consumers;

- As described to you when collecting your Personal Information or as otherwise set forth in the California Consumer Privacy Act.

**Disclosures of Personal Information for a business purpose:**

In the preceding twelve (12) months FNF has disclosed, and will continue to disclose, the categories of Personal Information listed above for a business purpose.  We may disclose Personal Information for a business purpose to the following categories of third parties:

- FNF affiliates and subsidiaries;

- Non-affiliated third parties, with your prior consent;

- Businesses in connection with the sale or other disposition of all or part of the FNF business and/or assets;

- Service Providers and non-affiliated third parties such as internet service providers, data analytics providers, and social networks;

- Law enforcement or authorities in connection with an investigation, or in response to a subpoena or court order.

**Sale of Personal Information:**

In the preceding twelve (12) months, FNF has not sold or shared Personal Information.  FNF does not sell or share Personal Information.

**Retention Periods:**

Due to the breadth and variety of data collected by FNF, it is not possible for us to provide you with a comprehensive list of timeframes during which we retain each category of Personal Information.  FNF retains categories of information as reasonably necessary to satisfy the purpose for which we collect the information.  This time period varies depending on the purpose for which we collected the information, the nature and frequency of our interactions and relationship with you, whether we have a legal basis to continue retaining the information, industry practices, the value and sensitivity of the information, and state and federal recordkeeping requirements.

**Personal Information of minors:**

FNF does not knowingly collect the Personal Information of minors.  FNF does not sell or share the information of consumers under sixteen (16) years of age.

**Sensitive Personal Information:**

FNF does not use or disclose sensitive Personal Information for any purposes other than those specified in the California Consumer Privacy Act.

**Right to know:**

Consumers have a right to know about Personal Information collected, used, disclosed, shared, or sold, including the categories of such Personal Information, as well as the purpose for such collection, use, disclosure, sharing, or selling, categories of third parties to whom Personal Information is disclosed, shared or sold, and the specific pieces of Personal Information collected about the consumer.  Consumers have the right to request FNF disclose what Personal Information it collected, used, and disclosed in the past twelve (12) months.

**Right to request deletion:**

Consumers have a right to request the deletion of their Personal Information, subject to certain exceptions.

**Right to Correct:**

Consumers have the right to correct inaccurate Personal Information.

**Right to non-discrimination:**

Consumers have a right not to be discriminated against because of exercising their consumer privacy rights.  We will not discriminate against Consumers for exercising any of their California Privacy Rights.

**Privacy Requests:**

**To exercise any of your California Privacy Rights, or if acting as an authorized agent on behalf of another individual, please visit _California Privacy Request_, call us Toll Free at 888-413-1748, or write to the address at the end of this notice.**

Upon making a California Privacy Request, FNF will verify the consumer's identity by requiring an account, loan, escrow number, or other identifying information from the consumer.

The above-rights are subject to any applicable rights and obligations including both Federal and California exemptions rendering FNF, or Personal Information collected by FNF, exempt from certain CCPA requirements.

A Consumer may use an Authorized Agent to submit any CCPA request.  Authorized agents' requests will be processed like any other CCPA request, but FNF will also require the Consumer provide the agent's written permission to make the request and verify his or her identity with FNF.

**FNF website services for mortgage loans:**

Certain FNF companies provide services to mortgage loan servicers, including hosting websites that collect customer information on behalf of mortgage loan servicers (the "Service Websites").  The Service Websites may contain links to both this Privacy Notice and the mortgage loan servicer or lender's privacy notice.  The sections of this Privacy Notice describing the categories, sources, and uses of your Personal Information do not apply to the Service Websites.  The mortgage loan servicer or lender's privacy notice governs use, disclosure, and access to your Information.  FNF does not share Information collected through the Service Websites, except (1) as required or authorized by contract with the mortgage loan servicer or lender, or (2) as required by law or in the good-faith belief that such disclosure is necessary to comply with a legal process or applicable law, to enforce this Privacy Notice, or to protect the rights, property, or safety of FNF or the public.

**California Privacy Notice - Effective Date:**

This California Privacy Notice was last updated on December 1, 2023.

**Contact for more information:**

For questions or concerns about FNF's California Privacy Notice and privacy practices, or to exercise any of your California Privacy Rights, please visit _California Privacy_, call Toll Free 888-413-1748, or contact us by mail at the below address.

Fidelity National Financial, Inc.
601 Riverside Avenue
Jacksonville, Florida 32204
Attn:  Chief Privacy Officer



# ALTA INFORMATION COLLECTION FORM

Under 31 U.S.C. § 5326(a), the Treasury Department's Financial Crimes Enforcement Network (FinCEN) issued a Geographic Targeting Order to title insurance companies requiring the collection of beneficial ownership information for certain real estate transactions.

Please complete the below questionnaire. This Company will rely on the answers provided to meet its reporting obligations.

