| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032<br>Email: nathan@mclaw.org<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ||
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>                    Debtor(s) | CASE NO.: 7<br>CHAPTER:  6:22-bk-12947-RB<br><br>**SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO**<br><br>HEARING DATE:  March 19, 2024<br>HEARING TIME: 11:00 a.m. |
| **Movant:**  A. Cisneros, Chapter 7 Trustee ||

1. Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held on the date and time indicated above in the above-captioned case, before the Honorable Magdalena Reyes Bordeaux, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h); DECLARATIONS OF A. CISNEROS,  BRIAN THOMPSON, DONALD T. FIFE, AND PROPOSED BUYER IN SUPPORT HEREOF (docket entry #111)**

2. **Please be advised that the Court will conduct the hearing in person and remotely using ZoomGov audio and video technology**.  Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals attending the hearing remotely may connect to ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals attending the hearing remotely also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. A Zoom or ZoomGov account is **NOT** necessary to remotely participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and will constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL: https://cacb.zoomgov.com/s/1615093469
    Meeting ID: 161 509 3469
    Password: 3032024
    Telephone: (669) 254-5252 or (646) 828-7666

10. More information on using ZoomGov to participate remotely in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

.

Date: February 26, 2024

MALCOLM & CISNEROS
Printed name of law firm (if applicable)

Nathan F. Smith
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 26, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 26, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY: Honorable Judge Magdalena Reyes Bordeaux, 3420 Twelfth Street, Riverside CA 92501
DEBTOR: Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **February 26, 2024** | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**
NOTICE: Chad L Butler    caecf@tblaw.com

NOTICE: Timothy S Huyck    lawyer@gartlandgroup.com, jaclyn@myfreshstartbegins.com; huyck.timothys.r99655@notify.bestcase.com; amanda@myfreshstartbegins.com; tim@myfreshstartbegins.com

NOTICE: Christina J Khil    christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com

NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org

NOTICE: Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov


**SECTION 2 CONT.**
NOTICE: Brian Thompson, Winterstone Real Estate and Development, 23792 Rockfield Blvd, Ste 101 Lake Forest CA 92630
NOTICE: Franchise Tax Board, Bankruptcy Section MS A340, Po Box 2952 Sacramento CA 95812-2952
NOTICE: Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101
NOTICE: Riverside County Tax Collector, 4080 Lemon St, 4th Floor Riverside, CA 92501
NOTICE: US Bank, c/o Tiffany & Bosco, Chad L. Butler, 1455 Frazee Road, Ste 820, San Diego CA 92108

**SECTION 2 CONT.**
ACAR Leasing LTD
d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096

Ace Funding Source LLC
c/o Buchalter, APC
55 Second Street, #1700
San Francisco, CA 94105

~~Ace Funding Source, LLC~~
~~100 William Street, 9th Floor~~
~~New York, NY 10038~~
*01/03/2023 – return to sender, not deliverable as addressed, unable to forward*

Aires Law Firm
6 Hughes, Ste. 205
Irvine, CA 92618

American Express National Bank
c/o Zwicker & Associates, P.C.
700 N. Brand Bl., Ste. 500
Glendale, CA 91203

American Express National Bank
c/o Becket and Lee
LLP PO Box 3001
Malvern PA 19355-0701

Amex
P.o. Box 981537
El Paso, TX 79998

~~Ariel Bouskila, Esq.~~
~~40 Exchange Place, Suite 1306~~
~~New York, NY 10005~~
*01/03/2023 – return to sender, not deliverable as addressed, unable to forward*

~~Bank of America~~
~~Attn: Bankruptcy Nc4-105-03-14~~
~~Po Box 26012~~
~~Greensboro, NC 27420~~
01/06/2023 - *return to sender, not deliverable as addressed, unable to forward*

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Employment Development Department
Bankruptcy Group MIC 92E
PO BOX 826880
Sacramento, CA 95814

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FTB Bankruptcy Unit
MSA340
Po Box 2952
Sacramento, CA 95812-2952

Harley Davidson Financial
Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721

IRS
Po Box 7346
Philadelphia, PA 19101

~~Journal Broadcast Group~~
~~333 West State Street~~
~~Milwaukee, WI 53203~~
*01/03/2023 – return to sender, not deliverable as addressed, unable to forward*

Journal Broadcast Group
c/o Troy W. Stanton, Esq.
P.O. Box 880
Yorba Linda, CA 92885

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

ML Factors Limited Liability Co.
c/o Law Offices of Todd F. Haines
30495 Canwood St., Ste. 100
Agoura Hills, CA 91301

~~New Era Lending, LLC~~
~~762 N Orange St.~~
~~Wilmington, DE 19801-4738~~
*01/04/2023 – return to sender, attempted not known, unable to forward*

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Riverside County Tax Collector
4080 Lemon St 4th Floor
Riverside, CA 92501

Riverside County Treasurer-Tax Coll
P.O. Box 12005
Riverside, CA 92502-2205

Sarah Clemens
4640 Admiralty Way, 5th Floor
Marina Del Rey, CA 90292

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

Wesco Insurance Company
800 Superior Ave. E, 21st
Floor Cleveland, OH 44114