

**FILED & ENTERED**

**MAR 12 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** moser    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Ronald David Sanderson<br><br><br><br><br>Debtor(s). | Case No.: 6:22-bk-12947-RB<br><br>CHAPTER 7<br><br>**ORDER CONTINUING TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS UNDER SECTION 363(f)**<br><br>**Continued Hearing Date and Time:**<br>**Date:  March 26, 2024**<br>**Time:  11:00 a.m.**<br>**Courtroom: 303**<br><br>Current Hearing Date and Time:<br>Date:  March 19, 2024<br>Time:  11:00 a.m.<br>Courtroom: 303<br><br>(In-Person and Zoom Appearances) |

///

///

///

-1-

**PLEASE TAKE NOTICE** that the hearing on *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale of Real Property Free and Clear of Liens and Interests pursuant to 11 U.S.C. § 363(f),* ECF doc. 116, set on the Court's calendar on March 19, 2024, at 11:00 a.m., in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **March 26, 2024, at 11:00 a.m.**

###

Date: March 12, 2024

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-