United States Bankruptcy Court

Central District of California

In re:  
Ronald David Sanderson  
    Debtor

Case No. 22-12947-RB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2  
Date Rcvd: Mar 12, 2024      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

**Name**      **Email Address**

Arturo Cisneros (TR)  
     amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Chad L Butler  
     on behalf of Creditor Bank of America N.A. caecf@tblaw.com

Chad L Butler  
     on behalf of Interested Party Courtesy NEF caecf@tblaw.com

Chad L Butler  
     on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9 caecf@tblaw.com

Christina J Khil

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Mar 12, 2024 | Form ID: pdf042 | Total Noticed: 1

on behalf of Trustee Arturo Cisneros (TR) christinao@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

Jolene Tanner
on behalf of Creditor UNITED STATES OF AMERICA jolene.tanner@usdoj.gov USACAC.criminal@usdoj.gov

Nathan F Smith
on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Timothy S Huyck
on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com
jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

TOTAL: 9

**FILED & ENTERED**

**MAR 12 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY moser    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re:

Ronald David Sanderson

Debtor(s).

Case No.: 6:22-bk-12947-RB

CHAPTER 7

**ORDER CONTINUING TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS UNDER SECTION 363(f)**

**Continued Hearing Date and Time:**
Date:    March 26, 2024
Time:    11:00 a.m.
Courtroom:  303

Current Hearing Date and Time:
Date:    March 19, 2024
Time:    11:00 a.m.
Courtroom:  303

(In-Person and Zoom Appearances)

///
///
///

-1-

**PLEASE TAKE NOTICE** that the hearing on *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale of Real Property Free and Clear of Liens and Interests pursuant to 11 U.S.C. § 363(f),* ECF doc. 116, set on the Court's calendar on March 19, 2024, at 11:00 a.m., in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California will be continued to **March 26, 2024, at 11:00 a.m.**

###

Date: March 12, 2024

*[signature: Magdalena Reyes Bordeaux]*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-