NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 6:22-bk-12947-RB |
| RONALD DAVID SANDERSON, | Chapter 7 |
| Debtor. | **STIPULATION RESOLVING THE INTERNAL REVENUE SERVICE'S OPPOSITION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY** |
| | **[68065 Empalmo Road, Cathedral City, California 92234 – Assessor's Parcel Number 675-072-006]** |
| | Hearing:<br>Date: March 26, 2024<br>Time: 11:00 a.m.<br>Place: Via Zoom Teleconference |

This stipulation, by and between A. Cisneros, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Ronald David Sanderson ("Debtor"), and the United States of America, on behalf of its agency, the Internal Revenue Service ("United States") (Trustee and the United States are collectively referred to herein as the "Parties"), is made with reference to the following facts:

Stipulation

1

1. This case was commenced on August 4, 2022, with the filing of a petition under Chapter 7 of the Bankruptcy Code ("Petition").

2. Trustee is the duly appointed and acting Chapter 7 Trustee of Debtor's bankruptcy Estate.

3. On August 16, 2022, Debtor filed his sworn Schedule A/B identifying his ownership interest in the real property commonly known as 68065 Empalmo Road, Cathedral City, California 92234 ("Property").

4. On December 13, 2022, the Franchise Tax Board ("FTB") filed Proof of Claim 8-1 for a total of $181,911.97 ("FTB Claim").

5. On February 10, 2023, the Internal Revenue Service ("IRS") filed Proof of Claim 9-3 for a total of $877,395.42 ("IRS Claim").

6. In March, 2023, Trustee and Debtor entered into a settlement agreement, whereby Debtor agreed to pay the Estate $64,000 in exchange for the Estate's interest in the Property and certain personal property ("Settlement").

7. On August 7, 2023, the Court entered an order approving the Settlement.

8. Based on Debtor's breach of the Settlement, Trustee employed a real estate broker for the purposes of marketing and selling the Property, which resulted in an accepted offer of $491,000.

9. On February 26, 2024, Trustee filed a Motion to Sell the Property to Yessy Rojas for $491,000 ("Motion to Sell").

10. On March 5, 2024, the United States filed an opposition to the Motion to Sell ("Opposition") on the bases that: (a) the IRS was not properly served with the Motion to Sell; (b) Trustee's calculation of the portion of the FTB and IRS liens that can be avoided, recovered, and preserved by Trustee was incorrect; and (c) the distributions from the proceeds of the sale of the Property to FTB and the IRS should be allocated differently than proposed in the Motion to Sell.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

A. The Parties agree that the proposed distribution of the sale proceeds shall be modified as follows:

| Estimated Equity Analysis | |
|---|---:|
| Offer Received | $491,000 |
| Broker Commissions (6%) | ($29,460) |
| Estimated Costs of Sale (2%) | ($9,820) |
| Property Taxes – Riverside County | Estimated ($2,000) |
| First Priority Deed of Trust – USB | Estimated ($210,000) |
| FTB and IRS Lien Penalties and Interest Avoided Under § 724(a) and recovered and preserved for the benefit of the Estate under §§ 551 and 349(b).  *See In re Bolden,* 327 B.R. 657, 664 (Bankr. C.D. Cal. 2005). | Approximately ($71,501.89) |
| FTB Lien | Approximately ($34,823.73) |
| IRS Lien | Approximately ($133,394.38) |
| Judgment Liens | ($0.00) |
| **Net Proceeds the Estate** | **$71,501.89** |

B.  The portion of the IRS and FTB liens securing penalties payable to the estate and the payment to the FTB Lien and IRS Lien are estimated based on the figures reflected in the chart above. Any additional available proceeds (after payment of broker commissions, costs of sale, property tax, and USB's Deed of Trust) between $247,629.97 and $293,657.86 shall be paid  89% to the IRS on account of its tax and interest and 11% to the Trustee on account of penalties.

C.  Payments to the IRS under this stipulation shall be made payable to the "United States Treasury," state in the memo line Debtor's name and case number, and be mailed to:

> U.S. Attorney's Office, Tax Division
> Attn: AUSA Jolene Tanner, Tax Division
> 300 North Los Angeles Street, Suite 7516
> Los Angeles, California 90012

D.  Based on the terms set forth herein, the United States hereby agrees that the Property may be sold free and clear of the IRS Liens, with the IRS Liens to attach to the proceeds of the sale, and be paid in accordance with the priority accorded it under the Bankruptcy Code and as modified herein.

E.  The United States and IRS reserve any and all rights to seek full payment from the Debtor to the extent that its claim as amended by this stipulation is not paid in full by the Estate and for payment of any post-petition interest on any non-dischargeable portion of its claim.

F.  The Debtor shall not receive payment on his homestead exemption until the secured and priority portions of the IRS claim, including all avoided penalties, are paid in full.

G.  Any capital gains tax liability for the sale of the Property shall be paid from the

3

Stipulation

Estate's portion of the proceeds.

H. The IRS Liens shall not be subject to further avoidance or subordination under section 724 of the Bankruptcy Code except as provided herein.

I. Based on Trustee's agreement to modify the proposed distribution as follows, the United States hereby withdraws its Opposition to the Motion and joins Trustee in requesting that the Court grant the Motion, approve the sale, and authorize Trustee to distribute the sale proceeds as agreed to herein.

**IT IS SO STIPULATED.**

DATED: March 12, 2024

Respectfully Submitted,
E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

JOLENE TANNER, #285320
Assistant United States Attorney
*Attorneys for the United States of America*

DATED: March 12, 2024

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

*/s/ Nathan F. Smith*
NATHAN F. SMITH, #264635
*Attorneys for Chapter 7 Trustee, A. Cisneros*

Stipulation

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING THE INTERNAL REVENUE SERVICE'S OPPOSITION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 15, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 15, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY: Honorable Judge Magdalena Reyes Bordeaux, 3420 Twelfth Street, Riverside CA 92501
DEBTOR: Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **March 15, 2024** | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**
NOTICE: Chad L Butler    caecf@tblaw.com
NOTICE: Timothy S Huyck    lawyer@gartlandgroup.com, jaclyn@myfreshstartbegins.com; huyck.timothys.r99655@notify.bestcase.com; amanda@myfreshstartbegins.com; tim@myfreshstartbegins.com
NOTICE: Christina J Khil    christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

**SECTION 2 CONT.**
NOTICE: Brian Thompson, Winterstone Real Estate and Development, 23792 Rockfield Blvd, Ste 101 Lake Forest CA 92630
NOTICE: Franchise Tax Board, Bankruptcy Section MS A340, Po Box 2952 Sacramento CA 95812-2952
NOTICE: Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101
NOTICE: Riverside County Tax Collector, 4080 Lemon St, 4th Floor Riverside, CA 92501
NOTICE: US Bank, c/o Tiffany & Bosco, Chad L. Butler, 1455 Frazee Road, Ste 820, San Diego CA 92108
NOTICE: Civil Process Clerk, Office of U.S. Attorney, Room 7516, Federal Building, 300 North Los Angeles St, Los Angeles, CA 90012
NOTICE: Attorney General, U.S. Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, D.C. 20044
NOTICE: United States Department of Education, Office of General Counsel, 400Maryland Ave., SW, Room 6E353, Washington, D.C. 20202

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**