NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California  92612
Phone: (949) 252-9400
Fax:     (949) 252-1032
Email: nathan@mclaw.org;

FILED & ENTERED

MAR 18 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser     DEPUTY CLERK

*Attorneys for A. Cisneros, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Ronald David Sanderson,<br><br>                Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RESOLVING THE INTERNAL REVENUE SERVICE'S OPPOSITION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY**<br><br>**[68065 Empalmo Road, Cathedral City, California 92234 – Assessor's Parcel Number 675-072-006]**<br><br>**Hearing:**<br>Date: March 26, 2024<br>Time: 11:00 a.m.<br>Place: Via Zoom Teleconference |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES,**

      The Court, having considered the Stipulation Resolving the Internal Revenue Service's Opposition to Trustee's Motion to Sell Real Property (the "Stipulation") filed March 12, 2024 [Docket No. 118], and with good cause shown, hereby orders:

///

1. The Stipulation is approved;

2. Pursuant to the Parties' stipulation, the opposition filed by the Internal Revenue Service on March 5, 2024 as docket entry number 116 is withdrawn

###

Date: March 18, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge