United States Bankruptcy Court

Central District of California

In re:                                                                                                                      Case No. 22-12947-RB
Ronald David Sanderson                                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                        User: admin                                     Page 1 of 2
Date Rcvd: Mar 18, 2024                         Form ID: pdf042                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

**Recip ID              Recipient Name and Address**
db                  #+  Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:**

**Name**                          **Email Address**
Arturo Cisneros (TR)
                                  amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Chad L Butler
                                  on behalf of Creditor Bank of America  N.A. caecf@tblaw.com
Chad L Butler
                                  on behalf of Interested Party Courtesy NEF caecf@tblaw.com
Chad L Butler
                                  on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9 caecf@tblaw.com
Christina J Khil

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: pdf042 | Total Noticed: 1 |

    on behalf of Trustee Arturo Cisneros (TR) christinao@mclaw.org  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

Jolene Tanner
    on behalf of Creditor UNITED STATES OF AMERICA jolene.tanner@usdoj.gov  USACAC.criminal@usdoj.gov

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Timothy S Huyck
    on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com
    jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 9

NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California  92612
Phone: (949) 252-9400
Fax:    (949) 252-1032
Email: nathan@mclaw.org;

**FILED & ENTERED**

**MAR 18 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY moser    DEPUTY CLERK

*Attorneys for A. Cisneros, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Ronald David Sanderson,<br><br>　　　　　　　Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RESOLVING THE INTERNAL REVENUE SERVICE'S OPPOSITION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY**<br><br>[68065 Empalmo Road, Cathedral City, California 92234 – Assessor's Parcel Number 675-072-006]<br><br>**Hearing:**<br>Date: March 26, 2024<br>Time: 11:00 a.m.<br>Place: Via Zoom Teleconference |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES,**

　　The Court, having considered the Stipulation Resolving the Internal Revenue Service's Opposition to Trustee's Motion to Sell Real Property (the "Stipulation") filed March 12, 2024 [Docket No. 118], and with good cause shown, hereby orders:

///

1

1. The Stipulation is approved;

2. Pursuant to the Parties' stipulation, the opposition filed by the Internal Revenue Service on March 5, 2024 as docket entry number 116 is withdrawn

###

Date: March 18, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge