NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

FILED & ENTERED

APR 02 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>Debtor. | Bankruptcy Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)**<br><br>[68065 Empalmo Road, Cathedral City, California 92234 – Assessor's Parcel Number 675-072-006]<br><br>Hearing:<br>Date: March 26, 2023<br>Time: 11:00 a.m.<br>Ctrm: 303<br>Place: 3420 Twelfth Street, Riverside CA 92501 |

1

Order

  The Chapter 7 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the Sale of the Property Commonly Known as 68065 Empalmo Road, Cathedral City, California 92234 [APN: 675-072-006] ("Property") Free And Clear of Liens and Interests Pursuant to 11 U.S.C. § 363(f) ; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer is a "Good Faith Purchaser" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on March 26, 2024.

  Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee and Jolene Tanner appeared on behalf of United States of America ("USA").

  The Court, having read and considered the Motion and all papers and pleadings filed in connection therewith; including the stipulation between Trustee and USA, which resulted in the withdrawal of the USA's opposition to the Motion, having approved the proposed overbid procedures; having considered argument from the parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that**:**

1.  Trustee's Motion is **GRANTED**.

2.  The property subject to this Order is commonly known as 68065 Empalmo Road, Cathedral City, California 92234 [APN: 675-072-006] ("Property").  A legal description of the Property is attached hereto as Exhibit "A."

3.  The overbid procedures described in the Motion are approved.

4.  Trustee is authorized, pursuant to § 363(b), to sell the Property to Yessy Iridian Aguilar Rojas ("Buyer"), or her designated successor or successors in interest, for the purchase price of $491,000, with escrow to close within 30 days of the date of entry of this order.

5.  The sale is free and clear of any and all liens and interests, including, but not limited to, the following liens:

  a.  The deed of trust in favor of U.S. Bank, in the original, principal amount of $278,400, recorded June 17, 2005 against the Property in the Official Records of the Riverside County Recorder's Office on as document number 2005-512149 pursuant to §§ 363(f)(3) and 363(f)(4); and

Order

    b.    A tax lien for unsecured property taxes filed by Riverside County Tax Collector on January 28, 2014 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2014-34003;

    c.    A tax lien for unsecured property taxes filed by Riverside County Tax Collector on November 28, 2023 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2023-383338.

    d.    A state tax lien in favor of the Franchise Tax Board in the amount of $12,433.43 recorded February 3, 2017 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2017-48641;

    e.    A state tax lien in favor of the Franchise Tax Board in the amount of $48,209.10 recorded October 2, 2019 against the Property in the Official Records of the Riverside County Recover's Office as document number 2019-394396.

    f.    A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $26,304.18 recorded November 4, 2019 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2019-450534.

    g.    A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $155,034.02 recorded March 31, 2017 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2017-128622.

    h.    A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $277,608.15 recorded January 19, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-22022.

    i.    A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $58,920.00 recorded February

|   |   |   |
|---|---|---|
| | | 15, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-58818. |
| | j. | A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $42,971.15 recorded February 15, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-58838. |
| | k. | A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $11,982.39 recorded February 15, 2018 against the Property in the Official Records of the Riverside County Recover's Office as document number 2018-58839. |
| | l. | A tax lien in favor of the Franchise Tax Board in the amount of $98,703.10 recorded March 28, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-117336. |
| | m. | A judgment in favor of ACE Funding Source LLC in the amount of $177,144.48 recorded July 5, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-271652. |
| | n. | A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $105,823.16 recorded December 31, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-504279. |
| | o. | A judgment in favor of American Express National Bank in the amount of $39,248.83 recorded March 21, 2019 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2019-95860. |
| | p. | A tax lien in favor of the State of California Employment Development Department in the amount of $24,407.06 recorded April 24, 2019 against the Property in the Official Records of the Riverside County Recorder's Office as |

Order

                document number 2019-139206.

q.    A tax lien in favor of the State of California Employment Development Department in the amount of $17,983.44 recorded June 26, 2019 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2019-230916.

r.    A judgment in favor of Barclays Bank Delaware in the amount of $6,036.91 recorded February 21, 2020 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2020-80074.

s.    A judgment in favor of United States of America in the amount of $820,675.80 recorded September 22, 2020 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2020-450355.

6.    The sale is free and clear of any and all other claims and interests,

7.    The brokers' commission proposed in the Motion, in the amount of 6% of the purchase price, is approved.

8.    Trustee may pay real estate broker commission, real property taxes owed to Riverside County, and costs of sale from the sale proceeds, in the manner proposed in the Motion.

9.    Buyer is a "good faith purchaser" under § 363(m).

10.   If the sale to Buyer does not close within 30 days of entry of this Order, Buyer's $91,500 deposit shall be forfeited to Trustee.

11.   Trustee is authorized to distribute the proceeds of the sale of the Property as follows:

| | |
|---|---:|
| Offer Received | $491,000 |
| Broker Commissions (6%) | ($29,460) |
| Estimated Costs of Sale (2%) | ($9,820) |
| Property Taxes – Riverside County | Estimated ($2,000) |
| First Priority Deed of Trust – USB | Estimated ($210,000) |
| FTB and IRS Lien Penalties and Interest Avoided Under § 724(a) and recovered and preserved for the benefit of the Estate under §§ 551 and 349(b). *See In re Bolden,* 327 B.R. 657, 664 (Bankr. C.D. Cal. 2005). | Approximately ($71,501.89) |
| FTB Lien | Approximately ($34,823.73) |
| IRS Lien | Approximately ($133,394.38) |
| Judgment Liens | $0.00 |

| | |
|---|---:|
| **Net Proceeds to be Retained by the Estate** | **$71,501.89** |

12. Any additional available proceeds (after payment of broker commissions, costs of sale, property tax, and USB's Deed of Trust) between $247,629.97 and $293,657.86 shall be paid 89% to the IRS on account of its tax and interest and 11% to the Trustee on account of penalties.

14. Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property and distribution of the proceeds of the sale, to the extent authorized by this Order, without further notice, hearing, or Court order.

15. The 14-day stay of FRBP 6004(h) is hereby waived.

###

Date: April 2, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

Order

# EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CATHEDRAL CITY, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 252 OF PALM SPRINGS PANORAMA TRACT 2040, IN THE CITY OF CATHEDRAL CITY, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 41, PAGES 12 TO 16 , OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 675-072-006