United States Bankruptcy Court
Central District of California

In re:                                                                                                         Case No. 22-12947-RB
Ronald David Sanderson                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                              User: admin                                              Page 1 of 2
Date Rcvd: Apr 02, 2024                     Form ID: pdf042                                    Total Noticed: 1

The following symbols are used throughout this certificate:
Symbol      Definition
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234-5620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024                              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor Bank of America N.A. caecf@tblaw.com |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9 caecf@tblaw.com |
| Christina J Khil | on behalf of Trustee Arturo Cisneros (TR) christinao@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 02, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Jolene Tanner
    on behalf of Creditor UNITED STATES OF AMERICA jolene.tanner@usdoj.gov  USACAC.criminal@usdoj.gov

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Timothy S Huyck
    on behalf of Debtor Ronald David Sanderson lawyer@gartlandgroup.com
    jaclyn@myfreshstartbegins.com;huyck.timothys.r99655@notify.bestcase.com;amanda@myfreshstartbegins.com;tim@myfreshstartbegins.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov


TOTAL: 9

```
 1  NATHAN F. SMITH, #264635
    MALCOLM ♦ CISNEROS, A Law Corporation
 2  2112 Business Center Drive
    Irvine, CA 92612
 3  Phone: (949) 252-9400
 4  Fax: (949) 252-1032
    Email: nathan@mclaw.org
 5
 6  Attorneys for Chapter 7 Trustee, A. Cisneros
```

**FILED & ENTERED**

APR 02 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 6:22-bk-12947-RB |
| RONALD DAVID SANDERSON, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)** |
| | [68065 Empalmo Road, Cathedral City, California 92234 – Assessor's Parcel Number 675-072-006] |
| | <u>Hearing:</u><br>Date:  March 26, 2023<br>Time: 11:00 a.m.<br>Ctrm: 303<br>Place: 3420 Twelfth Street, Riverside CA 92501 |

Order

1

The Chapter 7 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the Sale of the Property Commonly Known as 68065 Empalmo Road, Cathedral City, California 92234 [APN: 675-072-006] ("Property") Free And Clear of Liens and Interests Pursuant to 11 U.S.C. § 363(f) ; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer is a "Good Faith Purchaser" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on March 26, 2024.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee and Jolene Tanner appeared on behalf of United States of America ("USA").

The Court, having read and considered the Motion and all papers and pleadings filed in connection therewith; including the stipulation between Trustee and USA, which resulted in the withdrawal of the USA's opposition to the Motion, having approved the proposed overbid procedures; having considered argument from the parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that**:**

1. Trustee's Motion is **GRANTED**.

2. The property subject to this Order is commonly known as 68065 Empalmo Road, Cathedral City, California 92234 [APN: 675-072-006] ("Property"). A legal description of the Property is attached hereto as Exhibit "A."

3. The overbid procedures described in the Motion are approved.

4. Trustee is authorized, pursuant to § 363(b), to sell the Property to Yessy Iridian Aguilar Rojas ("Buyer"), or her designated successor or successors in interest, for the purchase price of $491,000, with escrow to close within 30 days of the date of entry of this order.

5. The sale is free and clear of any and all liens and interests, including, but not limited to, the following liens:

    a. The deed of trust in favor of U.S. Bank, in the original, principal amount of $278,400, recorded June 17, 2005 against the Property in the Official Records of the Riverside County Recorder's Office on as document number 2005-512149 pursuant to §§ 363(f)(3) and 363(f)(4); and

  b. A tax lien for unsecured property taxes filed by Riverside County Tax Collector on January 28, 2014 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2014-34003;

  c. A tax lien for unsecured property taxes filed by Riverside County Tax Collector on November 28, 2023 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2023-383338.

  d. A state tax lien in favor of the Franchise Tax Board in the amount of $12,433.43 recorded February 3, 2017 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2017-48641;

  e. A state tax lien in favor of the Franchise Tax Board in the amount of $48,209.10 recorded October 2, 2019 against the Property in the Official Records of the Riverside County Recover's Office as document number 2019-394396.

  f. A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $26,304.18 recorded November 4, 2019 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2019-450534.

