| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nathan F. Smith, #264635 (nathan@mclaw.org)<br>CHRISTINA J. KHIL, #266845 (christinao@mclaw.org)<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive, Second Floor<br>Irvine, California 92612<br>Phone: (949) 252-9400<br>Facsimile: (949) 252-1032<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –   RIVERSIDE DIVISION**

| In re:<br><br>**RONALD DAVID SANDERSON,**<br><br><br><br><br><br><br>                                                      Debtor. | CASE NO.: **6:22-bk-12947-RB**<br>CHAPTER: **7**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**   STIPULATION REGARDING DEBTOR'S DEFAULT UNDER SETTLEMENT AGREEMENT |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING STIPULATION REGARDING DEBTOR'S DEFAULT UNDER SETTLEMENT AGREEMENT** was lodged on 08/20/2024 and is attached.  This order relates to the motion which is docket number 101.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.BK.NOTICE.LODGMENT**

NATHAN F. SMITH #264635 (nathan@mclaw.org)
CHRISTINA J. KHIL, #266845 (christinao@mclaw.org)
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

*Attorneys for A. Cisneros, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION REGARDING DEBTOR'S DEFAULT UNDER SETTLEMENT AGREEMENT**<br><br>[No Hearing Set] |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES,**

The Court, having considered the Stipulation Regarding Debtor's Default Under Settlement Agreement (the "Stipulation") filed September 12, 2023 [Docket No. 101], and with good cause shown, hereby orders:

1. The Stipulation is approved;

IT IS SO ORDERED.

###

Exhibit 1

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 20, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com**

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **August 20, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY: Honorable Judge Magdalena Reyes Bordeaux, 3420 Twelfth Street, Riverside CA 92501**
**DEBTOR: Ronald David Sanderson, 68065 Empalmo Road, Cathedral City, CA 92234**
**NOTICE: Brian Thompson, Winterstone Real Estate and Development, 23792 Rockfield Blvd., Ste 101 Lake Forest, CA 9263**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **August 20, 2024** | **Diep Quach** | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**SECTION 1 CONT.**
NOTICE: Chad L Butler    caecf@tblaw.com
NOTICE: Timothy S Huyck    lawyer@gartlandgroup.com, jaclyn@myfreshstartbegins.com; huyck.timothys.r99655@notify.bestcase.com; amanda@myfreshstartbegins.com; tim@myfreshstartbegins.com
NOTICE: Christina J Khil    christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

**SECTION 2 CONT.**
NOTICE: Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
NOTICE: Civil Process Clerk, United States Attorney's Office, Federal Building, Room 7516, 300 North Los Angeles Street, Los Angeles, CA 90012
NOTICE: Attorney General, United States Department of Justice, Ben Franklin Station, P. O. Box 683, Washington, DC 20044

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**