NATHAN F. SMITH #264635 (nathan@mclaw.org)
CHRISTINA J. KHIL, #266845 (christinao@mclaw.org)
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

*Attorneys for A. Cisneros, Chapter 7 Trustee*

**FILED & ENTERED**

**AUG 22 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIAM, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD DAVID SANDERSON,<br><br>Debtor. | Case No. 6:22-bk-12947-RB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION REGARDING DEBTOR'S DEFAULT UNDER SETTLEMENT AGREEMENT**<br><br>[No Hearing Set] |

The Court, having considered the Stipulation Regarding Debtor's Default Under Settlement Agreement (the "Stipulation") filed September 12, 2023 [Docket No. 101], and with good cause shown, hereby orders:

1.     The Stipulation is approved;

IT IS SO ORDERED.

###

Date: August 22, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

1