A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>RONALD D. SANDERSON<br><br><br><br>Debtor. | Case No. 6:22-bk-12947 RB<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S APPICATION TO EMPLOY HAHN FIFE & COMPANY, LLP, AS ACCOUNTANTS<br><br>[No Hearing Necessary] |

TO ALL PARTIES IN INTEREST:

      NOTICE IS HEREBY GIVEN that A. Cisneros ("Trustee" or "Applicant") is filing concurrently herewith an application to employ Hahn Fife & Company, LLP ("Hahn Fife") as his accountants in the above-captioned bankruptcy proceeding effective October 1, 2024 and pursuant to 11 U.S.C. § 327(a).

      The scope of Hahn Fife's employment will include, but may not be limited to financial records review, review the Debtor's books and records and preparation of any required estate income tax returns.

1

1   A copy of the Application may be obtained upon written request to the Trustee, A. Cisneros, at 3403 Tenth Street, Ste. 714, Riverside, California 92501. Hahn Fife will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. Section 330; and agrees to accept as compensation such sums us the Court may allow pursuant to 11 U.S.C. Section 330.

Except as provided in the Application, to the best of Trustee's knowledge, and based upon the statement of disinterestedness filed concurrently therewith, Hahn Fife is disinterested within the meaning of 11 U.S.C. Section 327(a) and 101(14).

Hahn Fife agrees to the terms and conditions of employment in the Application, and is willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. Hahn Fife understands that its compensation may be modified under 11 U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to be paid.

PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-1 (b)(3)(B) that any response and request for hearing on the Application must be in the form required by Local Bankruptcy Rule 9013-1(f), and filed with the Clerk of the United States Bankruptcy located at 3420 Twelfth Street, Riverside, CA 92501, no later than fourteen (14) days from the date of service of this notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The Trustee will set a hearing date and send out notice thereto if any such response is timely received. No hearing will be held if no response and request for hearing is received.

Dated: October 7, 2024

A. Cisneros, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11-4-24__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Chad L Butler**    caecf@tblaw.com
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com
- **Timothy S Huyck**    lawyer@gartlandgroup.com, jaclyn@myfreshstartbegins.com
- **Christina J Khil**    christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org; cvalenzuela@mclaw.org
- **Jolene Tanner**    jolene.tanner@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11-4-24__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Ronald Sanderson / 68065 Empalmo Road / Cathedral City, CA 92234

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/4/24 | Martha Quintero | *(signed)* Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-6
Case 6:22-bk-12947-RB
Central District of California
Riverside
Mon Oct  7 11:27:07 PDT 2024

UNITED STATES OF AMERICA
US ATTORNEY'S OFFICE
7211 N. LOS ANGELES ST.
LOS ANGELES, CA 90012

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

ACAR Leasing LTD d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096-3853

Ace Funding Source LLC
c/o Buchalter, APC
55 Second Street, #1700
San Francisco, CA 94105-3493

Ace Funding Source, LLC
100 William Street, 9th Floor
New York, NY 10038-5056

Aires Law Firm
6 Hughes, Ste. 205
Irvine, CA 92618-2063

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express National Bank
c/o Zwicker & Associates, P.C.
700 N. Brand Bl., Ste. 500
Glendale, CA 91203-3227

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Ariel Bouskila, Esq.
40 Exchange Place, Suite 1306
New York, NY 10005-2743

Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Po Box 26012
Greensboro, NC 27420

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FTB Bankruptcy Unit
MSA340
Po Box 2952
Sacramento, CA 95812-2952

Harley Davidson Financial
Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721-2048

IRS
Po Box 7346
Philadelphia, PA 19101-7346

Journal Broadcast Group
333 West State Street
Milwaukee, WI 53203-1303

Journal Broadcast Group
c/o Troy W. Stanton, Esq.
P.O. Box 880
Yorba Linda, CA 92885-0880

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

ML Factors Limited Liability Co.
c/o Law Offices of Todd F. Haines
30495 Canwood St., Ste. 100
Agoura Hills, CA 91301-4331

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108-3007

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

New Era Lending, LLC
762 N Orange St.
Wilmington, DE 19801-4738

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Riverside County Tax Collector<br>4080 Lemon St<br>4th Floor<br>Riverside, CA 92501-3609 |
| Riverside County Treasurer-Tax Coll<br>P.O. Box 12005<br>Riverside, CA 92502-2205 | Sarah Clemens<br>4640 Admiralty Way, 5th Floor<br>Marina Del Rey, CA 90292-6636 | Select Portfolio Servicing, Inc<br>10401 Deerwood Park Blvd<br>Jacksonville, FL 32256-0505 |
| United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 58<br>FORT MORGAN CO 80701-0058 | Wesco Insurance Company<br>800 Superior Ave. E, 21st Floor<br>Cleveland, OH 44114-2601 |
| (p)ARTURO CISNEROS  TR<br>3403 TENTH STREET SUITE 714<br>RIVERSIDE CA 92501-3641 | Brian Thompson<br>Winterstone Real Estate and Development<br>23792 Rockfield Blvd., Ste 101<br>Lake Forest, CA 92630-2868 | Ronald David Sanderson<br>68065 Empalmo Road<br>Cathedral City, CA 92234-5620 |
| Timothy S Huyck<br>Timothy S. Huych<br>78900 Avenue 47 Ste 112<br>La Quinta, CA 92253-2070 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville, TN 37909 |
| Arturo Cisneros (TR)<br>3403 Tenth Street, Suite 714<br>Riverside, CA 92501 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (u)Courtesy NEF | (u)U.S. Bank National Association, as trustee |