DONALD T. FIFE
Hahn Fife & Company, LLP
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
(626) 792-0855 Phone
(626) 792-0879 Fax
*dfife@hahnfife.com*

**FILED & ENTERED**

**DEC 04 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>RONALD DAVID SANDERSON<br><br>Debtor. | Case No.  6:22-bk-12947 RB<br><br>Chapter 7<br><br>ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY., LLP AS ACCOUNTANT |

The Court having read and considered the Chapter 7 Trustee's Application to Employ Hahn Fife & Co., LLP as Accountant filed November 4, 2024 as Docket #134 (the "Application"), noting the lack of opposition, and with good cause shown,

/ /

/ /

/ /

1

7000-002

IT IS ORDERED that the Application is approved and the Chapter 7 Trustee is authorized to employ Hahn Fife & Company as accountants for the Estate with an effective date of October 1, 2024. Employment is under 11 U.S.C. § 327(a) and compensation and reimbursement of costs are subject further application, determination, and approval by this Court, per 11 U.S.C. § 330 or § 331.

### #

Date: December 4, 2024

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2

7000-002