## Who is completing this form?

| Name | Position/Title | Company/Law Firm | |
|---|---|---|---|
| Postal Address (Headquarters) | City | State | Zip |
| Phone | Email | Fax | |

## Transactional Information

| Property Address (If multiple properties see NOTE below): | | | | |
|---|---|---|---|---|
| City | | State | Zip | County |
| Date of Settlement | Total purchase price (If multiple properties see NOTE below) $ | | | |
| Type of Transaction: ☐ Residential (1-4 family)    ☐ Commercial | | Bank Financing: ☐ Yes  ☐ No | | |
| Purchaser type: ☐ Natural Person    ☐ Corporation    ☐ LLC    ☐ Partnership    ☐ Other | | | | |

**NOTE**: *If more than one property is purchased, list each address and purchase price on an addendum.*

## Purchase Funds Information

| Total Amount paid by below instruments:  $ | |
|---|---|
| Which type of Monetary Instruments were used *(Use check boxes below)* | |
| ☐ U.S. Currency (Paper money and coin) | |
| ☐ Foreign Currency | Country: |
| ☐ Cashier's check(s) | ☐ Money order(s) |
| ☐ Certified check(s) | ☐ Personal or Business check(s) |
| ☐ Wire or other funds transfer(s) | ☐ Virtual Currency |



# ALTA INFORMATION COLLECTION FORM

## Individual Primarily Representing Purchaser

*(Defined as the individual authorized by the entity to enter into legally binding contracts.)*

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | | |
|---|---|---|---|---|
| Type of ID | | Issuing State or Country | Gov't ID No. | |
| Last Name | | First Name | | M.I. |
| Date of Birth | Occupation | Individual Taxpayer ID No. *(if none write N/A)* | % of ownership | |
| Address | | City | State | Zip |

## Purchaser's Name and Address

| Name of Purchaser | | | |
|---|---|---|---|
| Taxpayer ID No. or EIN *(if none write N/A)* | | Doing Business Name (DBA) *(If none write N/A)* | |
| Address | City | State | Zip |

*Complete the following pages if the real estate purchase is being made by a corporation, LLC, partnership, or other legal entity. (Do not report trusts.)*

*For Corporations, LLCs, Partnerships and Other Entities provide the information for:*

- Each **BENEFICIAL OWNER** defined as an individual who, directly or indirectly, owns Twenty-Five Percent (25%) or more of the equity interests of the Purchaser.

- If a legal entity or a series of legal entities own the equity interests of the Purchaser, provide information for each **BENEFICIAL OWNER**, of each legal entity in the series of legal entities.

**(Note: It is NOT necessary to complete the address fields if the information is on a legible copy of the government issued ID submitted to the title underwriter.)**



# ALTA INFORMATION COLLECTION FORM

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID | Issuing State or Country | Gov't ID No. | |
| Last Name | First Name | | M.I. |
| Date of Birth | Occupation | Individual Taxpayer ID No. *(if none write N/A)* | % of ownership |
| Address | City | State | Zip |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID | Issuing State or Country | Gov't ID No. | |
| Last Name | First Name | | M.I. |
| Date of Birth | Occupation | Individual Taxpayer ID No. *(if none write N/A)* | % of ownership |
| Address | City | State | Zip |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID | Issuing State or Country | Gov't ID No. | |
| Last Name | First Name | | M.I. |
| Date of Birth | Occupation | Individual Taxpayer ID No. *(if none write N/A)* | % of ownership |
| Address | City | State | Zip |



# ALTA INFORMATION COLLECTION FORM

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | | |
|---|---|---|---|---|
| Type of ID | | Issuing State or Country | Gov't ID No. | |
| Last Name | | First Name | | M.I. |
| Date of Birth | Occupation | Individual Taxpayer ID No. *(if none write N/A)* | % of ownership | |
| Address | | City | State | Zip |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | | |
|---|---|---|---|---|
| Type of ID | | Issuing State or Country | Gov't ID No. | |
| Last Name | | First Name | | M.I. |
| Date of Birth | Occupation | Individual Taxpayer ID No. *(if none write N/A)* | % of ownership | |
| Address | | City | State | Zip |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | | |
|---|---|---|---|---|
| Type of ID | | Issuing State or Country | Gov't ID No. | |
| Last Name | | First Name | | M.I. |
| Date of Birth | Occupation | Individual Taxpayer ID No. *(if none write N/A)* | % of ownership | |
| Address | | City | State | Zip |



**ALTA INFORMATION COLLECTION FORM**

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | | |
|---|---|---|---|---|
| Type of ID | | Issuing State or Country | Gov't ID No. | |
| Last Name | | First Name | | M.I. |
| Date of Birth | Occupation | Individual Taxpayer ID No. *(if none write N/A)* | % of ownership | |
| Address | | City | State | Zip |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | | |
|---|---|---|---|---|
| Type of ID | | Issuing State or Country | Gov't ID No. | |
| Last Name | | First Name | | M.I. |
| Date of Birth | Occupation | Individual Taxpayer ID No. *(if none write N/A)* | % of ownership | |
| Address | | City | State | Zip |

I declare that to the best of my knowledge, the information I have furnished is true, correct and complete.  I understand that this Title Company will rely on this information for the purposes of completing any reports made pursuant to an obligation under 31 U.S.C. § 5326(a).

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

| Signature: | Date: |
|---|---|
| Type or Print Name: | Title: |



PIQ

THIS MAP IS FOR ASSESSMENT PURPOSES ONLY

POR. N 1/2 NW 1/4 SEC. 9, T.4 S., R.5 E.

ASSESSOR'S MAP BK. 675 PG. 07
RIVERSIDE COUNTY, CALIF.

M.B. 41/12-16 Tract 2040

SEPT. 1968

24-61-05,4

675-07

This map/plat is being furnished as an aid in locating the herein described Land in relation to adjoining streets, natural boundaries and other land, and is not a survey of the land depicted.
Except to the extent a policy of title insurance is expressly modified by endorsement, if any, the Company does not insure dimensions, distances, location of easements, acreage or other matters shown thereon.