  g. A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $155,034.02 recorded March 31, 2017 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2017-128622.

  h. A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $277,608.15 recorded January 19, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-22022.

  i. A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $58,920.00 recorded February

|   |   |   |
|---|---|---|
| | | 15, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-58818. |
| | j. | A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $42,971.15 recorded February 15, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-58838. |
| | k. | A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $11,982.39 recorded February 15, 2018 against the Property in the Official Records of the Riverside County Recover's Office as document number 2018-58839. |
| | l. | A tax lien in favor of the Franchise Tax Board in the amount of $98,703.10 recorded March 28, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-117336. |
| | m. | A judgment in favor of ACE Funding Source LLC in the amount of $177,144.48 recorded July 5, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-271652. |
| | n. | A tax lien in favor of the United States of America, assessed by the District Director of Internal Revenue in the amount of $105,823.16 recorded December 31, 2018 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2018-504279. |
| | o. | A judgment in favor of American Express National Bank in the amount of $39,248.83 recorded March 21, 2019 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2019-95860. |
| | p. | A tax lien in favor of the State of California Employment Development Department in the amount of $24,407.06 recorded April 24, 2019 against the Property in the Official Records of the Riverside County Recorder's Office as |

document number 2019-139206.

q. A tax lien in favor of the State of California Employment Development Department in the amount of $17,983.44 recorded June 26, 2019 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2019-230916.

r. A judgment in favor of Barclays Bank Delaware in the amount of $6,036.91 recorded February 21, 2020 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2020-80074.

s. A judgment in favor of United States of America in the amount of $820,675.80 recorded September 22, 2020 against the Property in the Official Records of the Riverside County Recorder's Office as document number 2020-450355.

6. The sale is free and clear of any and all other claims and interests,

7. The brokers' commission proposed in the Motion, in the amount of 6% of the purchase price, is approved.

8. Trustee may pay real estate broker commission, real property taxes owed to Riverside County, and costs of sale from the sale proceeds, in the manner proposed in the Motion.

9. Buyer is a "good faith purchaser" under § 363(m).

10. If the sale to Buyer does not close within 30 days of entry of this Order, Buyer's $91,500 deposit shall be forfeited to Trustee.

11. Trustee is authorized to distribute the proceeds of the sale of the Property as follows:

| | |
|---|---|
| Offer Received | $491,000 |
| Broker Commissions (6%) | ($29,460) |
| Estimated Costs of Sale (2%) | ($9,820) |
| Property Taxes – Riverside County | Estimated ($2,000) |
| First Priority Deed of Trust – USB | Estimated ($210,000) |
| FTB and IRS Lien Penalties and Interest Avoided Under § 724(a) and recovered and preserved for the benefit of the Estate under §§ 551 and 349(b).  See In re Bolden, 327 B.R. 657, 664 (Bankr. C.D. Cal. 2005). | Approximately ($71,501.89) |
| FTB Lien | Approximately ($34,823.73) |
| IRS Lien | Approximately ($133,394.38) |
| Judgment Liens | $0.00 |

| Net Proceeds to be Retained by the Estate | $71,501.89 |
|---|---|

12. Any additional available proceeds (after payment of broker commissions, costs of sale, property tax, and USB's Deed of Trust) between $247,629.97 and $293,657.86 shall be paid 89% to the IRS on account of its tax and interest and 11% to the Trustee on account of penalties.

14. Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property and distribution of the proceeds of the sale, to the extent authorized by this Order, without further notice, hearing, or Court order.

15. The 14-day stay of FRBP 6004(h) is hereby waived.

###

Date: April 2, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

1

**EXHIBIT "A"**

2

3  THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF
   CATHEDRAL CITY, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AND IS
4  DESCRIBED AS FOLLOWS:

5
   LOT 252 OF PALM SPRINGS PANORAMA TRACT 2040, IN THE CITY OF CATHEDRAL
6  CITY, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN
   BOOK 41, PAGES 12 TO 16 , OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE
7  COUNTY RECORDER OF SAID COUNTY.

8
   APN: 675-072-006
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28